IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| IFC Credit Corporation, | ) | Case No. 09 B 27094 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |

## NOTICE OF MOTION

To:   *U.S. Trustee William T Neary, Office of the U.S. Trustee
      See attached service list

PLEASE TAKE NOTICE that on Thursday, September 3, 2009 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox in the courtroom usually occupied by her, Courtroom No. 619, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the **MOTION TO ENTER A REVISED INTERIM ORDER (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) SCHEDULING AND APPROVING THE FORM AND METHOD OF NOTICE OF THE HEARING ON THE TRUSTEE'S MOTION FOR ENTRY OF FINAL ORDER TO USE CASH COLLATERAL,** a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: August 28, 2009.         David P. Leibowitz, as Chapter 7 Trustee
                                 for the Estate of IFC Credit Corporation

                                 By:  _/s/ Jonathan T. Brand_
                                      One of the Trustee's Attorneys

                                      Jonathan T. Brand (ARDC # 6294885)
                                      David P. Leibowitz (ARDC # 1612271)
                                      Lakelaw
                                      420 W. Clayton Street
                                      Waukegan, IL 60085-4216
                                      847.249.9100

ALBANY BANK
3400 WEST LAWRENCE AVENUE
CHICAGO IL 60625-5188

AMERICAN BANK & TRUST CO.
4301 EAST 53RD STREET
DAVENPORT IA 52807-3861

AMERICAN EXPRESS TRAVEL RELATED SERVICES
C/O BECKET AND LEE
PO BOX 3001
MALVERN PA 19355-0701

ASKOUNIS & DARCY, PC
ATTN: T. ASKOUNIS & A. DARCY
ATTY FOR ASKOUNIS & DARCY
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO IL 60611

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
ATTN: W. BARRETT, K. ROBINSON, J. ALWIN
ATTY FOR WEST SUBURBAN BANK
200 WEST MADISON STREET, SUITE 3900
CHICAGO IL 60606

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
ATT: JANICE A. ALWIN, ESQ.
ATTY FOR WEST SUBURBAN BANK
200 WEST MADISON STREET, SUITE 3900
CHICAGO IL 60606

BECKET AND LEE LLP
ATTY FOR: AMERICAN EXPRESS CORP CARD
PO BOX 3001
MALVERN PA 19355-0701

BEN FRANKLIN BANK OF ILLINOIS
14 NORTH DRYDEN PLACE
ARLINGTON HEIGHTS IL 60004-6304

BUCHALTER NEMER
ATTY FOR: US BANK NATIONAL ASSOCIATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES CA 90017

DEVON BANK
6445 NORTH WESTERN AVENUE
CHICAGO IL 60645-5494

DZ BANK AG
609 FIFTH AVENUE
NEW YORK NY 10017-1032

ERNEST D. SIMON, ESQ.
ATTY FOR: DEVON BANK
105 WEST ADAMS
SUITE 1400
CHICAGO IL 60603-6206

FIRST CHICAGO BANK & TRUST
1040 WEST RANDOLPH STREET
CHICAGO IL 60607-2215

FIRST NATIONAL BANK MCHENRY
9705 PRAIRIE RIDGE ROAD
RICHMOND IL 60071-9112

FOLEY & LARDNER LLP
ATT: MICHAEL SMALL
ATTY FOR VV VENTURES, LLC
321 NORTH CLARK STREET, SUITE 2800
CHICAGO IL 60654

FOLEY & LARDNER LLP
ATT: ROBERT S. BRESSLER
ATTY FOR VV VENTURES, LLC
321 NORTH CLARK STREET, SUITE 2800
CHICAGO IL 60654

FORMAN HOLT ELIADES & RAVIN LLC
ATTY FOR LAKELAND BANK EQUIPMENT LEASING
80 ROUTE 4 EAST - SUITE 290
PARAMUS NJ 07652-2661

FORMAN HOLT ELIADES & RAVIN LLC
ATTN: KRISTIN T. MIHELIC
80 RT 4 EAST, STE. 290
PARAMUS NJ 07652

FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD.
ATTN: DANIEL T. GRAHAM
ATTY FOR WORLDWIDE EXPORT; LINDA GIVENS
55 WEST MONROE STREET, SUITE 2300
CHICAGO IL 60603

GEORGE WASHINGTON SAVINGS BANK
14701 SOUTH LAGRANGE BANK
ORLAND PARK IL 60463

IBM CORPORATION
ATTN: BEVERLY H. SHIDELER, BS8399
TWO LINCOLN CENTRE
OAKBROOK TERRACE IL 60618

IFC CREDIT CORPORATION
8700 WAUKEGAN ROAD
SUITE 100
MORTON GROVE IL 60053-2104

JOHNSON & NEWBY
ATTN: J. HOLOWACH & C. JOHNSON
ATTY FOR IFC CREDIT CORPORATION
39 SOUTH LASALLE STREET, SUITE 820
CHICAGO IL 60603-1616

