# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 09-27094 |
| ) | |
| ) | Chapter 7 |
| IFC CREDIT CORPORATION, ) | |
| ) | The Honorable Jacqueline P. Cox |
| Debtor. ) | |
| ) | |

## ORDER WITHDRAWING LIMITED OBJECTION OF ARTHUR LEVINSON AND LEONARD LUDWIG TO TRUSTEE'S MOTION FOR AN ORDER (I) AUTHORIZING THE USE OF CASH COLLATERAL AND (II) APPROVING THE FORM AND METHOD OF NOTICE AND SCHEDULING, OF THE FINAL HEARING ON THE USE OF CASH COLLATERAL

Upon the *Trustee's Motion For An Order (i) Authorizing The Use Of Cash Collateral And (ii) Approving The Form And Method Of Notice And Scheduling, Of The Final Hearing On The Use Of Cash Collateral* [Docket No. 41] (the "**Cash Collateral Motion**"); and Arthur Levinson and Leonard Ludwig (the "Secured Party") having filed the *Limited Objection Of Arthur Levinson And Leonard Ludwig To Trustee's Motion For An Order (I) Authorizing The Use Of Cash Collateral And (Ii) Approving The Form And Method Of Notice And Scheduling, Of The Final Hearing On The Use Of Cash Collateral* [Docket No. ] (the "**Limited Objection**") to the Cash Collateral Motion; it is hereby

ORDERED that the Limited Objection is withdrawn.

Dated: _____, 2009

_____
HON. JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

*CHI 58,595,456v1*