IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-27094 |
| | ) | |
| IFC CREDIT CORPORATION, | ) | Chapter 7 |
| | ) | |
| DEBTOR. | ) | The Honorable Jacqueline P. Cox |

### ORDER WITHDRAWING SUPPLEMENTAL OPPOSITION TO TRUSTEE'S AMENDED MOTION FOR AN ORDER AUTHORIZING USE OF CASH COLLATERAL AND SCHEDULING OF THE FINAL HEARING ON THE USE OF CASH COLLATERAL

Upon the oral motion of U.S. Bank National Association

**IT IS HEREBY ORDERED** that the Supplemental Opposition of U.S. Bank National Association to Trustee's Amended Motion for an Order Authorizing Use of Cash Collateral [Docket No. 41] and Scheduling of the Final Hearing on the Use of Cash Collateral is withdrawn as moot.

DATED: 9-14-09

_____
HONORABLE JACQUELINE P. COX