# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 09-27094 |
| ) | |
| IFC CREDIT CORPORATION, ) | Chapter 7 |
| ) | |
| Debtor. ) | The Honorable Jacqueline P. Cox |

## AGREED ORDER SETTING BRIEFING SCHEDULE ON MOTION OF ARTHUR LEVINSON AND LEONARD LUDWIG TO LIFT THE AUTOMATIC STAY TO FORECLOSE ON CERTAIN PLEDGED STOCK

Upon the *Motion of Arthur Levinson and Leonard Ludwig to Lift the Automatic Stay to Foreclose on Certain Pledged Stock* [Docket No. 162] (the "**Lift Stay Motion**"); it is hereby ORDERED that:

(1)   Movants Arthur Levinson and Leonard Ludwig waive the requirement of a final hearing on the Lift Stay Motion within 30 days.

(2)   Responses and objections to the Lift Stay Motion are due on or before October 8, 2009.

(3)   Movants' reply in support of the Lift Stay Motion is due on or before October 23, 2009.

(4)   The Lift Stay Motion is set for status on October 27, 2009, at 10:00 a.m., before Judge Cox.

(5)   Final hearing on the Lift Stay Motion is set for November 4, 2009, at 11:00 a.m.

Dated: 9-15-09, 2009

_____
HON. JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE