IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| IFC Credit Corporation, | ) | Case No. 09 B 27094 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |

## ORDER EXTENDING THE TIME FOR THE TRUSTEE TO ASSUME OR REJECT EXECUTORY CONTRACTS

Upon the motion (the "Motion") of David P. Leibowitz, the Chapter 7 Trustee for IFC Credit Corporation (the "Debtor"), for entry of an order extending the time for the Trustee to assume or reject executory contracts under section 365(d)(1) of Title 11, the United States Code (the "Bankruptcy Code"); and it appearing that the relief requested is in the best interests of the Debtor's Estate, its creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing, it is therefore **ORDERED** that:

1. The Motion is granted and the time for the Trustee to assume or reject executory contracts or unexpired leases of personal property shall be the closing date of this case, or such earlier date as requested by the Trustee in his sole discretion and business judgment.

2. The Trustee shall serve this Order upon every party to an executory contract ("Noticed Party"), at the addresses listed in the Debtor's Schedules, by first class mail, postage prepaid, within five (5) business days after the date of this Order.

3. If an Noticed Party is not satisfied with the relief granted in this Order, the Noticed Party may file a written objection within thirty (30) days of the date of this Order setting forth the customer or account number, outstanding balance due or owed, a summary of the payment history on the account and attaching a copy of the contract as an exhibit (the "Objection"). The Noticed Party must serve a copy of the Objection and the Trustee must receive the Objection on or before thirty (30) days from the date of this Order at the following address: (a) IFC Credit Corporation, Attn: David P. Leibowitz, Trustee, 8700 Waukegan Rd., Ste. 100, Morton Grove, IL 60053.

4. The Court will hold a final hearing on _Nov. 4_, 2009 at 11:00 a.m. on any Objections which have not been resolved by the Trustee. Prior to the Final Hearing, the Trustee will endeavor to resolve any Objection appropriately filed and served.

5. Any Noticed Party that fails to serve an Objection shall be deemed to be satisfied with the relief granted in this Order and will otherwise waive its right to contest the relief granted herein.

6. Notwithstanding the possible applicability of Rule 6004(g) of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

DATED: _9-24-09_

_Jacqueline P. Cox_
_J. P. Cox_
Hon. Jacqueline P. Cox
United States Bankruptcy Judge

David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
Phone: 847.249.9100
Facsimile: 847.249.9180