IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 09-27094 |
| IFC CREDIT CORPORATION | ) | Honorable JACQUELINE P. COX |
| | ) | Chapter 7 |
| | ) | |
| | ) | Hearing Date: October 15, 2009 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

## ORDER EXTENDING DATE WHEREBY CREDITORS MAY FILE PROOF OF CLAIMS

This cause coming on to be heard on motion of David P. Leibowitz, not individually, but as the Chapter 7 Trustee for the estate of the IFC Credit Corporation, to extend the date by which creditors may file a proof of claim to, and including, March 1, 2010. Due notice having been given to all parties entitled thereto. The Court being fully advised in the premises.

It is hereby ordered that, the date in which creditors may file a proof of claim is hereby extended to and including March 1, 2010.

Date: October 15, 2009

Enter: *Jacqueline P. Cox*
Hon. JACQUELINE P. COX
U.S. Bankruptcy Judge

Prepared by:
David P. Leibowitz
Attorney ID 1612271
Leibowitz Law Center
420 West Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100