UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IFC CREDIT CORPORATION, | Case No. 09 B 27094 |
| Debtor. | Hon. Jacqueline P. Cox |
| | Hearing Date: April 13, 2010<br>Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

TO:   Attached Service List

**PLEASE TAKE NOTICE** that on Tuesday, April 13, 2010 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox**, Bankruptcy Judge, in Courtroom 619, the room usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **Second Interim and Final Application of Morris Anderson as Financial Professionals to David P. Leibowitz, Chapter 7 Trustee for the Debtor's Estate, for Allowance of Compensation and Reimbursement of Expenses, and Related Relief**, pursuant to which Morris Anderson seeks interim compensation for fees in the amount of $7,140 for the period of November 1, 2009 through February 28, 2010, and final compensation in the amount of $193,275 and reimbursement of expenses in the amount of $451.76 for the period July 27, 2009 through and including February 28, 2010.

**PLEASE TAKE FURTHER NOTICE** that any creditor or party in interest may appear at the hearing if he or she sees fit to appear.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application is on file with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application may be continued from time to time, as necessary, without further written notice.

Dated: March 22, 2010            Jonathan T. Brand
                                          Lakelaw
                                          420 W. Clayton Street
                                          Waukegan, IL 60085
                                          Phone: (847) 249-9100
                                          Fax: (847) 249-9180

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing notice and attached pleading was accomplished through electronic mail to all parties on the attached email service list, on this 22nd day of March 2010.

                                         _/s/ Hillary Passarelli_
                                             Paralegal

# IFC – EMAIL SERVICE LIST AS OF MARCH 22, 2010

**Trustee**
David P. Leibowitz
Carrie A Zuniga
420 W. Clayton St.
Waukegan, IL 60085
dpl@lakelaw.com
czuniga@lakelaw.com

**Bankruptcy Counsel to the Trustee**
Jonathan T. Brand
Lakelaw
53 W. Jackson Blvd., Ste. 1337
Chicago, IL 60604
jbrand@lakelaw.com

**Special Counsel to the Trustee**
Ira Bodenstein
Allen J. Guon
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark St., Ste. 800
Chicago, IL 60654
ibodenstein@shawgussis.com
aguon@shawgussis.com

**IFC Credit Corp.**
William Purcell
Rebecca Elli
IFC Credit Corporation
8700 Waukegan Rd., Ste. 100
Morton Grove, IL 60053
bill@wmpurcell.com
relli@ifccredit.com

**Office of the U.S. Trustee**
Richard C. Friedman
Office of the U.S. Trustee
219 S. Dearborn St., Ste. 873
Chicago, IL 60604
richard.c.friedman@usdoj.gov

**Counsel for the Debtor**
Cindy M. Johnson
John M. Holowach
Johnson & Newby, LLC
39 S. LaSalle St., Ste. 820
Chicago, IL 60603
cjohnson@jnlegal.net
JHolowach@JNLegal.net

**Counsel for W. Suburban Bank**
William J. Barrett
Janice A. Alwin
Barack Ferrazzano Kirschbaum
  & Nagelberg LLP
200 W. Madison St., Ste. 3900
Chicago, IL 60606
william.barrett@bfkn.com
janice.alwin@bfkn.com

**Counsel for DZ Bank**
Richard G. Smolev
Jason J. Ben
Andrea Johnson Frost
Kaye Scholer, LLC
70 W. Madison St., Ste. 4100
Chicago, IL 60602
jben@kayescholer.com
rsmolev@kayescholer.com
afrost@kayescholer.com

**Counsel for Askounis & Darcy, PC**
Thomas V. Askounis
Alex Darcy
Askounis & Darcy, PC
401 N. Michigan Ave., Ste. 550
Chicago, IL 60611
taskounis@askounisdarcy.com
adarcy@askounisdarcy.com

**Counsel for Ben Franklin Bank of IL**
Carly Berard
Rock Fusco, LLC
321 N. Clark St., Ste. 2200
Chicago, IL 60654
cberard@rockfuscollc.com

