**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>IFC CREDIT CORPORATION<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 09-B-27094<br><br>Hon. Jacqueline P. Cox |

**NOTICE OF DISPOSITION PURSUANT TO THE FINAL AGREED ORDER
AUTHORIZING USE OF CASH COLLATERAL AND THE DISPOSITION OF
CERTAIN PROPERTY, PROVIDING ADEQUATE PROTECTION AND
GRANTING OTHER RELIEF TO WEST SUBURBAN BANK**

　　　　PLEASE TAKE NOTICE AS FOLLOWS:

　　　　1.　　On July 27, 2009, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois ("Bankruptcy Court").  On that same day, the Office of the United States Trustee appointed David P. Leibowitz as chapter 7 trustee for the Debtor's estate ("Trustee").

　　　　2.　　On March 18, 2010, the Bankruptcy Court entered the Final Agreed Order Authorizing Use Of Cash Collateral And The Disposition of Certain Property, Providing Adequate Protection And Granting Other Relief To West Suburban Bank ("Cash Collateral Order") [Dkt. # 612].[1]  A copy of the Cash Collateral Order and this notice ("Disposition Notice") is available for your review online at www.lakelaw.com/IFC.

　　　　3.　　Pursuant to the terms of the Cash Collateral Order and 11 U.S.C. §§ 363 and 725, the Trustee has elected to use and/or dispose of the Cash Collateral of West Suburban Bank ("Lender") pursuant to the Disposition Formula set forth in the Cash Collateral Order. Specifically, the Trustee intends to use and/or dispose of the Cash Collateral related to each of the leases described in Exhibit A (each a "Lease" and collectively, the "Leases") to this Disposition Notice.

　　　　4.　　The Trustee will use and/or dispose of all Cash Collateral collected and held by the Trustee, the Lender and/or any third party servicer of each Lease, whether collected prior to or after the date of this Disposition Notice.  As of the March 17, 2010, the Trustee estimates the Cash Collateral to be returned to the Lender (either by the Trustee or a third-party servicer) is $2,087,146.37 and the amount to be used by the Trustee is $383,718.50.  All Cash Collateral generated an account of the Leases after March 17, 2010, shall also be used and/or disposed of

---

[1] All Capitalized terms not defined herein shall have the meanings ascribed to them in the Cash Collateral Order.

by the Trustee pursuant to the terms of the Cash Collateral Order.  **You will not receive another Notice of Disposition from the Trustee for recurring monthly Lease Stream Payments and Referred Lease Stream Payments related to any of the Leases listed in Exhibit A.**

       5.      After the expiration of fourteen (14) days following service of this Disposition Notice, the Trustee intends to return and/or use the Cash Collateral as set forth in the Notice of Disposition without further Court order, except with respect to Cash Collateral as to which an objection has been timely served as provided below.

       6.      In the event that any party has an objection to the return and/or use of any Cash Collateral sought in this Disposition Notice, the objecting party shall, within **seven (7)** days of the service of this Disposition Notice, serve a written "Notice of Objection to Disposition" setting forth the precise nature of the objection and the Cash Collateral at issue.  The Notice of Objection to Disposition must (i) specifically identify the specific amount and source (i.e., by designating the lessee name or Lease number) of any Cash Collateral in which the objecting party believes it has a superior interest, and (ii) attach documentation which supports and/or provides a basis for the objecting party's alleged superior interest.  The Notice of Disposition must be served upon (a) the Trustee; (b) the Lender; (c) all parties whom may claim an interest in the Cash Collateral to be returned; and (d) all parties requesting notice in the Case ("<u>Notice Parties</u>").  Thereafter, the objecting party, the Trustee and Lender shall attempt to reach an agreement regarding the correct disposition to be made.  If the parties are unable to reach an agreement on the objection within **fourteen (14)** days after service of the Disposition Notice, the objecting party shall file a "Motion to Resolve Objection to Disposition" with the Court and serve such objection on the Trustee and the Lender.

       **7.**      **The failure of a party to timely file and serve a Motion to Resolve Objection to Disposition shall be deemed a waiver of its objection to the proposed disposition and/or use of Cash Collateral as set forth in this Disposition Notice.  The Trustee is authorized to return and/or use any Cash Collateral that is not the subject of a Notice of Objection to Disposition or if no Motion to Resolve Objection to Disposition is timely filed or served by the objecting party.**

Dated:  April 9, 2010                        Allen J. Guon (#6244526)
                                                        Shaw Gussis Fishman Glantz
                                                           Wolfson & Towbin LLC
                                                        321 North Clark Street, Suite 800
                                                         Chicago, Illinois 60654
                                                         (312) 541-0151  telephone

