# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-27094 |
| IFC CREDIT CORPORATION, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

Allen J. Guon hereby certifies that on **April 9, 2010** he caused to be served a true and correct copy of **Notice of Disposition Pursuant to the Final Agreed Order Authorizing Use of Cash Collateral and the Disposition of Certain Property, Providing Adequate Protection and Granting Other Relief to West Suburban Bank** (i) through Electronic Notice for Registrants on the following CM/ECF service list; (ii) by Email on the following Email service list; and (iii) by Regular Mail postage prepaid on the following mailing list.

Dated: April 12, 2010                                    /s/ Allen J. Guon

Steven B. Towbin (2848546)
Allen J. Guon (6244526)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Tel: (312) 980-3836
Fax: (312) 275-0584

{7198 CER A0257338.DOC}

## Mailing Information for Case 09-27094

## Electronic Mail Notice List

- Janice A Alwin     janice.alwin@bfkn.com
- Thomas V Askounis     taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- Terence G Banich     tbanich@shawgussis.com, kdevries@shawgussis.com
- Courtney E Barr     cbarr@lockelord.com, docket@lockelord.com
- Paige E Barr     paige.barr@kattenlaw.com
- William J. Barrett     william.barrett@bfkn.com
- Jason J Ben     jben@kayescholer.com
- Carly Berard     cberard@rockfuscollc.com
- Ira Bodenstein     ibodenstein@shawgussis.com
- Jonathan T Brand     jbrand@lakelaw.com
- Francis X Buckley     fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- Christine L Childers     cchilders@jenner.com, docketing@jenner.com
- Alex Darcy     adarcy@askounisdarcy.com
- Sara H Doran     sara.doran@troutmansanders.com
- William J Dorsey     william.dorsey@kattenlaw.com, janice.mueller@kattenlaw.com;ecfdocket@kattenlaw.com
- Barbara J Dutton     duttonlaw@aol.com, lisar@duttonlaw.com
- William J Factor     wfactor@wfactorlaw.com
- Andrea L Frost     afrost@kayescholer.com
- Matthew T. Gensburg     gensburgm@gtlaw.com, chiedocket@gtlaw.com;carlsonk@gtlaw.com
- Adam B Goodman     adam@thegoodmanlawoffices.com
- Emily S. Gottlieb     emily_gottlieb@gardencitygroup.com, kenneth_freda@gardencitygroup.com;paul.kinealy@gardencitygroup.com;PACERTeam@gardencitygroup.com
- Gordon E. Gouveia     ggouveia@shawgussis.com
- Daniel T. Graham     dgraham@fvldlaw.com
- Allen J Guon     aguon@shawgussis.com
- John W Guzzardo     jguzzardo@shawgussis.com
- Cindy M. Johnson     cjohnson@jnlegal.net, dnewby@jnlegal.net
- Lisa D. Johnson     lisa.johnson@hklaw.com
- Vincent E. Lazar     vlazar@jenner.com, lyap@jenner.com;docketing@jenner.com
- David P Leibowitz     dleibowitz@lakelaw.com, czuniga@lakelaw.com;ECF@lakelaw.com
- David P Leibowitz     dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com
- Mark E Leipold     mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- Mitchell Lieberman     mlieberman@noonanandlieberman.com, knoonan@noonanandlieberman.com;igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com
- Inez M Markovich     imarkovich@dpattorneys.com, climbach@dpattorneys.com;afederer@dpattorneys.com

- Gini S. Marziani  gsmarziani@davismcgrath.com, mjoseph@davismcgrath.com,lmiller@davismcgrath.com
- Kelly J McClintic  kmcclintic@keatingshure.com, smcclintic@keatingshure.com
- Lauren N. Nachinson  Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com
- William T Neary  USTPRegion11.ES.ECF@usdoj.gov
- Ethan Ostrow  ostrowe@gtlaw.com, carlsonk@gtlaw.com
- Ann E Pille  ann.pille@dlapiper.com, apille@reedsmith.com
- George Rosenberg  grosenberg@co.arapahoe.co.us
- Marylynne K Schwartz  mschwartz@shawgussis.com, bharrington@shawgussis.com
- John P Sieger  john.sieger@kattenlaw.com
- Ernest D Simon  esimon@erniesimon.com
- Michael J. Small  msmall@foley.com, khall@foley.com
- Jerry L Switzer  jswitzer@polsinelli.com
- Pia N Thompson  pthompson@ksnlaw.com
- L. Judson Todhunter  JTodhunter@howardandhoward.com
- Jessica Tovrov  jessica@tovrovlaw.com
- David P. Vallas  vallas@wildman.com, fleming@wildman.com;ecf-filings@wildman.com
- Christopher H White  christopher.white@troutmansanders.com
- David O. Yuen  dyuen@tresslerllp.com, jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
- Carrie A Zuniga  czuniga@lakelaw.com

