**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-27094 |
| ) | |
| IFC CREDIT CORPORATION, ) | Chapter 7 |
| ) | |
| ) | The Honorable Jacqueline P. Cox |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

     Allen J. Guon certifies that service of Stipulation Resolving Objection Of FP Holdings, Inc., First Portland Corporation, FPC Funding II, LLC And Pioneer Capital Corporation Of Texas To Notice Of Disposition Pursuant To The Final Agreed Order Authorizing Use Of Cash Collateral And Disposition Of Certain Property, Providing Adequate Protection And Granting Other Relief To West Suburban Bank was accomplished through the Electronic Notice for Registrants for the attached CM/ECF service list and by Electronic mail to the below listed recipients, on May 25, 2010.

                                                                                            */s/ Allen J. Guon*

# Mailing Information for Case 10-00453

## Electronic Mail Notice List

- Janice A Alwin    janice.alwin@bfkn.com
- Thomas V Askounis    taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- Terence G Banich    tbanich@shawgussis.com, kdevries@shawgussis.com
- Courtney E Barr    cbarr@lockelord.com, docket@lockelord.com
- Paige E Barr    paige.barr@kattenlaw.com
- William J. Barrett    william.barrett@bfkn.com
- Jason J Ben    jben@kayescholer.com
- Carly Berard    cberard@rockfuscollc.com
- Ira Bodenstein    ibodenstein@shawgussis.com
- Jonathan T Brand    jbrand@lakelaw.com
- Francis X Buckley    fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- Christine L Childers    cchilders@jenner.com, docketing@jenner.com;aallen@jenner.com
- Alex Darcy    adarcy@askounisdarcy.com
- Sara H Doran    sara.doran@troutmansanders.com
- William J Dorsey    william.dorsey@kattenlaw.com, janice.mueller@kattenlaw.com;ecfdocket@kattenlaw.com

- Barbara J Dutton    duttonlaw@aol.com, ecfdesk@duttonlaw.com
- William J Factor    wfactor@wfactorlaw.com
- Marc I Fenton    mfenton@ngelaw.com
- Andrea L Frost    afrost@kayescholer.com
- Jeffrey D Ganz    jganz@riemerlaw.com
- Matthew T. Gensburg    gensburgm@gtlaw.com, chiedocket@gtlaw.com;carlsonk@gtlaw.com
- Adam B Goodman    adam@thegoodmanlawoffices.com
- Emily S. Gottlieb    emily_gottlieb@gardencitygroup.com, kenneth_freda@gardencitygroup.com;paul.kinealy@gardencitygroup.com;PACERTeam@gardencitygroup.com
- Gordon E. Gouveia    ggouveia@shawgussis.com
- Daniel T. Graham    dgraham@fvldlaw.com
- Allen J Guon    aguon@shawgussis.com
- John W Guzzardo    jguzzardo@shawgussis.com
- John M Holowach    JHolowach@JNLegal.net, pzukauskas@JNLegal.net
- Cindy M. Johnson    cjohnson@jnlegal.net, jholowach@jnlegal.net
- Lisa D. Johnson    lisa.johnson@hklaw.com
- Vincent E. Lazar    vlazar@jenner.com, lyap@jenner.com;docketing@jenner.com
- David P Leibowitz    dleibowitz@lakelaw.com, czuniga@lakelaw.com;ECF@lakelaw.com
- David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com
- Mark E Leipold    mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- Mitchell Lieberman    mlieberman@noonanandlieberman.com, knoonan@noonanandlieberman.com;igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com
- Inez M Markovich    imarkovich@dpattorneys.com, climbach@dpattorneys.com;afederer@dpattorneys.com
- Gini S. Marziani    gsmarziani@davismcgrath.com, mjoseph@davismcgrath.com,lmiller@davismcgrath.com
- Kelly J McClintic    kmcclintic@keatingshure.com, smcclintic@keatingshure.com
- Lauren N. Nachinson    Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Ethan Ostrow    ostrowe@gtlaw.com, carlsonk@gtlaw.com
- Ann E Pille    ann.pille@dlapiper.com, apille@reedsmith.com
- George Rosenberg    grosenberg@co.arapahoe.co.us
- Marylynne K Schwartz    mschwartz@shawgussis.com
- John P Sieger    john.sieger@kattenlaw.com
- Ernest D Simon    esimon@erniesimon.com
- Michael J. Small    msmall@foley.com, khall@foley.com
- Jerry L Switzer    jswitzer@polsinelli.com

- Pia N Thompson   pthompson@ksnlaw.com
- L. Judson Todhunter   JTodhunter@howardandhoward.com
- Jessica Tovrov   jessica@tovrovlaw.com
- David P. Vallas   vallas@wildman.com, fleming@wildman.com;ecf-filings@wildman.com
- Christopher H White   christopher.white@troutmansanders.com
- Charles R Woolley   rwoolley@askounisdarcy.com
- David O. Yuen   dyuen@tresslerllp.com, jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
- Carrie A Zuniga   czuniga@lakelaw.com