KATTEN MUCHIN ROSEMAN LLP
ATT: JOHN P. SIEGER
ATTY FOR FIRST CHICAGO BANK AND TRUST
525 WEST MONROE STREET
CHICAGO IL 60661

KATTEN MUCHIN ROSENMAN LLP
ATTN: WILLIAM J. DORSEY
ATTY FOR FIRST CHICAGO BANK AND TRUST
525 WEST MONROE ST
CHICAGO IL 60661

KATTEN MUCHIN ROSENMAN LLP
ATT: WILLIAM J. DORSEY
ATTY FOR FIRST CHICAGO BANK AND TRUST
525 WEST MONROE STREET
CHICAGO IL 60661

KAY SCHOLER, LLC
ATTN: ANDREA J FROST & JASON J. BEN
ATTY FOR DZ BANK AG DEUTSCHE, FRANKFURT
70 WEST MADISON STREET, SUITE 4100
CHICAGO IL 60602

KAYE SCHOLER LLP
ATTN: RICHARD G. SMOLEV, ESQ
ATTY FOR DZ BANK, AG DEUTSCHE, FRANKFURT
425 PARK AVE
NEW YORK NY 10022

LAKESIDE BANK
55 WEST WACKER DRIVE
CHICAGO IL 60601-1699

LAMM RUBENSTONE LLC
ATT: DEIDRE M. RICHARDS, ESQ.
ATTY FOR MANUFACTURERES & TRADERS TRUST
3600 HORIZON BOULEVARD, SUITE 200
TREVOSE PA 19053

NORTHSIDE COMMUNITY BANK
C/O QUARLES & BRADY LLP
ATTN: LAUREN NACHINSON
300 N. LASALLE STREET, SUITE 4000
CHICAGO IL 60654

NORTHSIDE COMMUNITY BANK
8060 OAKSTON STREET
NILES IL 60714-2747

OFFICE OF THE U.S. TRUSTEE, REGION 11
ATTN: WILLIAM T. NEARY
219 SOUTH DEARNBORN STREET
ROOM 873
CHICAGO IL 60604-1702

PARKWAY BANK
4800 NORTH HARLEM AVENUE
HARWOOD HEIGHTS IL 60706-3577

PFF BANK & TRUST
NOW US BANK
9467 MILIKEN AVENUE
RANCHO CUCAMONGA CA 91730-6004

QUARLES & BRADY LLP
ATTN: T. MAGILL & L. NACHINSON
ATTY FOR NORTHSIDE COMMUNITY BANK
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO IL 60654

REED SMITH LLP
ATT: ANN E. PILLIE, ESQ.
ATTY FOR: GEORGE WASHINGTON SAVINGS BANK
10 SOUTH WACKER DRIVE, SUITE 4000
CHICAGO IL 60606

ROCK FUSCO, LLC
ATT: CARLY D. BERARD
ATTY FOR BEN FRANKLIN BANK OF ILLINOIS
321 N. CLARK ST., SUITE 2200
CHICAGO IL 60654

SEYFARTH SHAW LLP
ATTN: R. W. DREMLUCK
ATTY FOR A1 CREDIT CORPORATION
620 EIGHTH AVE 32ND FL
NEW YORK NY 10018

SEYFARTH SHAW LLP
ATTN: D CHRISTIAN III & J. SOWKA
ATTY FOR AI CREDIT CORPORATION
131 SOUTH DEARBORN ST
CHICAGO IL 60603

SEYFARTH SHAW LLP
ATT: ROBERT W. DREMLUK
ATTY FOR AI CREDIT CORPORATION
620 EIGHTH AVENUE 32ND FLOOR
NEW YORK NY 10018

SIGNATURE BANK
6400 NORTH NORTHWEST HIGHWAY
CHICAGO IL 60631-1877

THOMPSON COBURN FAGEL HABER
ATT: FRANCIS X. BUCKLEY, JR., ESQ.
ATTY FOR U.S. BANK NATIONAL ASSOCIATION
55 EAST MONROE, 37TH FLOOR
CHICAGO IL 60603

US BANK NATIONAL ASSOCIATION
9467 MILLIKEN AVENUE
RANCHO CUCAMONGA CA 91730

WEST SUBURBAN BANK
701 WESTMORE MEYERS ROAD
LOMBARD IL 60148-3712

WEST SUBURBAN BANK
711 SOUTH WESTMORE-MEYERS
LOMBARD IL 60148

WILDMAN HARROLD ALLEN & DIXON LLP
ATTN: D. LAZAR & D. VALLAS
ATTY FOR COACTIV CAPITAL PARTNERS, INC.
225 WEST WACKER DRIVE, STE. 2800
CHICAGO IL 60606

WOLFSON & TOWBIN LLC
ATT: ALLEN J. GUON & IRA BODENSTEIN
ATTY FOR DAVID P. LEIBOWITZ
321 NORTH CLARK STREET, SUITE 800
CHICAGO IL 60654