**Counsel for First Chicago Bank & Trust Co.**
John P. Sieger
Paige E. Barr
William J. Dorsey
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
paige.barr@kattenlaw.com
john.sieger@kattenlaw.com
william.dorsey@kattenlaw.com

# IFC – EMAIL SERVICE LIST AS OF MARCH 22, 2010

**Counsel for U.S. Bank N.A.**
Francis X. Buckley
Thompson Coburn Fagel Haber
55 E. Monroe, 37th Floor
Chicago, IL 60603
fxbuckleyjr@thompsoncoburn.com

J. Alexandra Rhim
Buchalter Nemer
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017
arhim@buchalter.com

**Counsel for FirstMerit Bank N.A.**
Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 S. Wacker Dr.
Chicago, IL 60606
cbarr@lockelord.com

**Counsel for Rudolph Trebels**
Christine L. Childers
Vincent E. Lazar
John B. Simon
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654-3456
cchilders@jenner.com

William J. Factor
Sara E. Lorber
Law Office of William J. Factor, Ltd.
1363 Shermer Rd., Ste. 224
Northbrook, IL 60062
wfactor@factorlaw.com
slober@factorlaw.com

**Counsel for Greenwich Ins. Co.**
Christopher H. White
Troutman Sanders, LLP
55 W. Monroe St., Ste. 3000
Chicago, IL 60603
christopher.white@troutmansanders.com

**Counsel for Barclays Capital Real Estate Inc.**
Barbara J. Dutton
Dutton & Dutton, P.C.
10325 W. Lincoln Hwy.
Frankfort, IL 60423
duttonlaw@aol.com
lisar@duttonlaw.com

**Counsel for Arthur Levinson, Leonard Ludwig and First Portland Corporation**
Matthew Gensburg
Gregory E. Ostfeld
Greenberg Traurig, LLC
77 W. Wacker Drive, Ste. 3100
Chicago, IL 60601
gensburgm@gtlaw.com
ostfeldg@gtlaw.com

**Counsel for Blue Dot Financial, LLC; Marcus P. Davia; Kyong Don Industry Co.; Tri-State Pump, Inc.; Tak Byun**
Adam Goodman
Goodman Law Offices, LLC
105 W. Madison St., Ste. 400
Chicago, IL 60602
adam@thegoodmanlawoffices.com

Jessica Tovrov
Tovrov Law Offices, LLC
105 W. Madison St., Ste. 400
Chicago, IL 60602
jessica@tovrovlaw.com

**The Garden City Group, Inc.**
Emily S. Gottlieb
Kathryn Pamenter
225 W. Washington, Ste. 2200
Chicago, IL 60606
emily_gottlieb@gardencitygroup.com
Kathryn.Pamenter@gardencitygroup.com

**Counsel for Worldwide Export, Inc.**
Daniel T. Graham
Funkhouser Vegosen Liebman & Dunn Ltd.
55 W. Monroe St., Ste. 2300
Chicago, IL 60603
dgraham@fvldlaw.com

**Counsel for Coactiv Capital Ptrs., Inc.,**
Denise Lazar
David P. Vallas
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Ste. 2800
Chicago, IL 60606
vallas@wildman.com
lazar@wildman.com

# IFC – EMAIL SERVICE LIST AS OF MARCH 22, 2010

Inez. M. Markovich
Chris Limbach
Deeb Petrakis Blum & Murphy
1601 Market St.
Philadelphia, PA 19103
imarkovich@dpattorneys.com
climbach@dpattorneys.com

**Counsel for Jefferson Business Interiors**
Jefferson Business Interiors
David O. Yuen
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
dyuen@tresslerllp.com
jborcia@tresslerllp.com

**Counsel for Northside Community Bank**
Thomas J. Magill
Lauren N. Nachinson
Quarles & Brady LLP
300 N. LaSalle St., Ste. 4000
Chicago, IL 60654
tjm@quarles.com
lauren.nachinson@quarles.com