                                                         Counsel for the Trustee

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| 130 LAFAYETTE STREET LTD | 801177-003 | Lease Stream Payment | $1,440.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| 1300 WEST PROPERTIES LLC | 23091001 | Lease Stream Payment | $475.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| 6 SOUTH BROADWAY CORP | 23120601 | Lease Stream Payment | $259.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| A-GAVIOLA, INC. | 23127301 | Lease Stream Payment | $124.80 | USB, as servicer and/or Trustee | WSB | IFC | |
| ABC MEDICAL BILLING CONSULTANT | 22611302 | Lease Stream Payment | $1,602.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| ABSOLUTE SHINE AUTOBODY & PAINT INC | 23101401 | Lease Stream Payment | $1,455.23 | USB, as servicer and/or Trustee | WSB | IFC | |
| ACI NORTHWEST INC | 23106302 | Lease Stream Payment | $192.50 | USB, as servicer and/or Trustee | WSB | IFC | |
| ACI NORTHWEST INC | 23106303 | Lease Stream Payment | $117.25 | USB, as servicer and/or Trustee | WSB | IFC | |
| ACTION MOTIVATION, INC. | 21647918 | Lease Stream Payment | $130.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| AEGIUM SOLUTIONS, LLC | 23124001 | Lease Stream Payment | $1,824.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| AVANTAGE MARKETING INC | 800186-001 | * Lease Stream Payment | $3,287.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| AIRCRAFT CARRIER HORNET FOUNDATION | 23146701 | Referred Lease Stream Payment | $933.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| ALEXANDRA R BUNYAK MD INC | 23087901 | Lease Stream Payment | $900.02 | USB, as servicer and/or Trustee | WSB | IFC | |
| ALIDIO VIDEO DIMENSIONS INC | 22762702 | Lease Stream Payment | $1,052.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| ASPEN DISTRIBUTION II, INC. | 21767404 | Residual (Extended Lease Stream Payment) | $1,432.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| ANEEL MANDAVA MD | 23096501 | Lease Stream Payment | $729.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| ANDY'S LAWN NURSERY & LANDSCAP | 22876401 | Lease Stream Payment | $67.68 | USB, as servicer and/or Trustee | WSB | IFC | |
| AXIOM SPORTS MNGT & MARKETING | 23052301 | Lease Stream Payment | $1,079.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| BCJ FOOD CORP LLC | 23152901 | Lease Stream Payment | $346.82 | USB, as servicer and/or Trustee | WSB | IFC | |
| BCJ FOOD CORP LLC | 23152901 | Lease Stream Payment | $346.82 | USB, as servicer and/or Trustee | WSB | IFC | |
| BENT TREE BIBLE FELLOWSHIP | 23130701 | Lease Stream Payment | $308.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| BERRY HAPPY INC | 23118001 | Lease Stream Payment | $878.75 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| BIG THEREE METER REPAIR, INC | 23132701 | Lease Stream Payment | $765.23 | USB, as servicer and/or Trustee | WSB | IFC | |
| BIMAL ENTERPRISES INC | 23151701 | Lease Stream Payment | $825.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| BITE ASIA ENTERTAINMENT INC | 23117901 | * Lease Stream Payment | $473.25 | USB, as servicer and/or Trustee | WSB | IFC | |
| BMH INC | 23066202 | Lease Stream Payment | $1,156.52 | USB, as servicer and/or Trustee | WSB | IFC | |
| BO BO'S CHINESE DELI INC | 23102501 | Lease Stream Payment | $1,001.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| BOYS & GIRLS HOME OF AASKA | 23053102 | Lease Stream Payment | $655.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| BRJUARED INC | 23155101 | Lease Stream Payment | $550.21 | USB, as servicer and/or Trustee | WSB | IFC | |
| BRISTOL TORREY INC | 23101101 | Lease Stream Payment | $178.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| BRYON BROTHERS GYM, INC. | 21550511 | Lease Stream Payment | $316.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| BURON TRUCK LINES INC | 23103901 | * Lease Stream Payment | $334.15 | USB, as servicer and/or Trustee | WSB | IFC | |
| C. A. R ENTERPRISES INC | 23132201 | Lease Stream Payment | $130.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| CARGILE, STEVE & KATHY | 23113101 | * Lease Stream Payment | $755.34 | | WSB | IFC | |
| Carolina's Mexican Food North, Inc. | 23154001 | Lease Stream Payment | $384.22 | USB, as servicer and/or Trustee | WSB | IFC | |
| CA CELLA CARBAJAL | 23152101 | Lease Stream Payment | $428.75 | USB, as servicer and/or Trustee | WSB | IFC | Pioneer Capital |
| CEMEX, INC. dba | 22108603 | * Lease Stream Payment | $3,360.00 | USB, as servicer and/or Trustee | WSB | DEGROOT LEASING | |
| CHENAL RESTORATION CONTRACTORS LLC | 23152601 | Lease Stream Payment | $1,768.97 | USB, as servicer and/or Trustee | WSB | IFC | |
| CHOI'S CONVENIENCE & GAS LTD | 23128901 | Lease Stream Payment | $320.00 | USB, as servicer and/or Trustee | WSB | DIMENSION FUNDING | Pioneer Capital |
| CPF Old Town Operating Compan | 22648602 | Lease Stream Payment | $318.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Coastal Subs., Inc. | 23059902 | Lease Stream Payment | $565.46 | USB, as servicer and/or Trustee | WSB | IFC | |
| COLUMBUS BASEBALL TEAM INC | 23134701 | Lease Stream Payment | $8,372.00 | USB, as servicer and/or Trustee | WSB | IFC | Pioneer Capital |
| COMMUNITY HEALTH OF SOUTH FLORIDA | 23111401 | Lease Stream Payment | $1,999.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Contestoga Data Services, Inc | C10558401N | Lease Stream Payment | $1,385.00 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| COPPER DEVELOPMENT ASSOC | 21734707 | Lease Stream Payment | $479.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| COUNTRY MARKET CONVENIENCE STORE INC | 23154301 | Lease Stream Payment | $412.06 | USB, as servicer and/or Trustee | WSB | IFC | |
| COWETA MEDICAL GROUP | 23144501 | Lease Stream Payment | $567.97 | USB, as servicer and/or Trustee | WSB | IFC | |
| COX, ROGER | 23097901 | Lease Stream Payment | $1,586.92 | USB, as servicer and/or Trustee | WSB | IFC | |
| CRESCENDO LLC | 23107801 | Lease Stream Payment | $1,434.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| DANSCO REFRIGERATED CARRIERS INC | 23134601 | Lease Stream Payment | $144.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Defined Logistics Services LLC | 801201-001 | Lease Stream Payment | $413.40 | USB, as servicer and/or Trustee | WSB | IFC | |
| Defined Logistics Services LLC | 801201-003 | Lease Stream Payment | $184.03 | USB, as servicer and/or Trustee | WSB | IFC | |
| Diamondback Services, Inc. | 23111101 | Lease Stream Payment | $1,035.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| DONATO,MINX & BROWN PC | 23131001 | Lease Stream Payment | $1,914.48 | USB, as servicer and/or Trustee | WSB | IFC | |
| DR EXPRESS CARRIERS INC | 23114601 | Lease Stream Payment | $575.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Duane Reade Inc. | 300327-021 | Lease Stream Payment | $3,646.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Duane Reade Inc. | 300327-024 | Lease Stream Payment | $26,183.82 | USB, as servicer and/or Trustee | WSB | IFC | |
| Duane Reade Inc. | 300327-024 | Residual | $26,183.82 | USB, as servicer and/or Trustee | WSB | IFC | |
| Duane Reade Inc. | 300327-021 | Residual | $3,646.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| EDISON IMAGING ASSOCIATES PC | 22969102 | Lease Stream Payment | $1,836.39 | USB, as servicer and/or Trustee | WSB | IFC | |
| EMISSARY PROFESSIONAL GROUP LLC | 23132001 | Lease Stream Payment | $194.61 | USB, as servicer and/or Trustee | WSB | IFC | |
| Ernest Clifton Chance, an Indi | 23059601 | Lease Stream Payment | $2,993.05 | USB, as servicer and/or Trustee | WSB | IFC | |
| Erol S. Oztekin D.D.S. LTD | 22335204 | Lease Stream Payment | $7,702.00 | USB, as servicer and/or Trustee | WSB | IFC | Lease One Corp |
| ENAE YUN | 23116801 | Lease Stream Payment | $878.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| EURO PIZZREIA LTD | 22974501 | Lease Stream Payment | $641.21 | USB, as servicer and/or Trustee | WSB | IFC | Pioneer Capital |
| EVER NU METAL PRODUCTS INC | 23113701 | Lease Stream Payment | $879.30 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