**Trustee**
David P. Leibowitz
420 W. Clayton St.
Waukegan, IL 60085
dpl@lakelaw.com

**Bankruptcy Counsel to the Trustee**
Jonathan T. Brand
Lakelaw
53 W. Jackson Blvd., Ste. 1337
Chicago, IL 60604
jbrand@lakelaw.com

**Special Counsel to the Trustee**
Ira Bodenstein
Allen J. Guon
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark St., Ste. 800
Chicago, IL 60654
ibodenstein@shawgussis.com
aguon@shawgussis.com

**IFC Credit Corp.**
William Purcell
Rebecca Elli
IFC Credit Corporation
8700 Waukegan Rd., Ste. 100
Morton Grove, IL 60053
bill@wmpurcell.com
relli@ifccredit.com

**Office of the U.S. Trustee**
Richard C. Friedman
Office of the U.S. Trustee
219 S. Dearborn St., Ste. 873
Chicago, IL 60604
richard.c.friedman@usdoj.gov

**Counsel for the Debtor**
Cindy M. Johnson
Johnson & Newby, LLC
39 S. LaSalle St., Ste. 820
Chicago, IL 60603
cjohnson@jnlegal.net

**Counsel for W. Suburban Bank**
William J. Barrett
Janice A. Alwin
Barack Ferrazzano Kirschbaum
  & Nagelberg LLP
200 W. Madison St., Ste. 3900
Chicago, IL 60606
william.barrett@bfkn.com
janice.alwin@bfkn.com

**Counsel for DZ Bank**
Richard G. Smolev
Jason J. Ben
Andrea Johnson Frost
Kaye Scholer, LLC
70 W. Madison St., Ste. 4100
Chicago, IL 60602
jben@kayescholer.com
rsmolev@kayescholer.com
afrost@kayescholer.com

**Counsel for Askounis & Darcy, PC**
Thomas V. Askounis
Alex Darcy
Askounis & Darcy, PC
401 N. Michigan Ave., Ste. 550
Chicago, IL 60611
taskounis@askounisdarcy.com
adarcy@askounisdarcy.com

**Counsel for Ben Franklin Bank of IL**
Carly Berard
Rock Fusco, LLC
321 N. Clark St., Ste. 2200
Chicago, IL 60654
cberard@rockfuscollc.com

**Counsel for First Chicago Bank & Trust Co.**
John P. Sieger
Paige E. Barr
William J. Dorsey
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
paige.barr@kattenlaw.com
john.sieger@kattenlaw.com
william.dorsey@kattenlaw.com

{7198 CER A0257338.DOC}

**Counsel for U.S. Bank N.A.**
Francis X. Buckley
Thompson Coburn Fagel Haber
55 E. Monroe, 37th Floor
Chicago, IL 60603
fxbuckleyjr@thompsoncoburn.com

**Counsel for FirstMerit Bank N.A.**
Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 S. Wacker Dr.
Chicago, IL 60606
cbarr@lockelord.com

**Counsel for Rudolph Trebels**
Christine L. Childers
Vincent E. Lazar
John B. Simon
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654-3456
cchilders@jenner.com

William J. Factor
Sara E. Lorber
Law Office of William J. Factor, Ltd.
1363 Shermer Rd., Ste. 224
N.brook, IL 60062
wfactor@factorlaw.com
slober@factorlaw.com

**Counsel for Greenwich Ins. Co.**
Sara H. Doran
Troutman Sanders, LLP
55 W. Monroe St., Ste. 3000
Chicago, IL 60603
sara.doran@troutmansanders.com

**Counsel for Barclays Capital Real Estate Inc.**
Barbara J. Dutton
Dutton & Dutton, P.C.
10325 W. Lincoln Hwy.
Frankfort, IL 60423
duttonlaw@aol.com
lisar@duttonlaw.com