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| IFC Credit Corporation, | ) | Case No. 09 B 27094 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | |

MOTION TO ENTER A REVISED
INTERIM ORDER (I) AUTHORIZING USE OF CASH COLLATERAL AND (II)
SCHEDULING AND APPROVING THE FORM AND METHOD OF NOTICE
OF THE HEARING ON THE TRUSTEE'S MOTION FOR
ENTRY OF FINAL ORDER TO USE CASH COLLATERAL

David P. Leibowitz, not individually, but as the Chapter 7 Trustee for the Estate of IFC Credit Corporation, hereby respectfully requests that this Court enter a revised interim cash collateral order, in a form substantially the same as set forth in Exhibit 1 attached hereto. Exhibit 1, attached hereto is identical to the Court's Order of August 14, 2009 in all respects, with the exception that an Amended Operating Budget (as defined herein) is attached. The interim cash collateral order entered by the Court on August 14, 2009 does not have an Exhibit A (an Amended Operating Report, as referenced in paragraph 3 of the Order) attached. The Trustee respectfully requests a revised order be entered to correct this oversight. In support of this Motion, the Trustee represents the following:

### Jurisdiction and Venue

1. This Court has jurisdiction over this Application pursuant to 28 USC §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 USC §§ 1408 and 1409(a).

1

3. By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination.

### Factual and Procedural Background

4. On August 6, 2009, the Trustee filed a *Motion to (I) Authorize the Trustee to Use Cash Collateral and (II) Approving the Form and Method of Notice, and Scheduling of the Final Hearing* (the "Cash Collateral Motion"). (Docket No. 31.)

5. On August 6, 2009, the Trustee also filed *Trustee's Motion Pursuant to 11 U.S.C. § 521, 28 U.S.C. § 156(c) and Rule 2002 of the Federal Rules of Bankruptcy Procedure for an Order (A) Authorizing the Trustee to Mail All Notices and (B) Approving the Form of Agreement with The Garden City Group, Inc. as Claims and Noticing Agent of the Bankruptcy Court* (the "GCG Motion"). (Docket No. 33.)

6. The Trustee appeared before the Court on Thursday, August 13, 2009, and Friday, August 14, 2009, ("Cash Collateral Hearing") regarding the interim use of Cash Collateral.

7. On Friday, August 14, 2009, at the conclusion of the Cash Collateral Hearing, the Court entered an Order granting the interim use of Cash Collateral and providing certain notice provisions (the "Interim Cash Collateral Order"). (Docket No. 106.)

8. Paragraph 3 of the Interim Cash Collateral Order, provides:

> the Trustee, on behalf of the Debtor, is hereby authorized to use US Bank's, as Successor of PFF Bank, Cash Collateral to pay wages, salaries, operating expenses certain professional fees and other expenses incurred during the term of this Interim Cash Collateral Order (all as reflected in the Amended Operating Budget, which is incorporated herein and attached hereto as <u>Exhibit A</u>).

2

9. Separately, on Tuesday, August 18, 2009, (the "August 18th Hearing"), the Court entered an Order approved the GCG Motion. (Docket No. 134.)

10. The parties also agreed, on the record, to an Amended Operating Budget (the "Amended Operating Budget"). The Amended Operating Budget contained $75,000.00 in fees for The Garden City Group, Inc. The Garden City Group, Inc.'s fees in the Revised Operating Budget are for fees associated with, among other things, creating a creditor matrix and noticing creditors of this bankruptcy case.

11. In this regard, no party in interest objected to the Amended Operating Budget on the record, and to the extent that any party had an objection to such Budget, it has been waived.

12. It has come to the Trustee's attention that the Interim Cash Collateral Order was uploaded or entered without an *Exhibit A*.

### Requested Relief

13. By way of this Motion, the Trustee respectfully requests the Court enter a revised order (the "Revised Interim Cash Collateral Order") with the Amended Operating Budget, (reflecting fees in the amount of $75,000.00 for The Garden City Group, Inc.) attached as *Exhibit A* to the Revised Interim Cash Collateral Order. The Revised Interim Cash Collateral Order is attached hereto and incorporated herein as Exhibit 1.

3

WHEREFORE, David P. Leibowitz, not individually, but as the Chapter 7 Trustee of IFC Credit Corporation, respectfully requests the Court grant the relief requested herein and enter the Revised Interim Cash Collateral Order (with the Amended Operating Budget attached as *Exhibit A*) in order to reflect the agreement of the parties on the record of the August 18th, 2009 hearing.

Dated: August 28, 2009.

David P. Leibowitz, as Chapter 7 Trustee for the Estate of IFC Credit Corporation

By:  /s/ Jonathan T. Brand
       One of the Trustee's Attorneys

Jonathan T. Brand (ARDC # 6294885)
David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085-4216
847.249.9100