**Counsel for VV Ventures, LLC**
Michael J. Small
Robert S. Bressler
Foley & Lardner LLP
321 N. Clark St., Ste. 2800
Chicago, IL 60654
msmall@foley.com
rbressler@foley.com

**Counsel for Manufacturer & Traders Trust Company**
Pia N. Thompson
Kovitz Shifrin Nesbit
750 W. Lake Cook Rd., Ste. 350
Buffalo Grove, IL 60089
pthompson@ksnlaw.com

**Counsel for Susquehanna Comm. Finance, Inc.**
Mitchell A. Lieberman
Noonan & Lieberman Ltd.
105 W. Adams St., Ste. 3000
Chicago, IL 60603
mlieberman@noonanandlieberman.com

**Counsel for Alex and Sally Nichols**
Gini S. Marziani
Champ W. Davis
Davis McGrath, LLC
125 S. Wacker Drive, #1700
Chicago, IL 60606
gsmarziani@davismcgrath.com
cdavis@davismcgrath.com

**Counsel for Party Home Bank of Arkansas**
Kevin T. Keating
Kelly J. McClintic
Keating & Shure, Ltd.
55 W. Monroe, Ste. 1600
Chicago, IL 60603
kkeating@keatingshure.com
kmcclintic@keatingshure.com

**Counsel for Lakeland Bank**
Kristin T. Mihelic
Forman Holt Eliades & Ravin LLC
80 Route 4 E., Ste. 290
Paramus, NJ 07652
kmihelic@formanlaw.com

**Counsel for George Washington Savings Bank**
Alex Terras
Ann E. Pille
Reed Smith LLP
10 S. Wacker Dr., Ste. 4000
Chicago, IL 60606
aterras@reedsmith.com
apille@reedsmith.com

**Counsel for Treasurer of Arapahoe County Colorado**
George Rosenberg
Assistant Arapahoe County Attorney
5334 S. Prince St.
Littleton, CO 80166
grosenberg@co.arapahoe.co.us

**Counsel for Devon Bank**
Ernest D. Simon
105 W. Adams, Ste. 1400
Chicago, IL 60603
esimon@erniesimon.com

## IFC – EMAIL SERVICE LIST AS OF MARCH 22, 2010

**Counsel for Manufacturer & Traders Trust Company**
Deirdre M. Richards
Lamm Rubenstone LLC
3600 Horizon Blvd., Ste. 200
Trevose, PA 19053
drichards@lammrubenstone.com

**Counsel for Travelers Cas. and Sur. Co. of America**
Stephen D. Oppenheim
Claim Counsel
Travelers
One Tower Square-S102 A
Hartford, CT 06183
SDOPPENH@travelers.com

**Counsel for Krueger Intl. Inc.**
Robert M. Charles
Liebmann, Conway, Olejniczak & Jerry, S.C.
P.O. Box 232200
Green Bay, WI 54305-3200
rmc@lcojlaw.com

**Counsel for Katy ISD, Jasper County, Wharton County, Consolidated Tax Collections of Washington County, Montgomery County, Liberty County, Cypress-Fairbanks ISD, Angelina County, Harris County, Fort Bend County, Galveston County**
John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

**Counsel for Weir & Partners LLP**
Marc J. Zucker
Susan Verbonitz
Weir & Partners LLP
Widener Bldg., Ste. 500
Philadelphia, PA 19107
mzucker@weirpartners.com
sverbonitz@weirpartners.com

**Counsel for Aldine Independent School District**
Susan R. Fuertes
14910 Aldine-Westfield Rd.
Houston, TX 77032
bnkatty@aldine.k12.tx.us.