3

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| EZGA Corporation | 22274902 | Lease Stream Payment | $2,925.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| EXTREME FITNESS INC | 801198-001 | Lease Stream Payment | $5,031.19 | USB, as servicer and/or Trustee | WSB | IFC | |
| F.L.ROBERTS & COMPANY INCORPORATED | 23101602 | Lease Stream Payment | $630.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| FABIAN M HART INC | 23117301 | Referred Lease Payment | $409.84 | USB, as servicer and/or Trustee | WSB | IFC | |
| FAMOUS CHARLIE LLC | 23122001 | Lease Stream Payment | $164.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| FAMOUS TIMES SQUARE BARBECUE LLC | 23127101 | Lease Stream Payment | $188.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| FARINACCI, MIKE | 23153601 | Lease Stream Payment | $426.07 | USB, as servicer and/or Trustee | WSB | IFC | |
| FARINACCI, MIKE | 23153601 | Lease Stream Payment | $426.07 | USB, as servicer and/or Trustee | WSB | P&L INVESTMENTS | Pioneer Capital |
| FIBER NODE SERVICES INC | 23120101 | Lease Stream Payment | $2,275.00 | USB, as servicer and/or Trustee | WSB | P&L INVESTMENTS | Pioneer Capital |
| Fiorillis Sanitation & Recycli | 23004002 | Lease Stream Payment | $702.25 | USB, as servicer and/or Trustee | WSB | IFC | |
| FORDHAM PREPARATORY SCHOOL | 21783104 | Lease Stream Payment | $10,846.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| FORE REEL LLC | 23122501 | Lease Stream Payment | $1,897.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| FORPAUGH, ANDREW | 23146601 | Lease Stream Payment | $825.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| FULLFILLMENT CORP OF AMERICA | 23108601 | Lease Stream Payment | $594.26 | USB, as servicer and/or Trustee | WSB | IFC | |
| FutureMatrix Interventional, Inc. | 23141101 | * Lease Stream Payment | $1,290.92 | USB, as servicer and/or Trustee | WSB | IFC | |
| GARY GODDARD ENTERTAINMENT INC | 23037402 | Lease Stream Payment | $360.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| GARY GODDARD ENTERTAINMENT INC | 23037403 | Lease Stream Payment | $240.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| GENERAL AMERICAN CORPORATION | 21771313 | Residual (Extended Lease Stream Payment) | $2,432.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| George R. Tuttle, A Professional Co | 23133501 | Lease Stream Payment | $215.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| George R. Tuttle, A Professional Corporation | 23133501 | Lease Stream Payment | $215.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| GILL & SINGH LLC | 23036501 | * Lease Stream Payment | $3,443.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| GOODSON ACURA | 22512902 | Lease Stream Payment | $2,893.00 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| GOTTA GO, INC. | 22618701 | Lease Stream Payment | $1,074.16 | USB, as servicer and/or Trustee | WSB | | |
| GREATER HARTFORD CARDIOLOGY GROUP PC | 23141801 | Lease Stream Payment | $473.00 | USB, as servicer and/or Trustee | WSB | Pioneer Capital | |
| Greenrange Furniture Co | 22798501 | Lease Stream Payment | $277.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Hackensack University Medical | 601030-01 | Residual (Extended Lease Stream Payment) | $5,285.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Haddock, Inc. | 22231802 | Lease Stream Payment | $613.95 | USB, as servicer and/or Trustee | WSB | IFC | |
| HALLMARK INSTITUTE OF PHOTOGRAPHY INC | 801210-001 | Lease Stream Payment | $6,324.32 | USB, as servicer and/or Trustee | WSB | Pioneer Capital | |
| HALLMARK INSTITUTE OF PHOTOGRAPHY INC | 801210-002 | Lease Stream Payment | $6,324.32 | USB, as servicer and/or Trustee | WSB | IFC | |
| HALLMARK INSTITUTE OF PHOTOGRAPHY INC | 801210-003 | Lease Stream Payment | $3,867.52 | USB, as servicer and/or Trustee | WSB | IFC | |
| HAN CORP | 23153101 | Lease Stream Payment | $576.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Hayes Rainbow Trading, LLC | 22998602 | Lease Stream Payment | $948.25 | USB, as servicer and/or Trustee | WSB | IFC | |
| Health Skills LLC - Jamestown | 22999901 | Lease Stream Payment | $1,470.49 | USB, as servicer and/or Trustee | WSB | SUNBELT LESSORS | Pioneer Capital |
| HEALTHCARE EXPRESS MNGT | 23134401 | Lease Stream Payment | $2,421.92 | USB, as servicer and/or Trustee | WSB | Allstate Capital | Pioneer Capital |
| HEQ Enterprises, Inc. | 23152301 | Lease Stream Payment | $896.64 | USB, as servicer and/or Trustee | WSB | IFC | |
| HILL ENTERPRISES, INC. | 22576002 | Lease Stream Payment | $1,620.11 | USB, as servicer and/or Trustee | WSB | Pioneer Capital | |
| HOLLYWOOD PETDR INC | 23086601 | * Lease Stream Payment | $770.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| HSB SOLOMON ASSOCIATES, LLC | 22234923 | Lease Stream Payment | $320.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| HSB SOLOMON ASSOCIATES, LLC | 22234924 | Lease Stream Payment | $2,400.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| HSB SOLOMON ASSOCIATES, LLC | 22234925 | Lease Stream Payment | $544.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| INFINITY TECHNOLOGY INC | 23133601 | Lease Stream Payment | $385.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| INLAND COMPUTER SERVICES INC | 801175-002 | * Lease Stream Payment | $960.08 | USB, as servicer and/or Trustee | WSB | IFC | |
| INTEGRATED MOVEMENT LLC | 23027501 | Lease Stream Payment | $712.35 | USB, as servicer and/or Trustee | WSB | IFC | |