**Counsel for Arthur Levinson**
**& Leonard Ludwig**
Matthew Gensburg
Gregory E. Ostfeld
Greenberg Traurig, LLC
77 W. Wacker Drive, Ste. 3100
Chicago, IL 60601
gensburgm@gtlaw.com
ostfeldg@gtlaw.com

**Counsel for Blue Dot Financial, LLC;**
**Marcus P. Davia; Kyong Don Industry Co.;**
**Tri-State Pump, Inc.; Tak Byun**
Adam Goodman
Goodman Law Offices, LLC
105 W. Madison St., Ste. 400
Chicago, IL 60602
adam@thegoodmanlawoffices.com

Jessica Tovrov
Tovrov Law Offices, LLC
105 W. Madison St., Ste. 400
Chicago, IL 60602
jessica@tovrovlaw.com

**The Garden City Group, Inc.**
Emily S. Gottlieb
225 W. Washington
Ste. 2200
Chicago, IL 60606
emily_gottlieb@gardencitygroup.com

**Counsel for Worldwide Export, Inc.**
Daniel T. Graham
Funkhouser Vegosen Liebman & Dunn Ltd.
55 W. Monroe St., Ste. 2300
Chicago, IL 60603
dgraham@fvldlaw.com

**Counsel for Coactiv Capital Ptrs., Inc.,**
Denise Lazar
David P. Vallas
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive, Ste. 2800
Chicago, IL 60606
vallas@wildman.com
lazar@wildman.com

Inez. M. Markovich
Chris Limbach
Deeb Petrakis Blum & Murphy
1601 Market St.
Philadelphia, PA 19103
imarkovich@dpattorneys.com
climbach@dpattorneys.com

**Counsel for Jefferson Business Interiors**
Jefferson Business Interiors
David O. Yuen
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
dyuen@tresslerllp.com
jborcia@tresslerllp.com

**Counsel for Northside Community Bank**
Thomas J. Magill
Lauren N. Nachinson
Quarles & Brady LLP
300 N. LaSalle St., Ste. 4000
Chicago, IL 60654
tjm@quarles.com
lauren.nachinson@quarles.com

**Counsel for VV Ventures, LLC**
Michael J. Small
Robert S. Bressler
Foley & Lardner LLP
321 N. Clark St., Ste. 2800
Chicago, IL 60654
msmall@foley.com
rbressler@foley.com

**Counsel for AI Credit Corporation**
James B. Sowka
Seyfarth Shaw LLP
131 S. Dearborn St.
Chicago, IL 60603
jsowka@seyfarth.com

**Counsel for Manufacturer & Traders Trust Company**
Pia N. Thompson
Kovitz Shifrin Nesbit
750 W. Lake Cook Rd., Ste. 350
Buffalo Grove, IL 60089
pthompson@ksnlaw.com

**Counsel for Susquehanna Comm. Finance, Inc.**
Mitchell A. Lieberman
Noonan & Lieberman Ltd.
105 W. Adams St., Ste. 3000
Chicago, IL 60603
mleiberman@noonanandlieberman.com

**Counsel for Alex and Sally Nichols**
Gini S. Marziani
Champ W. Davis
Davis McGrath, LLC
125 S. Wacker Drive, #1700
Chicago, IL 60606
gsmarziani@davismcgrath.com
cdavis@davismcgrath.com
jkins@davismacgrath.com

**Counsel for Party Home Bank of Arkansas**
Kevin T. Keating
Kelly J. McClintic
Keating & Shure, Ltd.
55 W. Monroe, Ste. 1600
Chicago, IL 60603
kkeating@keatingshure.com
kmcclintic@keatingshure.com

**Counsel for Lakeland Bank**
Kristin T. Mihelic
Forman Holt Eliades & Ravin LLC
80 Route 4 E., Ste. 290
Paramus, NJ 07652
kmihelic@formanlaw.com

**Counsel for George Washington Savings Bank**
Alex Terras
Ann E. Pille
Reed Smith LLP
10 S. Wacker Drive, Ste. 4000
Chicago, IL 60606
aterras@dlapiper.com
apille@reedsmith.com

{7198 CER A0257338.DOC}

**Counsel for Treasurer of Arapahoe County Colorado**
George Rosenberg
Assistant Arapahoe County Attorney
5334 S. Prince St.
Littleton, CO  80166
grosenberg@co.arapahoe.co.us