**Counsel for Victoria County**
Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
austin.bankruptcy@publicans.com

**Counsel for IBM**
Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terrace, IL 60618
bhshide@us.ibm.com

**Counsel for Almcoe Refrigeration Company**
Mark Stromberg
Brett S. Field
Stromberg Stock
5420 LBJ Frwy
Dallas, TX 75240
Mark@strombergstock.com
brett@strombergstock.com

**Counsel for Citizens First National Bank**
L. Judson Todhunter
200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
JTodhunter@howardandhoward.com

**Counsel for Almcoe Refrigeration Company**
Jerry L. Switzer, Jr.
Jason L. Pyrz
Polsinelli Shughart, P.C.
161 N. Clark Street
Suite 4200
Chicago, IL 60601
jswitzer@polsinelli.com
jpyrz@polsinelli.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>IFC CREDIT CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 09 B 27094<br><br>Hon. Jacqueline P. Cox<br><br>Hearing Date: April 13, 2010<br>Hearing Time 9:30 a.m. |

## SECOND INTERIM AND FINAL FEE APPLICATION OF MORRIS ANDERSON AS FINANCIAL MANAGEMENT PROFESSIONALS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND RELATED RELIEF

David P. Leibowitz ("Trustee"), as the Chapter 7 Trustee for the Estate of IFC Credit Corporation, on behalf of Morris Anderson, apply to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of in compensation for 17.8 hours of professional services rendered by Morris Anderson as financial management professionals for the Trustee for the period beginning November 1, 2009 through and including February 28, 2010, ("Second Application Period"). Morris Anderson's First Interim Fee Application for interim compensation of $186,385 and expenses of $451.67 for the period beginning July 27, 2009 through and including October 31, 2009 was previously approved. Morris Anderson was previously paid a $75,000 retainer which it has applied against the fees and expenses approved in the First Interim Fee Application, leaving an unpaid balance of $111,836.67 which Morris Anderson expects to be paid by the Estate over time. Morris Anderson now requests approval of this Second and Final Fee Application for interim compensation in the amount of $7,140.00 for the Second Application Period and final compensation of $193,275 and reimbursement of $451.67 in expenses for the overall period of July 27, 2009 through and including February 28, 2010. In addition, Morris Anderson

requests that further notice of the hearing on this application ("Application") be waived. In support of this Application, Morris Anderson states as follows:

## BACKGROUND

1. On July 27, 2009 ("Petition Date"), IFC commenced its chapter 7 case ("Case"). The Trustee was duly appointed on the Petition Date.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## RETENTION OF MORRIS ANDERSON

3. Shortly after his appointment, the Trustee applied to this Court for an order approving the retention of Morris Anderson as his financial management professionals in connection with this Case.

4. On August 18, 2009, this Court approved the retention of Morris Anderson as financial advisor to the Trustee effective July 27, 2009 under the terms set forth in the application ("Retention Order") (Dkt. No. 138).

5. In connection to the Trustee's application for retention of Morris Anderson, the Trustee also requested interim monthly compensation procedures for the efforts of Morris Anderson and the other professionals in this Case. (Docket No. 131). The Court has not ruled on this motion to date. However, Section 330 of the Bankruptcy Code provides for interim compensation once every 120 days after an order for relief.

6. Morris Anderson's First Interim Fee Application approving compensation of $186,385 and expenses of $451.67 was approved on December 2, 2009. Morris Anderson received a $75,000 retainer which it has applied against those approved fees, leaving an unpaid balance of $118,836.67 which Morris Anderson expects the estate to pay it over time.

## SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITES BY MORRIS ANDERSON

7. Throughout the Second Application Period, Morris Anderson rendered 17.8 hours of financial advisory and management services to the Trustee having an aggregate value of $7,140, for an average hourly rate of approximately $401.12. All of the services for which compensation is requested were services that, in Morris Anderson's billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

8. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Morris Anderson's services during the Second Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Morris Anderson has classified its services into three (3) separate categories of services. Detailed invoices for each time category are attached as separate appendices to this Application (see Exhibit A). The following is a general description of the tasks performed in each of Morris Anderson's principal categories of activities for the Second Application Period:

- **1 - Case Administration:** (Fees: $5,400/ Hours: 12.0) Services pertaining to general case administration, including, among other things preparation of the First Interim Fee Application and the Second Interim Fee Application.