| INTEGRATED MOVEMENT LLC | 23027501 | Residual | $101.00 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| INTEGRATED MOVEMENT LLC | 23027502 | Lease Stream Payment | $498.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| INTEGRITY RESEARCH ASSOCIATES | 23049301 | Lease Stream Payment | $1,084.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Intergrated Marketing Technolo | 22245504 | Lease Stream Payment | $1,112.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Intergrated Marketing Technolo | 22245504 | Lease Stream Payment | $1,112.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| INTERNATIONAL GEMMOLOGICAL INS | 21764006 | * Lease Stream Payment | $1,376.28 | USB, as servicer and/or Trustee | WSB | IFC | |
| INTERNATIONAL GOLDEN FOODS LLC | 22818002 | Lease Stream Payment | $302.51 | USB, as servicer and/or Trustee | WSB | IFC | |
| IS L SERVICES INC | 23142701 | Lease Stream Payment | $222.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| J&B Trails, Inc | 22209704 | Lease Stream Payment | $110.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| J&B HOLDINGS INC | 23123401 | Lease Stream Payment | $878.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| JACMONT HOSPITALITY INC | 23134801 | Lease Stream Payment | $121.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Jacy Kuehl, an Individual | 23123801 | Lease Stream Payment | $1,683.08 | USB, as servicer and/or Trustee | WSB | IFC | |
| JAIDOO INC | 23145001 | Lease Stream Payment | $825.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| JAMES E. GROSS & BALIRIA GROSS | 22859201 | Lease Stream Payment | $1,017.70 | USB, as servicer and/or Trustee | WSB | IFC | |
| JEFFERSON COUNTY CIVIC CENTER, | 22924901 | Lease Stream Payment | $1,427.19 | USB, as servicer and/or Trustee | WSB | Pioneer Capital | |
| JOKEN COMPANY | 22893202 | Lease Stream Payment | $310.00 | USB, as servicer and/or Trustee | WSB | Technology Capital | Pioneer Capital |
| JOKEN COMPANY | 22893203 | Lease Stream Payment | $310.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| JOHNSON BROADCASTING OF DALLAS | 801075-002 | Lease Stream Payment | $5,045.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| JOHNSON BROADCASTING OF DALLAS | 801075-001 | Lease Stream Payment | $8,590.00 | USB, as servicer and/or Trustee | WSB | SUNBELT LESSORS | Pioneer Capital |
| JUNE J MIN | 23151601 | Lease Stream Payment | $332.22 | USB, as servicer and/or Trustee | WSB | IFC | |
| K. L. Barron, Inc. | 23152701 | Lease Stream Payment | $350.81 | USB, as servicer and/or Trustee | WSB | IFC | |
| KOFFE FAMILY ENTERPRISES,INC | 23053201 | Referred Lease Payment | $249.94 | USB, as servicer and/or Trustee | WSB | SUNBELT LESSORS | Pioneer Capital |
| KARR & KORNBERG ORTHOPAEDIC | 22757501 | Residual (Extended Lease Stream Payment) | $3,785.69 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| KMPARK PROPERTIES LLC | 23148201 | Lease Stream Payment | $1,401.29 | USB, as servicer and/or Trustee | WSB | IFC | |
| KMPARK PROPERTIES LLC | 23148202 | Lease Stream Payment | $565.02 | USB, as servicer and/or Trustee | WSB | IFC | |
| King Solutions, Inc | 801172-002 | Lease Stream Payment | $2,075.41 | USB, as servicer and/or Trustee | WSB | IFC | |
| King Solutions, Inc | 22241003 | Lease Stream Payment | $1,724.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Kings View | 801189-002 | Lease Stream Payment | $217.85 | USB, as servicer and/or Trustee | WSB | IFC | |
| KINNEY DRUGS | 21918903 | Lease Stream Payment | $260.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| KJL ENTERPRISES INC | 23128201 | * Lease Stream Payment | $868.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| KUSH LLC | 23105901 | Lease Stream Payment | $3,155.36 | USB, as servicer and/or Trustee | WSB | IFC | |
| Kubota of Cincinnati, Inc. | 23152801 | Lease Stream Payment | $1,492.32 | USB, as servicer and/or Trustee | WSB | Priority Leasing | Pioneer Capital |
| LADAARAN MANAGEMENT CORP | 23148001 | Lease Stream Payment | $1,412.19 | USB, as servicer and/or Trustee | WSB | Select Business Credit | Pioneer Capital |
| LAFONTAINE'S ICE CREAM & | 23149001 | Lease Stream Payment | $2,296.94 | USB, as servicer and/or Trustee | WSB | IFC | |
| Lamb H. Brown M.D. PLLC | 23137601 | * Lease Stream Payment | $1,979.10 | USB, as servicer and/or Trustee | WSB | IFC | |
| Lam Wholesale Supply | 22220001 | Residual | $2,532.72 | USB, as servicer and/or Trustee | WSB | IFC | |
| Lam Wholesale Supply | 22220001 | Residual (Extended Lease Stream Payment) | $1,410.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| LAWRENCE J COMPOLATTARO | 22751202 | * Lease Stream Payment | $254.61 | USB, as servicer and/or Trustee | WSB | IFC | |
| Lehigh Valley Academy Reg. | 22349601 | Lease Stream Payment | $757.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| LEHIGH VALLEY RESTAURANT GROUP | 22761303 | Lease Stream Payment | $125.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Leesay's, Inc. | 22254101 | Residual (Extended Lease Stream Payment) | $1,282.93 | USB, as servicer and/or Trustee | WSB | IFC | |
| Leesay's, Inc. | 22254101 | Residual | $101.00 | USB, as servicer and/or Trustee | WSB | Sunbelt | Pioneer Capital |
| LORETTA STEVENS | 23147401 | * Lease Stream Payment | $883.55 | USB, as servicer and/or Trustee | WSB | Sunbelt | Pioneer Capital |
| LORETTA STEVENS | 23147401 | Lease Stream Payment | $883.55 | USB, as servicer and/or Trustee | WSB | IFC | |
| LOTUS FROZEN YOGURT LLC | 23091301 | Lease Stream Payment | $910.87 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| Lyman Henn | 23050902 | Lease Stream Payment | $697.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Mofitt, Corp | 22333003 | Lease Stream Payment | $1,724.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| MALCOLM ENTERPRISES, INC. | 21546202 | Lease Stream Payment | $222.14 | USB, as servicer and/or Trustee | WSB | IFC | |