**Counsel for Devon Bank**
Ernest D. Simon
105 W. Adams, Ste. 1400
Chicago, IL  60603
esimon@erniesimon.com

**Counsel for Manufacturer & Traders Trust Company**
Deirdre M. Richards
Lamm Rubenstone LLC
3600 Horizon Blvd., Ste. 200
Trevose, PA  19053
drichards@lammrubenstone.com

**Counsel for Travelers Cas. and Sur. Co. of America**
Stephen D. Oppenheim
Claim Counsel
Travelers
One Tower Square-S102 A
Hartford, CT  06183
SDOPPENH@travelers.com

**Counsel for Krueger Intl. Inc.**
Robert M. Charles
Liebmann, Conway, Olejniczak & Jerry, S.C.
P.O. Box 232200
Green Bay, WI  54305-3200
rmc@lcojlaw.com

**Counsel for Katy ISD, Jasper County, Wharton County, Consolidated Tax Collections of Washington County, Montgomery County, Liberty County, Cypress-Fairbanks ISD, Angelina County, Harris County, Fort Bend County, Galveston County**
John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064
houston_bankruptcy@publicans.com

**Counsel for Weir & Partners LLP**
Marc J. Zucker
Susan Verbonitz
Weir & Partners LLP
Widener Bldg., Ste. 500
Philadelphia, PA  19107
mzucker@weirpartners.com
sverbonitz@weirpartners.com

**Legal and Leasing Consultants and Special Counsel for Trustee Nunc Pro Tunc**
**For David P. Leibowitz, Trustee**
James Coston
Mcneily Roenfeld & Coston
53 W. Jackson, Ste. 1142
Chicago, IL  60604
jcoston@costonlaw.com

**Counsel for Alpine Independent School District**
Susan R. Fuertes
14910 Aldine-W.field Rd.
Houston, TX  77032
sfuertes@aldine.k12.tx.us

**Counsel for IFC Credit Corporation**
John M. Holowach
Johnson and Newby
39 S. LaSalle St.
Ste. 820
Chicago, IL  60620
JHolowach@JNLegal.net

{7198 CER A0257338.DOC}

**Counsel for U.S. Bank National Association**
J. Alexandra Rhim
Buchalter Nemer
1000 Wilshire Blvd.
Ste. 1500
Los Angeles, CA 90017
arhim@buchalter.com

| | |
|---|---|
| Alliance Funding Corp<br>120 Madison St., 17th Floor<br>Syracuse, NY 13202 | CIT Technology Finance<br>21146 Network Place<br>Chicago, IL 60673-1211 |
| American Enterprise Leasing<br>600 N. Buffalo Grove Rd<br>Buffalo Grove, IL 60089 | The CIT Group<br>1540 W. Fountainhead Parkway<br>Tempe, AZ 85282 |
| Bank Financial F.S.B.<br>15w060 N. Frontage Road<br>Burr Ridge, IL 60527-6921 | Citizens First National Bank<br>606 S. Main Street<br>Princeton, IL 61356 |
| BankFinancial,<br>15w060 N. Frontage Road<br>Burr Ridge, IL 60527-6922 | Cloverleaf Bank<br>6814 Goshen Road<br>Edwardsville, IL 62025 |
| Baystone Financial<br>1003 East 31st Street<br>La Grange Park, IL 60526-1218 | Commerce Commercial Leasing<br>2059 Springdale Road<br>Cherry Hill, NJ 08003 |
| Legal Department<br>512 W. Burlington Avenue, Suite 108<br>LaGrange, IL 60525 | Community Bank of Elmhurst<br>330 W. Butterfield Rd at Spring Rd<br>Elmhurst, IL 60126 |
| CDW Capital Corp.<br>200 N. Milwaukee Ave.<br>Vernon Hills, IL 60061 | DBZ Special Opportunities Fund<br>D.B. Zwirn & Co.<br>745 Fifth Avenue, 18th Floor<br>New York, NY 10151 |
| Charter One Vendor Finance LLC<br>bought by National Bank<br>2300 Cabot Drive, Suite 355<br>Lisle, IL 60532 | FINANCIAL PACIFIC<br>3455 South 344th Way<br>Federal Way, WA 98001-9546 |
| CIT Financial LTD<br>10201 Centurion Parkway North, #100<br>Jacksonville, FL 32256 | FINPAC<br>3455 South 344th Way<br>Federal Way, WA 98001-9546 |
| CIT GROUP EQUIP FIN 121003<br>1540 W. Fountainhead Parkway<br>Tempe, AZ 85282 | First Bank & Trust<br>820 Church Street, Floor 1<br>Evanston, IL 60201 |
| CIT Group Equip Fin 121803<br>1540 W. Fountainhead Parkway<br>Tempe, AZ 85282 | First Bank (FKA PlainsBank)<br>678 Lee Street<br>Des Plaines, IL 60016 |