- **2 – Preparation of Budgets and Cash Management Activities:** (Fees: $1,020/Hours: 3.4) Services pertaining to the preparation of monthly cash budgets for the debtor, analysis of cash receipts and disbursements daily cash management activities including the processing of disbursement vouchers for approval by the Trustee.

- **3 – Business Operations of the Debtor:** (Fees: $720/ Hours: 2.4) Services pertaining to the day to day management of the Debtor, including meeting transition activities to turn daily operations of the debtor over to Bill Purcell.

### Summary of Services Rendered By Professional

9. In summary, the total compensation sought for each professional in this Second Interim and Final Fee Application with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate | Hours | Amount |
|---|---|---|---|---|

| Professional | Position | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Howard Korenthal | Principal | $450 | 12.0 | $5,400.00 |
| William Van der Weele | Consultant | $300 | 5.8 | $1,740.00 |

10.     In evaluating this Application, this Court should consider the value of the services rendered by Morris Anderson on behalf of the Debtor's Estate. The nature and complexity of the issues presented, the skill required to perform the financial advisory and management services properly, the customary fees charged by other professionals in these cases and in similar cases, the experience and ability of professionals involved, and the amount of awards of compensation in similar cases support an award of the requested compensation in full.

11.     The hourly rates charged by Morris Anderson with respect to the financial management services compare favorably with the rates charged by other Chicago metropolitan firms having professionals with similar experience and expertise as the Morris Anderson professionals. Further, the amount of time spent by Morris Anderson with respect to IFC's Case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel, and the ultimate benefit to the estate.

12.     Morris Anderson has conscientiously attempted to avoid having multiple professionals convene on behalf of the Trustee. In certain circumstances, however, it was necessary for more than one Morris Anderson professional to confer or appear at the same time. When possible, Morris Anderson would have one professional handle multiple matters. Similarly, on certain occasions, Morris Anderson had more than one consultant attend a meeting to strategize on issues that had particular import on multiple areas of the Case. To the greatest extent possible, meetings, court appearances, negotiations, and other matters were handled on an individual basis.

13. The issues presented by IFC's Case have been legally and factually complex, and the amounts at stake are significant. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Morris Anderson respectfully submits that the requested second interim and final compensation represents a fair and reasonable amount that should be allowed in full.

## EXPENSES

14. During the Second Interim Fee Application period, he requested reimbursement amount for expenses incurred is $0.00.

## COMPLIANCE WITH 11 U.S.C. § 504

15. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Morris Anderson and any other firm, person or entity for the sharing of division of any compensation paid or payable to Morris Anderson.

## NOTICE

16. Notice of this Application has been given to: (a) the Office of the United States Trustee: and (b) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. Pursuant to the Court's order of December 8, 2009 authorizing electronic mail to serve as personal service in this case, the Trustee has served this Motion via electronic mail on those individuals listed in the CM/ECF Service List. The Trustee submits no other or additional notice is necessary or required.

**WHEREFORE**, Morris Anderson requests the entry of an order, substantially in the form attached hereto, that:

(a) Allows Morris Anderson $7,140 in interim compensation for the Application Period beginning November 1, 2009 through and including February 28, 2010;

(b) Allows Morris Anderson a total amount of $193,275 in final compensation for the Application Period beginning July 27, 2009 through and including February 28, 2010;

(c) Allows Morris Anderson a total amount of $451.67 in final expense reimbursement for the Application Period beginning July 27, 2009 through and including February 28, 2010;

(d) Authorize the Trustee to pay the balance of $118,836.67 in fees and costs due to Morris Anderson over time.

(e) Waives other and further notice of the hearing with respect to this Application; and Provides Morris Anderson with such additional relief as may be appropriate and just under the circumstances.

Dated: March 22, 2010

Respectfully Submitted,

**David P. Leibowitz, as Chapter 7 Trustee of IFC Credit Corporation**

By: _/s/ Jonathan T. Brand_

David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
Tel: (847) 249-9100
Fax: (847) 249-9180
Email: jbrand@lakelaw.com