| MANNA KOREA CO | 23140101 | Lease Stream Payment | $579.61 | USB, as servicer and/or Trustee | WSB | IFC | |
| Mansfield Restaurant, Inc. | 23158601 | Lease Stream Payment | $755.53 | USB, as servicer and/or Trustee | WSB | IFC | |
| MAP TRANSPORTATION INC | 22460801 | Residual (Extended Lease Stream Payment) | $1,641.01 | USB, as servicer and/or Trustee | WSB | Priority Leasing | Pioneer Capital |
| MARJIE LIVINGSTON'S, INC. | 23130101 | Lease Stream Payment | $1,017.32 | USB, as servicer and/or Trustee | WSB | Decada Financial Group | Pioneer Capital |
| Marra Apothecaries | 300202-001 | Residual (Extended Lease Stream Payment) | $2,107.14 | USB, as servicer and/or Trustee | WSB | Spectrum Medical Leasing, Inc. | IFC |
| MARQUIS CONTRACT CORPORATION | 22873106 | Lease Stream Payment | $1,080.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| MCNELSON UNITED NATIONAL BEN | 22768211 | Lease Stream Payment | $277.16 | USB, as servicer and/or Trustee | WSB | IFC | |
| McNANGA FOODS INC | 22986202 | Lease Stream Payment | $187.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| MEDICAL LEGAL R/T PRODUCTIONS, INC | 23136401 | Lease Stream Payment | $369.50 | USB, as servicer and/or Trustee | WSB | IFC | |
| MEDICATION MNGT SYSTEMS INC | 23141901 | Lease Stream Payment | $304.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| MERCY HEALTH NETWORK INC | 23137102 | Lease Stream Payment | $1,034.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| MERCY HEALTH NETWORK INC | 23137103 | Lease Stream Payment | $1,034.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| MERISANT US INC | 23122901 | Referred Lease Payment | $2,805.68 | USB, as servicer and/or Trustee | WSB | IFC | |
| Metro/Risk, Inc. Insurance Bro | 300933-000 | Residual | $7,369.12 | USB, as servicer and/or Trustee | WSB | IFC | |
| Metro/Risk, Inc. Insurance Bro | 300933-000 | Residual (Extended Lease Stream Payment) | $1,287.36 | USB, as servicer and/or Trustee | WSB | IFC | |
| MIA RESORTS, INC. | 801208-001 | Lease Stream Payment | $3,128.05 | USB, as servicer and/or Trustee | WSB | Mercury Capital | IFC |
| MIA RESORTS, INC. | 801208-002 | Lease Stream Payment | $2,937.73 | USB, as servicer and/or Trustee | WSB | Mercury Capital | IFC |
| MIA RESORTS, INC. | 801208-003 | Lease Stream Payment | $2,665.87 | USB, as servicer and/or Trustee | WSB | IFC | |
| MIA RESORTS, INC. | 801208-004 | Lease Stream Payment | $2,274.98 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor Assignee |
|---|---|---|---|---|---|---|
| MA RESORTS, INC. | 801208-005 | Lease Stream Payment | $2,692.54 | USB, as servicer and/or Trustee | WSB | IFC |
| Michael Burting Jr. Ind | 22343502 | Lease Stream Payment | $109.69 | USB, as servicer and/or Trustee | WSB | IFC |
| Micron Paper Inc. | 23143601 | * Lease Stream Payment | $738.83 | USB, as servicer and/or Trustee | WSB | IFC |
| MIDDLETOWN PUBLIC SCHOOL DISTR | 23151801 | Lease Stream Payment | $1,354.11 | USB, as servicer and/or Trustee | WSB | Pioneer Capital |
| MINERVA GONZALEZ | 22905901 | Referred Lease Payment | $1,158.27 | USB, as servicer and/or Trustee | WSB | IFC |
| MINUTI COFFEE LLC | 22989301 | Lease Stream Payment | $716.10 | USB, as servicer and/or Trustee | WSB | IFC |
| MJK ENTERPRISES INC | 23096601 | Lease Stream Payment | $337.50 | USB, as servicer and/or Trustee | WSB | IFC |
| Mobile X-Ray Services, LLC dba | 23148902 | Lease Stream Payment | $2,183.69 | USB, as servicer and/or Trustee | WSB | IFC |
| MODERN AUTO BODY, LP | 23137401 | * Lease Stream Payment | $2,143.01 | USB, as servicer and/or Trustee | WSB | Pioneer Capital |
| MOHEGAN SYSTEMS, LLC | 22580503 | Lease Stream Payment | $1,214.00 | USB, as servicer and/or Trustee | WSB | IFC |
| MOUNTAINWEST MEDICAL IMAGING | 23145901 | Lease Stream Payment | $375.00 | USB, as servicer and/or Trustee | WSB | IFC |
| MSI Solutions Inc. | 300574-000 | Residual (Extended Lease Stream Payment) | $3,653.57 | USB, as servicer and/or Trustee | WSB | IFC |
| NAGEL, MICHAEL | 23083401 | Lease Stream Payment | $1,227.00 | USB, as servicer and/or Trustee | WSB | IFC |
| NATDON CORP | 23119801 | Lease Stream Payment | $262.86 | USB, as servicer and/or Trustee | WSB | IFC |
| NEPS LLC | 22682605 | Lease Stream Payment | $2,893.03 | USB, as servicer and/or Trustee | WSB | IFC |
| NEUROSURGERY & SPINAL DISORDER | 23056402 | Lease Stream Payment | $1,499.00 | USB, as servicer and/or Trustee | WSB | IFC |
| New West Technologies | 22364507 | Lease Stream Payment | $383.00 | USB, as servicer and/or Trustee | WSB | IFC |
| New West Technologies | 22364507 | Residual | $101.00 | USB, as servicer and/or Trustee | WSB | IFC |
| New West Technologies | 22364508 | Lease Stream Payment | $659.01 | USB, as servicer and/or Trustee | WSB | IFC |
| New West Technologies | 22364508 | Residual | $101.00 | USB, as servicer and/or Trustee | WSB | IFC |
| NEW YORK COMMUNITY BANCORP INC | 22730527 | Lease Stream Payment | $15,240.00 | USB, as servicer and/or Trustee | WSB | IFC |
| NEW YORK COMMUNITY BANCORP INC | 22730528 | Lease Stream Payment | $1,200.00 | USB, as servicer and/or Trustee | WSB | IFC |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor Assignee |
|---|---|---|---|---|---|---|
| NEWPORT MESA INN LLC | 23153001 | Lease Stream Payment | $569.00 | USB, as servicer and/or Trustee | WSB | IFC |
| NORTH END MOTORS INC | 23119201 | Lease Stream Payment | $316.85 | USB, as servicer and/or Trustee | WSB | IFC |
| NORTHSTAR FITNESS CORPORATION | 22199805 | Lease Stream Payment | $402.00 | USB, as servicer and/or Trustee | WSB | IFC |