{7198 CER A0257338.DOC}

First Bank of Highland Park
633 Skokie Blvd., 3rd Floor
Northbrook, IL  60062

First Merit Bank, N.A
106 South Main Street
Akron, OH  44308

First Personal Bank
14701 Ravinia Ave.
Orland Park, IL  60462

FirstLease, Inc.
185 Commerce Dr, #102
Fort Washington, PA  19034

MarCap Corporation
ATTN: Fisher Anderson
200 West Jackson Boulevard
Chicago, IL  60606-6942

GECC-VFS
10 Riverview Drive
Danbury, CT  06810

General Electric Capital Corp.
10 Riverview Drive
Danbury, CT  06810

GMAC Commercial Finance LLC
500 West Madison Street
Suite 3130
Chicago, IL 60661

GWSB IFC
210 Interstate North, Suite 315
Atlanta, GA  30339

HSH Nordbank AG NY Branch
230 Park Avenue
New York, NY  10169-0005

was HTLF CAPITAL CORP, is now
Hutchinson, Shockey, Erley & Co.
1616 17th Street, Suite 467
Denver, CO  80202

IBM Credit LLC
One North Castle Drive
Armonk, NY  10504

ILC Information Leasing Corp #5
(due to merger, is now Sunrise International
Leasing Corporation
6465 Wayzata Blvd., Suite 310
St. Louis Park, MN  55426

KANSAS STATE BANK
1010 Westloop
Manhattan, KS  66502

KEY EQUIPMENT FINANCE
66 South Pearl Street
Albany, NY  12207

KEY GOVERNMENT FINANCE
1000 South McCaslin Blvd.
Superior, CO  80027

LaSalle Bank CDW Leasing
135 South LaSalle Street, Suite 560
Chicago, IL  60603

Legal Department
110 S. Poplar Street, Suite 101
Wilmington, DE  19801

MANIFEST GROUP (The)   c/o US Bank
1550 E. American Blvd, #450
Minneapolis, MN  55425

MANUFACTURERS LEASE PLANS, INC
818 E Osborn Rd, Suite 200
Phoenix, AZ  85014
MARLIN LEASING CORP
300 Fellowship Road
Mt. Laurel, NJ  08054-1201

{7198 CER A0257338.DOC}

Merchants & Manufacturers Bank
25140 W. Channon Drive
Channahon, IL  60410

Legal Department
801 S. Briggs Street
Joliet, IL  60433

Legal Department
5103 Washington Street
Gurnee, IL  60031-5912

Park National Bank
1026 Ogden Avenue
Lisle, IL  60532

Legal Department
3930 Edison Lakes Parkway, Suite 310
Mishawaka, IN  46545

PAWNEE Leasing Corp
700 Centre Avenue
Fort. Collins, CO  80521

PENTECH
240 East Hacienda Avenue, Suite 100
Campbell, CA  95008

Premier Bank
1210 Central Ave
Wilmette, IL  60091

Pullman Bank & Trust Co
3930 Edison Lakes Parkway, Suite 310
Mishawaka, IN  46545

RBS Asset Finance, Inc
RCE
150 189 Canal Street
Providence, RI  02903-1318
Republic Bank
1510 75th Street
Darien, IL  60561

SANTA BARBARA BANK
P. O. Box 60839
Santa Barbara, CA  93160-0839

Signature Capital Partners, LLC
15303 Ventura Blvd., Suite 1510
Sherman Oaks, CA  91403

Sterling Bank
ATTN: Silvermark Capital – Brenda Manning
5757 Memorial Drive, 2nd Floor
Houston, TX  77007

Sovereign Bank
3 Huntington Quad, STE # 101N
Melville, NY  11747-4624

Sterling National Bank
500 Seventh Avenue, 11th Floor
New York, NY  10018-4502

SUNTRUST LEASING CORPORATION
300 East Joppa Road
Baltimore, MD  21286-3001

Susquehanna Commercial Finance/Patriot
1566 Medical Drive, #201
Pottstown, PA  19464-3229