| NORTHWEST HEALTH SERVICES | 21934701 | Residual (Extended Lease Stream Payment) | $1,797.00 | USB, as servicer and/or Trustee | WSB | IFC |
| Nycon Wall System Supply Inc. | 23139001 | Lease Stream Payment | $259.32 | USB, as servicer and/or Trustee | WSB | IFC |
| Ocean Marketing, Inc. | 23038401 | Lease Stream Payment | $333.41 | USB, as servicer and/or Trustee | WSB | Pioneer Capital |
| O'CHARLEY'S INC | 23139301 | Lease Stream Payment | $406.00 | USB, as servicer and/or Trustee | WSB | Select Business Credit Pioneer Capital |
| ORTIZ, SIMON | 23154401 | Lease Stream Payment | $487.18 | USB, as servicer and/or Trustee | WSB | IFC |
| ORTIZ, SIMON | 23154401 | Lease Stream Payment | $487.18 | USB, as servicer and/or Trustee | WSB | SUNBELT LESSORS Pioneer Capital |
| Osmah Auto Sales & Repair Corporation | 23154501 | Lease Stream Payment | $254.80 | USB, as servicer and/or Trustee | WSB | SUNBELT LESSORS Pioneer Capital |
| Palmetto Open MRI, Inc. | 801222-001 | Referred Lease Payment (Post 9/09) | $11,461.14 | Trustee | WSB | IFC |
| Palmetto Open MRI, Inc. | 801222-002 | Referred Lease Payment (Post 9/09) | $2,183.96 | Trustee | WSB | IFC |
| PARADYME INC | 23153301 | Lease Stream Payment | $2,287.00 | USB, as servicer and/or Trustee | WSB | IFC |
| PARTNERS CONCEPTS DEVELOPMENT | 801109-003 | Referred Lease Payment | $37,777.78 | USB, as servicer and/or Trustee | WSB | IFC |
| PARTNERS CONCEPTS DEVELOPMENT | 801109-007 | Referred Lease Payment | $37,777.78 | USB, as servicer and/or Trustee | WSB | IFC |
| PARTNERS CONCEPTS DEVELOPMENT | 801109-010 | Referred Lease Payment | $50,222.00 | USB, as servicer and/or Trustee | WSB | IFC |
| PEGGY HILL | 22903902 | Lease Stream Payment | $814.10 | USB, as servicer and/or Trustee | WSB | IFC |
| PENGUIN CAFE | 23027301 | Referred Lease Payment | $3,346.50 | USB, as servicer and/or Trustee | WSB | IFC |
| PENINSULA AERO TECHNOLOGY INC | 22722702 | Lease Stream Payment | $649.00 | USB, as servicer and/or Trustee | WSB | IFC |
| PERFORMANCE PLASTICS INC | 22996601 | Residual (Extended Lease Stream Payment) | $2,705.52 | USB, as servicer and/or Trustee | WSB | IFC |
| PETER'S INCORPORATED | 23146401 | Lease Stream Payment | $289.51 | USB, as servicer and/or Trustee | WSB | IFC |
| PETER'S INCORPORATED | 23146401 | Lease Stream Payment | $289.51 | USB, as servicer and/or Trustee | WSB | IFC |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| PHAM, TRUNG | 23113301 | Lease Stream Payment | $878.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| PHAM, TRUNG | 23113301 | Lease Stream Payment | $878.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| PHC AND ASSOCIATES INC | 22798402 | * Lease Stream Payment | $1,723.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| PLEASANT RUN ASSOCIATION | 21968201 | Residual (Extended Lease Stream Payment) | $2,106.28 | USB, as servicer and/or Trustee | WSB | IFC | |
| PLEASANT RUN ASSOCIATION | 21968202 | Residual (Extended Lease Stream Payment) | $2,106.28 | USB, as servicer and/or Trustee | WSB | IFC | |
| PM E EQUIP INC | 22795813 | Lease Stream Payment | $1,995.45 | USB, as servicer and/or Trustee | WSB | IFC | |
| POCOM COMMUNICATIONS INC. | 22447602 | * Lease Stream Payment | $433.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| PREMIER RESTAURANT MNGT | 23105201 | Lease Stream Payment | $455.57 | USB, as servicer and/or Trustee | WSB | IFC | |
| PREMITTANCE CENTERS INC | 23099502 | Lease Stream Payment | $1,730.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| PUB REMITTANCE CENTERS INC | 23099501 | Lease Stream Payment | $495.69 | USB, as servicer and/or Trustee | WSB | IFC | |
| PUBLICIS INC | 801188-002 | Lease Stream Payment | $9,402.31 | USB, as servicer and/or Trustee | WSB | IFC | |
| QUICK QUALITY RESTAURANT INC | 22943105 | Lease Stream Payment | $131.59 | USB, as servicer and/or Trustee | WSB | IFC | |
| QUESTANS INC | 23147801 | Lease Stream Payment | $255.62 | USB, as servicer and/or Trustee | WSB | IFC | |
| QUACH, TONG | 23138301 | Lease Stream Payment | $878.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| QSL ENTERPRISE LTD | 23098501 | Lease Stream Payment | $211.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| RAMIN & LIDA KOUCHESFAHANI | 22725601 | Lease Stream Payment | $2,452.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| RAMMY INC | 23144201 | Lease Stream Payment | $230.00 | USB, as servicer and/or Trustee | WSB | Frontier | First Corp |
| RAPPAN RESTAURANTS INC | 23129301 | Lease Stream Payment | $377.27 | USB, as servicer and/or Trustee | WSB | IFC | |
| RAPID BROADBAND TECHNOLOGIES, INC | 22680901 | Lease Stream Payment | $863.19 | USB, as servicer and/or Trustee | WSB | Pioneer Capital | |
| RICHARD D HART PC | 23095701 | Lease Stream Payment | $646.86 | USB, as servicer and/or Trustee | WSB | IFC | |
| Richard J. Lugo, Individual | 23058801 | * Lease Stream Payment | $166.04 | USB, as servicer and/or Trustee | WSB | IFC | |
| RICOH AMERICAS CORP | 801194-003 | Lease Stream Payment | $1,761.00 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| RIVER VALLEY MOBILE RADIOLOGY INC | 23149901 | Lease Stream Payment | $1,255.05 | USB, as servicer and/or Trustee | WSB | IFC | |
| Roadlink Services, L.P. | 22315401 | Residual (Extended Lease Stream Payment) | $2,234.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| ROADTEC, INC | 21986501 | Residual | $6,614.44 | USB, as servicer and/or Trustee | WSB | IFC | |
| ROBERT KING | 23114001 | Lease Stream Payment | $878.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| RODNEY STANHOPE | 23141701 | Lease Stream Payment | $825.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| RODRIGUEZ COLVIN,CHANEY & SAENZ LLP | 23132801 | Lease Stream Payment | $737.64 | USB, as servicer and/or Trustee | WSB | IFC | |