The National Bank
852 Middle Road, Suite 101
Bettendorf, IA  52722

Tokyo Leasing (U.S.A.), Inc.
3020 Westchester Ave, #401
Purchase, NY  10577

Umpqua Bank-LIMITED RC
P. O. Box 1820
Roseburg, OR  97470

VANGUARD LEASING, INC
3325 Street Road, Suite 125
Bensalem, PA  19020

{7198 CER A0257338.DOC}

Vertical Imaging Solutions LLC
22261 Clearbrook
Mission Viejo, CA 92692-4512

West Suburban Bank
717 S Westmore Ave
Lombard IL 60148
Mike Brosnahan
Debbie Crowley

Ben Franklin Bank of Illinois
14 N Dryden Place
Arlington Heights IL 60004
Mark Johnson

PFF Bank & Trust
Now US Bank
9467 Milliken Avenue
Rancho Cucamonga, CA 91730
Anne Valdez
Cynthia Ramos

First National Bank McHenry
9705 Prairie Ridge Rd
Richmond, IL 60071
Susan J Dubs
Trish Logar

DZ Bank AG
609 Fifth Avenue
New York, NY 10017-1021
Jayan Krishnan

Northside Community Bank
8060 Oakton St.
Niles, IL 60714
Bill Kivit

First Chicago Bank and Trust
1040 W Randolph St
Chicago IL 60607
Bill Almond
Morgan McDermott

George Washington Savings Bank
14701 S. LaGrange Rd.
Orland Park, IL 60463
Mark Wiegel

Albany Bank
3400 West Lawrence Avenue
Chicago, IL 60625
Mike Jeffries

American Bank & Trust Co.
4301 E. 53rd Street
Davenport, IA 52807
Jackie Brittain

Devon Bank
6445 North Western Avenue
Chicago, IL 60645-5494
Lee P. Gubbins

Lakeside Bank
55 West Wacker Drive
Chicago, IL 60601-1699
Dave Pinkerton

Parkway Bank
4800 N. Harlem Avenue
Harwood Heights, IL 60656
Dan Tomasetti

Signature Bank
6400 N. Northwest Highway
Chicago IL 60631
Michael G. O'Rourke

Co-Activ Capital Partners
655 Business Center Drive
Horsham, PA 19044
Rene J. Paradis

Court Square
PO Box 62082
Baltimore, Maryland 21264

{7198 CER A0257338.DOC}

IFC – REGULAR MAIL SERVICE LIST

| | |
|---|---|
| Thomas Canham<br>First Mac Trucks II, LLC<br>305 Greenleaf Street<br>Evanston, IL 60202 | Leonard Ludwig<br>3501 NW Banyon Pl.<br>Portland, Oregon 97229 |
| Thomas Canham<br>The Canham Group, LLC<br>2829 E. Racquet Court<br>Tucson, AZ 85716 | Thomas Canham<br>First Mac Trucks II, LLC<br>305 Greenleaf Street<br>Evanston, IL 60202 |
| Lakeland<br>166 Changebridge Road<br>Montville, NJ 07045<br>Tim Matteson<br>Bob Ingram | Thomas Canham<br>The Canham Group, LLC<br>2829 E Racquet Court<br>Tucson, AZ 85716 |
| Susquehanna Bank<br>1566 Medical Dr., Ste. 201<br>Pottstown, PA 19464-3229<br>Brian Pickett | Paul Fritz<br>TCOA, Inc.<br>833 S. Cumberland<br>Park Ridge, IL 60068 |
| Commerce National Bank<br>279 E. Orangethorpe Ave.<br>Fullerton, CA 92832<br>Bob Robichaud | Pamela A. Greco<br>402 Crestwood Road<br>Wood Dale, IL 60191 |
| LEAF Financial Corporation<br>One Commerce Square<br>2005 Market Street<br>Philadelphia, PA 19103<br>Paul Tyczkowski | Peter Greco<br>PJ Acts, Ltd<br>402 Crestwood Road<br>Wood Dale, IL 60191<br><br>Gary A. Rogaliner<br>1461 Glenview Road<br>Glenview, IL 60025 |
| Arthur Levinson<br>c/o Leonard Ludwig<br>3501 NW Banyon Pl.<br>Portland, Oregon 97229 | Eric Salazar - Intrasol, Inc.<br>Paseo de Arroyo Zarco 23<br>Colonia Bosquencinos<br>Monterrey, N.L. Mexico |

{7198 CER A0257338.DOC}