| RODRIGUEZ COLVIN,CHANEY & SAENZ LLP | 23132801 | Lease Stream Payment | $737.64 | USB, as servicer and/or Trustee | WSB | IFC | |
| RODRIGUEZ COLVIN,CHANEY & SAENZ LLP | 23132801 | Residual | $1.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| ROGUEZ COLVIN,CHANEY & SAENZ LLP | 23132801 | Lease Stream Payment | $1,546.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| ROWE PROFESSIONAL PHOTOGRAPHERS INC | 23119001 | Lease Stream Payment | $428.29 | USB, as servicer and/or Trustee | WSB | IFC | |
| RPS EXPRESS INC | 23084201 | Lease Stream Payment | $6,746.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Rush-Presbyterian-St. Luke's M | 62701 | * Lease Stream Payment | $2,684.80 | USB, as servicer and/or Trustee | WSB | Spectrum Medical Leasing, Inc. | IFC |
| S, G. & L., LLC | 22773701 | Lease Stream Payment | $590.00 | USB, as servicer and/or Trustee | WSB | IFC | Pioneer Capital |
| SAIL CITY APPAREL LIMITED | 23042202 | Lease Stream Payment | $504.53 | USB, as servicer and/or Trustee | WSB | IFC | |
| SALT AND PEPPER LLC | 23142801 | Lease Stream Payment | $462.92 | USB, as servicer and/or Trustee | WSB | IFC | |
| SANDERS PIKE INC | 23147501 | Lease Stream Payment | $1,251.72 | USB, as servicer and/or Trustee | WSB | IFC | |
| Senniec, L.L.C. | 23149201 | Lease Stream Payment | $560.00 | USB, as servicer and/or Trustee | WSB | TECH EQUIPMENT | Pioneer Capital |
| SHEPARD & KEMNA ENGINEERED TRANSPORATION, | 23136701 | Lease Stream Payment | $1,719.77 | USB, as servicer and/or Trustee | WSB | IFC | |
| Shree Riddhi Siddhi LLC | 23117601 | * Lease Stream Payment | $1,537.02 | USB, as servicer and/or Trustee | WSB | IFC | |
| SINENSIS GROUP LLC | 23083601 | Lease Stream Payment | $1,591.00 | USB, as servicer and/or Trustee | WSB | IFC | DVI Strategic Partner |
| Siouxland Oral & Max | 001-0006534-002 | Residual (Extended Lease Stream Payment) | $319.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| SOUND DECISION OF VIRGINIA INC | 23154601 | Lease Stream Payment | $2,133.62 | USB, as servicer and/or Trustee | WSB | Envision Capital Group | IFC |
| SOUTHERN PARAMEDIC SERVICES, INC. | 23117701 | Lease Stream Payment | | | WSB | | Pioneer Capital |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| Sparks Adv, Inc | 22172504 | Lease Stream Payment | $746.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| SONGEX LLC | 23124501 | * Lease Stream Payment | $1,922.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Springboro Medical Arts, Inc. | 23139701 | * Lease Stream Payment | $100.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| SPRINKLES CUPCAKES CA LLC | 23082301 | Lease Stream Payment | $114.00 | USB, as servicer and/or Trustee | WSB | Pioneer Capital | |
| ST. JOAN OF ARC ROMAN CATHOLIC PARISH PHOENIX | 23137201 | Lease Stream Payment | $905.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| STARWOOD HOTELS & RESORTS WORLWIDE | 23100301 | Lease Stream Payment | $395.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Starwood Steamboat LLC | 22959601 | Lease Stream Payment | $298.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| STEPHANIE RO | 23094701 | Lease Stream Payment | $878.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| Sterling Mining Company | 801163-001 | * Lease Stream Payment | $8,899.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| STINGLEY ENTERPRISES INC | 23148101 | Lease Stream Payment | $130.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| STRICKLY BUSINESS ENTERPRISE OF GREATER NEW | 23118401 | * Lease Stream Payment | $2,681.13 | USB, as servicer and/or Trustee | WSB | Jencas Financial | Pioneer Capital |
| STRIKE HOLDINGS LLC | 23131101 | Lease Stream Payment | $728.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| STROLLO ARCHITECTS INC | 23122701 | Lease Stream Payment | $1,250.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| STRONG COFFE ONE LLC | 23148801 | Lease Stream Payment | $306.25 | USB, as servicer and/or Trustee | WSB | IFC | |
| SUPER MEX RESTAURANTS INC | 22740003 | Lease Stream Payment | $881.05 | USB, as servicer and/or Trustee | WSB | IFC | |
| SVO ARIZONA MANAGEMENT LLC | 23102601 | Referred Lease Payment | $477.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| SWEENEY, CHRISTINE | 23143401 | Lease Stream Payment | $775.22 | USB, as servicer and/or Trustee | WSB | IFC | |
| SWEENEY, CHRISTINE | 23143401 | Lease Stream Payment | $775.22 | USB, as servicer and/or Trustee | WSB | IFC | |
| SWEENEY, CHRISTINE | 23112901 | Lease Stream Payment | $120.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Talbott Associates LP dba | 22556802 | Lease Stream Payment | $175.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| T & D TRANSPORTATION INC | 23117801 | Lease Stream Payment | $265.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| TAOS TECHNOLOGIES LLC | 801063-002 | Referred Lease Payment | $2,584.24 | USB, as servicer and/or Trustee | WSB | IFC | |
| TCG PACKAGING SERVICES, INC | | | | | | | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| TCG PACKAGING SERVICES, INC | 801063-003 | Referred Lease Payment | $2,495.81 | Trustee | WSB | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-004 | Referred Lease Payment | $2,467.87 | Trustee | WSB | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-007 | Referred Lease Payment | $4,590.00 | Trustee | WSB | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-008 | Referred Lease Payment | $5,537.16 | Trustee | WSB | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-006 | Referred Lease Payment | $4,207.50 | Trustee | WSB | IFC | |
| TENACIOUS LLC | 23154901 | Lease Stream Payment | $441.78 | USB, as servicer and/or Trustee | WSB | IFC | |
| Techniquex, LLC | 23143201 | Lease Stream Payment | $1,266.23 | USB, as servicer and/or Trustee | WSB | IFC | |
| TERESA WILCOX & GREG WILCOX | 23150101 | Lease Stream Payment | $1,357.44 | USB, as servicer and/or Trustee | WSB | IFC | |
| TET-A-DECK INC | 23149401 | Lease Stream Payment | $175.85 | USB, as servicer and/or Trustee | WSB | IFC | |
| TEX-GABLES INC | 22563701 | Lease Stream Payment | $6,631.23 | USB, as servicer and/or Trustee | WSB | IFC | |
| The Peterson Brothers | 22392301 | * Lease Stream Payment | $1,725.35 | USB, as servicer and/or Trustee | WSB | IFC | |
| THEUROLOGY CENTER OF SOUTHWEST | 23142001 | Lease Stream Payment | $779.98 | USB, as servicer and/or Trustee | WSB | IFC | |
| THE'S HOOK INC | 23131201 | Referred Lease Payment | $146.95 | USB, as servicer and/or Trustee | WSB | IFC | |
| THINK EQUITY PARTNERS, LLC | 21445702 | Residual | $7,458.11 | USB, as servicer and/or Trustee | WSB | Firstcorp | |
| TIANA INSTITUTE FOR PLASTIC | 22935103 | * Lease Stream Payment | $1,399.44 | USB, as servicer and/or Trustee | WSB | IFC | |
| Timberland Truck Lines, LLC | 23153401 | Lease Stream Payment | $1,189.22 | USB, as servicer and/or Trustee | WSB | Pioneer Capital | |
| Triangle Therapeutics, Inc. | 23140301 | Lease Stream Payment | $209.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| TORAH-AURA PRODUCTIONS INC | 22453202 | Lease Stream Payment | $256.00 | USB, as servicer and/or Trustee | WSB | PROVIDENCE CAPITAL | Pioneer Capital |
| TRANSPORTATION GRID AGENT LP | 22940501 | Lease Stream Payment | $2,031.97 | USB, as servicer and/or Trustee | WSB | IFC | |
| TRICKUM OPS LLC dba BOJANGLES | 22761203 | Lease Stream Payment | $189.00 | USB, as servicer and/or Trustee | WSB | PARAMOUNT FINANCIAL | Pioneer Capital |
| TRUE WORLD FOOD ATLANTA LLC | 22822402 | Lease Stream Payment | $1,155.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| TSW MANAGEMENT INC | 23098001 | Lease Stream Payment | $890.00 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| U.S.A. United Staffing Alliance, L.L.C. | 231050001 | * Lease Stream Payment | $661.46 | USB, as servicer and/or Trustee | WSB | IFC | |
| UNCOMMON CARE PA | 231399901 | Lease Stream Payment | $698.65 | USB, as servicer and/or Trustee | WSB | IFC | |
| Union Hospital Inc | 300787-018 | Lease Stream Payment | $2,803.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| VAN MANAGEMENT INC | 230678901 | Lease Stream Payment | $580.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| VC & VIC SYSTEMS INC | 231324401 | Lease Stream Payment | $534.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| VENTURES OPERATIONS L.L.C. | 801195-005 | Referred Lease Payments | $6,792.12 | Trustee | WSB | IFC | |
| VENTURES OPERATIONS L.L.C. | 801195-008 | Referred Lease Payments | $1,254.05 | Trustee | WSB | IFC | |
| Waleed M. Almasri and Guadalup | 227547701 | Lease Stream Payment | $1,228.00 | USB, as servicer and/or Trustee | WSB | Frontier | IFC |
| WALTON HOUSTON GALLERIA HOTELS LP | 231484401 | Referred Lease Payments | $667.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| WALTON HOUSTON GALLERIA HOTELS LP | 231485501 | Referred Lease Payments | $836.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| WAYZATA SERVICENTER INC | 231252201 | Lease Stream Payment | $177.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| Western Container Corporation | 801220-003 | Lease Stream Payment | $1,117.35 | USB, as servicer and/or Trustee | WSB | IFC | |
| Western Container Corporation | 801220-002 | Lease Stream Payment | $623.30 | USB, as servicer and/or Trustee | WSB | IFC | |
| Western Container Corporation | 801220-001 | Lease Stream Payment | $532.45 | USB, as servicer and/or Trustee | WSB | IFC | |
| Western Container Corporation | 801220-004 | Lease Stream Payment | $695.14 | USB, as servicer and/or Trustee | WSB | IFC | |
| WESTGATE RESORTS | 228463302 | Lease Stream Payment | $309.86 | USB, as servicer and/or Trustee | WSB | IFC | |
| WHISKEY VICTOR INC | 231314401 | Lease Stream Payment | $413.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| WILD WEST PIZZERIA, INC. | 231565501 | Lease Stream Payment | $1,290.85 | USB, as servicer and/or Trustee | WSB | BCS INC | Pioneer Capital |
| WILLIAM DAVIS REALTY, INC. | 228058801 | Lease Stream Payment | $751.30 | USB, as servicer and/or Trustee | WSB | Pioneer Capital | |
| WILSON TRUCKING LLC | 231182201 | Lease Stream Payment | $120.00 | USB, as servicer and/or Trustee | WSB | IFC | |
| YATES PETROLEUM CORPORATION | 230375501 | Lease Stream Payment | $10,692.91 | USB, as servicer and/or Trustee | WSB | IFC | |
| YOGURT STOP INC | 230498801 | Lease Stream Payment | $2,653.86 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing.
This lease may be changed to referred lease status without further notice.

In re IFC Capital Corp., Case No. 09-27094

EXHIBIT A TO DISPOSITION NOTICE

4/9/2010

| IFC Customer Name | Lease Number | Type of Cash Collateral To Be Returned | Estimated Recurring Monthly Collections | Party Authorized To Release Cash Collateral | Party To Receive Cash Collateral | Original Lessor | Assignee |
|---|---|---|---|---|---|---|---|
| YOUNG KANG & YUN C HWANG | 23147201 | Lease Stream Payment | $825.75 | USB, as servicer and/or Trustee | WSB | IFC | |
| ZOTOS INTERNATIONAL INC | 22657903 | Lease Stream Payment | $1,536.95 | USB, as servicer and/or Trustee | WSB | IFC | |

Lease Stream Payments noted with "*" means that the lease is in default but has not yet been referred back to IFC for special servicing. This lease may be changed to referred lease status without further notice.