# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 7 |
| IFC CREDIT CORPORATION, | Case No. 09-B-27094 |
| Debtor. | Hon. Jacqueline P. Cox |

## FINAL AGREED ORDER AUTHORIZING BORROWING, THE DISPOSITION OF CERTAIN PROPERTY, AND GRANTING OTHER RELIEF TO WEST SUBURBAN BANK

Upon the motion ("Motion") of David P. Leibowitz, the chapter 7 trustee ("Trustee") of the estate of IFC Capital Corporation ("Debtor"), seeking the entry of a final order ("Order") authorizing borrowing from and granting certain relief to West Suburban Bank ("Lender"); due and adequate notice of the Motion having been served; and the Court having determined that the relief requested in the Motion is in the best interest of this estate and its creditors;

THE COURT FINDS THAT:

A.      On July 27, 2009 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. On that same day, the Office of the United States Trustee appointed David P. Leibowitz as interim chapter 7 trustee for the Debtor's estate. No trustee was elected at the meeting of creditors held on December 1, 2009, pursuant to 11 U.S.C. § 341, whereupon David P. Leibowitz became the permanent Trustee for Debtor's estate.

B.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of the chapter 7 case and the Motion in this district is proper pursuant to 28 U.S.C. § 1408.

C.      An immediate and ongoing need exists for the Trustee to obtain money to fund administration of the estate, without which money the Trustee will be unable to pay the estate's

employees and professionals, and meet his other administrative expenses associated with the

preservation of the estate's assets pending the ultimate liquidation of the Debtor's business in

this chapter 7 case.

D.     The Trustee and Lender have reached an agreement under which Lender will,

pursuant to 11 U.S.C. § 364(c)(1), lend monies to the Trustee for the purpose of providing some

funding for the expenses of this case.

E.     Notice of the final hearing on the Motion and this Order has been provided to

counsel to (i) the United States Trustee, (ii) counsel to the Lender; (iii) parties requesting notice

in this case; (iv) parties on the Court's CM/ECF service list and (v) all parties that the Trustee

believes may claim an interest in leases listed on Exhibit A attached hereto.  In view of the relief

requested, such notice constitutes sufficient notice under Fed. R. Bankr. P. 4001 and no other

notice need be given.

**IT IS ORDERED THAT:**

1.     The Motion is granted as set forth herein.

2.     For purposes of this Order:

    a.   "Cash Collateral" means the Lease Stream Payments, Referred Lease Stream
Payments, and Residuals in which Lender has a security interest, whether such
amounts were collected by a third party servicer or by the Debtor or Trustee.  The
Cash Collateral specifically includes all Lease Stream Payments, Referred Lease
Stream Payments and Residuals generated from the leases listed on Exhibits A, B and
C attached hereto.

    b.   "Lease Stream Payment" means, with respect to any lease, the monthly or
other periodic installments of rent paid over the fixed, initial term of the lease.  Lease
Stream Payments shall include, but are not limited to, those Lease Stream Payments
collected and held by the Trustee, Lender and/or any third party servicer prior to the
entry of this Order.  Lease Stream Payment does not include any Referred Lease
Stream Payment.  Lease Stream Payment includes any rental payments, including
payments made for periods subsequent to the initial term of the lease, made
specifically on the leases listed on Exhibit C hereto.

c.    "Prepetition Indebtedness" means all indebtedness and obligations incurred prior to the petition date by the Debtor to Lender.

d.    "Referred Lease Stream Payment" means a Lease Stream Payment made on a lease that Lender has referred to IFC or to the Trustee for assistance in collection. Referred Lease Stream Payments include, as of the date hereof, any payment made on the leases listed on Exhibit B attached hereto.

e.    "Residual" means (i) any monthly or other periodic installments of rent paid under a lease after the expiration of the fixed, initial term of the lease; (ii) any amount paid by any party to purchase the equipment that is subject to a lease; and (iii) any other amount paid by any other party that is not a Lease Stream Payment, less the Collection Expenses (as defined in this Order below).  Residuals shall include those Residuals collected and held by the Trustee, Lender and/or any third party servicer prior to the entry of this Order.

3.    The Trustee is authorized, pursuant to 11 U.S.C. § 364(c)(1), to borrow money from Lender in amounts determined in accordance with the following formula ("Disposition Formula"):

a.    Twelve and one-half percent (12.5%) of all Lease Stream Payments returned to Lender by the Trustee (or if such Lease Stream Payments are in the possession of a third-party servicer, authorized to be returned to Lender by the Trustee) pursuant to the Disposition Procedures set forth in this Order.

b.    Twenty five percent (25%) of all Referred Lease Stream Payments returned to Lender by the Trustee (or if such Referred Lease Stream Payments are in the possession of a third-party servicer, authorized to be returned to Lender by the Trustee) pursuant to the Disposition Procedures set forth in this Order; provided that, with respect to any lessee, once $25,000 has been lent to the Trustee as provided herein, the loan rate shall be twelve and one-half percent (12.5%) of any subsequent Referred Lease Stream Payments returned to Lender by the Trustee (or if such Referred Lease Stream Payments are in the possession of a third-party servicer, authorized to be returned to Lender by the Trustee).

c.    Forty percent (40%) of all Residuals returned to Lender (or if such Residuals are in the possession of a third-party servicer, authorized to be returned to Lender by the Trustee) pursuant to the Disposition Procedures set forth in this Order.

4.    Pursuant to 11 U.S.C. § 363(b), the Trustee is authorized to use money borrowed from Lender in accordance with any budgets previously approved by the Court.  Notwithstanding the foregoing, the Trustee may also use the borrowed funds to pay any allowed unpaid fees and

expenses payable under §§ 326 to 331 to the Trustee and to professional persons retained by the Trustee pursuant to court order (the "Trustee's Professionals").

5.      Pursuant to 11 U.S.C. § 725, the Trustee is authorized to release Cash Collateral to Lender. The Trustee may condition the release of Cash Collateral to Lender on Lender's agreement to lend to the Trustee, concurrent with such release, amounts determined in accordance with the Disposition Formula. In the event the Trustee is required to engage counsel to collect a Referred Lease Stream Payment or a Residual and Lender has consented to the retention of such counsel, the Trustee may retain from amounts to be released to the Lender an amount to reimburse the Trustee for all attorneys fees and costs ("Collection Expenses") incurred and paid by the Trustee in connection with such Referred Lease Stream Payment or Residual.

6.      Upon disposition of any Cash Collateral, Lender is authorized to apply the Cash Collateral to its Prepetition Indebtedness. Any Cash Collateral returned to Lender pursuant to this Order shall be considered a distribution for purposes of 11 U.S.C. § 726.

7.      The Trustee shall provide to Lender information on the status of Lender's collateral and on, as of the end of any month, the balance of cash held by the Trustee (excluding cash not available to the Trustee that has been sequestered for any party).

8.      For the total amount lent by Lender under Paragraph 3.a above and for one-half of the total amount lent by Lender under Paragraphs 3.b and 3.c above (the total amount of the foregoing being the "Priority Lent Amount"), Lender shall have an administrative claim with priority under § 364(c)(1), provided that any such claim shall be subordinate and subject to (i) the aggregate allowed unpaid fees and expenses payable under §§ 326 to 331 to the Trustee and to the Trustee's Professionals; (ii) all fees previously paid to the Trustee's Professionals; (iii) all other amounts spent by the Trustee in operating or liquidating the Debtor's business and

property pursuant to the orders of the Court; and (iv) any Collection Expenses that the Trustee has paid and that have not been previously reimbursed by the Lender (the amount specified in clauses (i) through (iv) of this paragraph, collectively, the "Carve-Out"). The total Carve-Out shall not exceed the Priority Lent Amount. To the extent the Lender's administrative claim is subordinated as provided above, the subordinated claims of the Lender shall be have the same priority as previously enjoyed by the claims to which the Lender has subordinated. Lender agrees that the Carve-Out shall not be limited to fees and expenses incurred that relate to its collateral but that it also covers fees and expenses generally incurred in the creation of an estate and a recovery for unsecured creditors. The Trustee agrees that, as to amounts distributed to Lender under this Order, any compensation or fee that the Trustee is entitled to under chapter 3 of the Bankruptcy Code ("Trustee Fees") shall be paid from the Carve-Out or from amounts that the Trustee may borrow under this Order; provided, however, nothing in this order is intended to limit the payment of Trustee Fees from other estate assets. Lender shall retain a right to assert a non-administrative claim for any amount it lends under this Order that is not a Priority Lent Amount. In addition to the foregoing, Lender's pre-petition collateral listed in Exhibits A, B and C, to the extent valid and enforceable, shall serve as security for the payment of all amounts lent by Lender under this Order. The Priority Lent Amount shall bear interest at the Lender's prime rate of interest (which rate is 3.25% per annum as of August 9, 2010), which rate may be adjusted quarterly; *provided, however*, that the interest rate shall not exceed 5.00% per annum. The terms of this paragraph shall survive the termination of this Order and/or dismissal of the bankruptcy case.

9.      The Trustee may cease making dispositions of Cash Collateral under this Order on five days notice to Lender. After January 31, 2011, Lender may cease making additional

loans made under this Order on 30 days notice to the Trustee. The cessation of additional

disbursements under this Order, or the cessation of additional loans made by Lender, shall

operate only prospectively. In the event of termination by Lender, Lender shall account for and

lend to the Trustee amounts that otherwise would have been lent to the Trustee under the

Disposition Formula on account of any amounts collected and paid over to Lender on Referred

Lease Stream Payments or Residuals in the six months following the effective date of

termination. Nothing herein prevents the Trustee from abandoning any lease, equipment, or

residual rights in which the estate has an interest. Nothing herein prevents Lender from, on 14

days notice to the Trustee, withdrawing the referral of a lease or residual to the Trustee for

servicing or collection, provided that Lender shall account for and pay to the Trustee amounts

that otherwise would have been lent to the Trustee under the Disposition Formula on account of

any amounts collected and paid over to Lender on such leases or Residuals in the six months

following the withdrawal of the referral to the Trustee.

10.     Nothing herein shall be deemed (i) a determination, stipulation, release or waiver

regarding the validity, perfection, enforceability, priority, or nonavoidability (under § 510, 544,

545, 547, 548, 550, 551, 552 or 553 or otherwise) of the Prepetition Indebtedness and the

security interests in and liens on any collateral or ownership interest asserted by any party or

(ii) a waiver by the Trustee of any rights under the Bankruptcy Code, including the right to

(A) seek the avoidance of any interest or transfer or determination of any interest pursuant to

chapter 5 of the Bankruptcy Code or otherwise, (B) subject to paragraph 8 of this Order, the right

to collect any fees allowed the Trustee, and (C) the right to assert a surcharge under § 506(c) of

the Bankruptcy Code; provided that as to any Lease Stream Payment, Referred Lease Stream

Payment, or Residual that is partially or totally released to Lender under this Order or under that

Final Agreed Order Authorizing Use Of Cash Collateral And The Disposition Of Certain Property, Providing Adequate Protection And Granting Other Relief To West Suburban Bank Order dated March 18, 2010, the Trustee shall seek no additional surcharge.

11.     The Trustee shall not be required to repay the amounts lent hereunder until the earlier of when (i) the Trustee has filed with the Court a proposed final report for this chapter 7 case ("Final Report"), or (ii) the Trustee seeks Court approval to make an interim distribution to creditors (whether to all creditors or to only creditors with priority claims); provided that the repayment obligations contained in this paragraph shall not apply to any payment made as part of a Court approved settlement of the rights or claims of any particular party, including but not limited to a payment to a creditor on a claim that is junior to the administrative priority claims of the Lender, and provided further that the Lender may at any time offset any Priority Lent Amount against any liability of the Lender to the Trustee under chapter 5 of the Bankruptcy Code.  Notwithstanding the foregoing, the Trustee may elect, in his sole discretion, to repay the loans (in full or part) at any time.

12.     Lender shall take all necessary action to ensure that the agreement set forth in this Order complies with 12 U.S.C. § 1823 and shall provide documentation confirming the same to the Trustee.

13.     This Order shall not constitute a waiver by the Trustee, Lender or any other party of any of their rights, claims, defenses and interests except as expressly provided herein.

14.     Nothing in this Order or the procedures set forth herein shall determine the validity, priority or extent of a lien or other interest in property.

15.     The Lender shall have relief from the automatic stay with respect its security interest in those leases of the Debtor to TCG Packaging, Inc. ("TCG"), VV Ventures Operations,

Inc., Arthur Groom, Inc., MIA Resorts, Inc. and Palmetto Open MRI that are listed on Exhibits

A, B and C; provided that the Lender shall keep the Trustee apprised of the status of efforts to

enforce payment on such leases, shall account to the Trustee for any amounts collected on such

leases, and any amounts collected on such leases shall be treated as Lease Stream Payments for

purposes of this Order.  Entry of this Order shall be without prejudice to all rights, claims and

defenses of: (a) TCG under its agreements with the Debtor and applicable law (including without

limitation its asserted right to enforce a purchase option for certain equipment leased by TCG

from the Debtor), all of which rights, claims and defenses are specifically preserved; and (b) the

rights, claims and defenses of the Trustee, Lender or any other party in interest with respect to

the rights, claims and defenses of TCG preserved pursuant to this Paragraph.

16.    This Order is effective as of the date of its entry, and may be modified for cause

shown on motion by the Trustee or Lender.

ENTER:

Dated: _____9/29/10_____        J. Cox _Jacqueline P. Cox_
                                    _____
                                    Bankruptcy Judge

AGREED TO AND ACCEPTED:

David P. Leibowitz, solely in his capacity as       West Suburban Bank
the chapter 7 trustee of the estate of IFC
Credit Corporation

By: _____        By: _____
    one of his attorneys             Its: _____

{7198 ORD A0269386.DOC 6}                    8

# EXHIBIT A

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| 100 LAFAYETTE STREET LTD | 801177-003 | IFC | |
| 1100 WEST PROPERTIES LLC | 23091001 | IFC | |
| 6 SOUTH BROADWAY CORP | 23120601 | IFC | |
| A. GAVIOLA, INC. | 23127301 | IFC | |
| ABC MEDICAL BILLING CONSULTANT | 22611302 | IFC | |
| ABSOLUTE SHINE AUTOBODY & PAINT INC | 23101401 | IFC | |
| ACI NORTHWEST INC | 23106302 | IFC | |
| ACI NORTHWEST INC | 23106303 | IFC | |
| ACTION MOTIVATION, INC. | 21647918 | IFC | |
| ADERIUM SOLUTIONS, LLC | 23124001 | IFC | |
| ADVANTAGE MARKETING INC | 800186-001 | IFC | |
| AIRCRAFT CARRIER HORNET FOUNDATION | 23146701 | IFC | |
| ALEXANDRA R BUNYAK MD INC | 23087901 | IFC | |
| ANDY'S LAWN NURSERY & LANDSCAP | 22876401 | IFC | |
| ANEEL MANDAVA MD | 23096501 | IFC | |
| ASPEN DISTRIBUTION II, INC. | 21767404 | IFC | |
| AUDIO VIDEO DIMENSIONS INC | 22762702 | IFC | |
| AXIOM SPORTS MNGT & MARKETING | 23052301 | IFC | |
| BCJ FOOD CORP LLC | 23152901 | IFC | |
| BCJ FOOD CORP LLC | 23152901 | IFC | |
| BENT TREE BIBLE FELLOWSHIP | 23130701 | IFC | |
| BERRY HAPPY INC | 23118001 | IFC | |
| BIG THEREE METER REPAIR, INC | 23132701 | IFC | |
| BIMAL ENTERPRISES INC | 23151701 | IFC | |
| BITE ASIA ENTERTAINMENT INC | 23117901 | IFC | |
| BMH INC | 23066202 | IFC | |
| BO BO'S CHINESE DELI INC | 23102501 | IFC | |

1

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| BOYS & GIRLS HOME OF ALASKA | 23053102 | IFC | |
| BRIJARED INC | 23155101 | IFC | |
| BRISTOL TORREY INC | 23101101 | IFC | |
| BRYSON BROTHERS GYM, INC. | 21550511 | IFC | |
| BURTON TRUCK LINES INC | 23103901 | IFC | |
| C.A.R ENTERPRISES INC | 23132201 | IFC | |
| CARGILE, STEVE & KATHY | 23113101 | IFC | |
| Carolina's Mexican Food North, Inc. | 23154001 | DEGROOT LEASING | Pioneer Capital |
| CECILLA CARBAJAL | 23152101 | IFC | |
| CEMEX, INC. dba | 22108603 | IFC | |
| CHENAL RESTORATION CONTRACTORS LLC | 23152601 | DIMENSION FUNDING | Pioneer Capital |
| CHOI'S CONVENIENCE & GAS LTD | 23128901 | IFC | |
| CLPF Old Town Operating Compan | 22648602 | IFC | |
| Coastal Subs, Inc. | 23059902 | Pioneer Capital | |
| COLUMBUS BASEBALL TEAM INC AND FRANKLIN COUNTY | 23134701 | IFC | |
| COMMUNITY HEALTH OF SOUTH FLORIDA | 23111401 | IFC | |
| Contestoga Data Services, Inc | C10558401N | IFC | |
| COPPER DEVELOPMENT ASSOC | 21734707 | IFC | |
| COUNTRY MARKET CONVENIENCE STORE INC | 23154301 | IFC | |
| COWETA MEDICAL GROUP | 23144501 | IFC | |
| COX, ROGER | 23097901 | IFC | |
| CRESCENDO LLC | 23107801 | IFC | |
| DANSCO REFRIGERATED CARRIERS INC | 23134601 | IFC | |
| Defined Logistics Services LLC | 801201-001 | IFC | |
| Defined Logistics Services LLC | 801201-003 | IFC | |
| Diamondback Services, Inc. | 23111101 | IFC | |
| DONATO,MINX & BROWN PC | 23131001 | IFC | |

2

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| DS EXPRESS CARRIERS INC | 23114601 | IFC | |
| Duane Reade Inc. | 300327-024 | IFC | |
| Duane Reade Inc. | 300327-024 | IFC | |
| Duane Reade Inc. | 300327-021 | IFC | |
| Duane Reade Inc. | 300327-021 | IFC | |
| EMISSARY PROFESSIONAL GROUP LLC | 23132001 | IFC | |
| Ernest Clifton Chance, an Indi | 23059601 | Lease One Corp | Pioneer Capital |
| Errol S. Oztekin D.D.S. LTD | 22335204 | IFC | |
| EUNAE YUN | 23116801 | IFC | |
| EURO PIZZREIA LTD | 22974501 | IFC | |
| EVER NU METAL PRODUCTS INC | 23113701 | IFC | |
| EXTREME FITNESS INC | 801198-001 | IFC | |
| F.L.ROBERTS & COMPANY INCORPORATED | 23101602 | IFC | |
| FABIAN M HART INC | 23117301 | IFC | |
| FAMOUS CHARLIE LLC | 23122001 | IFC | |
| FAMOUS TIMES SQUARE BARBECUE LLC | 23127101 | IFC | |
| FARINACCI, MIKE | 23153601 | P&L INVESTMENTS | Pioneer Capital |
| FARINACCI, MIKE | 23153601 | P&L INVESTMENTS | Pioneer Capital |
| FIBER NODE SERVICES INC | 23120101 | IFC | |
| Foothills Sanitation & Recycli | 23004002 | IFC | |
| FORDHAM PREPARATORY SCHOOL | 21783104 | IFC | |
| FORE REEL LLC | 23122501 | IFC | |
| FOREPAUGH, ANDREW | 23146601 | IFC | |
| FULFILLMENT CORP OF AMERICA | 23108601 | IFC | |
| FutureMatrix Interventional, Inc. | 23141101 | Pioneer Capital | |
| GARY GODDARD ENTERTAINMENT INC | 23037402 | IFC | |
| GARY GODDARD ENTERTAINMENT INC | 23037403 | IFC | |

3

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| GENERAL AMERICAN CORPORATION | 21771313 | IFC | |
| George R. Tuttle, A Professional Co | 23133501 | IFC | |
| George R. Tuttle, A Professional Corporation | 23133501 | IFC | |
| GILL & SINGH LLC | 23036501 | IFC | |
| GOODSON ACURA | 22512902 | IFC | |
| GOTTA GO, INC. | 22618701 | Pioneer Capital | |
| GREATER HARTFORD CARDIOLOGY GROUP PC | 23141801 | IFC | |
| Greenrange Furniture Co | 22798501 | IFC | |
| Hackensack University Medical | 601030-01 | IFC | |
| Haddock, Inc. | 22231802 | Pioneer Capital | |
| HALLMARK INSTITUTE OF PHOTOGRAPHY INC | 801210-001 | IFC | |
| HALLMARK INSTITUTE OF PHOTOGRAPHY INC | 801210-002 | IFC | |
| HALLMARK INSTITUTE OF PHOTOGRAPHY INC | 801210-003 | IFC | |
| HAN CORP | 23153101 | IFC | |
| Hayes Rainbow Trading, LLC | 22998602 | SUNBELT LESSORS | Pioneer Capital |
| Health Skills LLC - Jamestown | 22999901 | Allstate Capital | Pioneer Capital |
| HEALTHCARE EXPRESS MNGT | 23134401 | IFC | |
| HEO Enterprises, Inc. | 23152301 | Pioneer Capital | |
| HILL ENTERPRISES, INC. | 22576002 | Pioneer Capital | |
| HOLLYWOOD PETDR INC | 23086601 | IFC | |
| HSB SOLOMON ASSOCIATES, LLC | 22234923 | IFC | |
| HSB SOLOMON ASSOCIATES, LLC | 22234924 | IFC | |
| HSB SOLOMON ASSOCIATES, LLC | 22234925 | IFC | |
| INFINITY TECHNOLOGY INC | 23133601 | IFC | |
| INLAND COMPUTER SERVICES INC | 801175-002 | IFC | |
| INTEGRATED MOVEMENT LLC | 23027501 | IFC | |
| INTEGRATED MOVEMENT LLC | 23027501 | IFC | |

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| INTEGRATED MOVEMENT LLC | 23027502 | IFC | |
| INTEGRITY RESEARCH ASSOCIATES | 23049301 | IFC | |
| Intergrated Marketing Technolo | 22245504 | IFC | |
| Intergrated Marketing Technolo | 22245504 | IFC | |
| INTERNATIONAL GEMMOLOGICAL INS | 21764006 | IFC | |
| INTERNATIONAL GOLDEN FOODS LLC | 22818002 | IFC | |
| J & L SERVICES INC | 23142701 | IFC | |
| J Trans, Inc | 22209704 | IFC | |
| JABA HOLDINGS INC | 23123401 | IFC | |
| JACKMONT HOSPITALITY INC | 23134801 | IFC | |
| JADOO INC | 23145001 | IFC | |
| JAMES E. GROSS & BALIRIA GROSS | 22859201 | Pioneer Capital | |
| JEFFERSON COUNTY CIVIC CENTER, | 22924901 | Technology Capital | Pioneer Capital |
| Jody Kuehl, an Individual | 23123801 | SUNBELT LESSORS | Pioneer Capital |
| JOHNSON BROADCASTING OF DALLAS | 801075-001 | IFC | |
| JOHNSON BROADCASTING OF DALLAS | 801075-002 | IFC | |
| JOKEN COMPANY | 22893202 | IFC | |
| JOKEN COMPANY | 22893203 | IFC | |
| JUNE J MIN | 23151601 | IFC | |
| K. L. Barron, Inc. | 23152701 | SUNBELT LESSORS | Pioneer Capital |
| KAFFE FAMILY ENTERPRISES,INC | 23053201 | IFC | |
| KARR & KORNBERG ORTHOPAEDIC | 22757501 | IFC | |
| KIMPARK PROPERTIES LLC | 23148201 | IFC | |
| KIMPARK PROPERTIES LLC | 23148202 | IFC | |
| King Solutions, Inc | 801172-002 | IFC | |
| King Solutions, Inc | 22241003 | IFC | |
| Kings View | 801189-002 | IFC | |

5

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| KINNEY DRUGS | 21918903 | IFC | |
| KML ENTERPRISES INC | 23128201 | IFC | |
| KSHISH LLC | 23105901 | Priority Leasing | Pioneer Capital |
| Kubota of Cincinnati, Inc. | 23152801 | Select Business Credit | Pioneer Capital |
| LADDARAN MANAGEMENT CORP | 23148001 | IFC | |
| LAFONTAINE'S ICE CREAM & GRILL | 23149001 | IFC | |
| Lamar Wholesale Supply | 22220001 | IFC | |
| Lamar Wholesale Supply | 22220001 | IFC | |
| Lance H. Brown M.D. PLLC | 23137601 | BENCHMARK FINANCIAL | Pioneer Capital |
| LAWRENCE J COMPOLATTARO | 22751202 | IFC | |
| Lehigh Valley Academy Reg. | 22349601 | IFC | |
| LEHIGH VALLEY RESTAURANT GROUP | 22761303 | IFC | |
| Livesay's, Inc. | 22254101 | Sunbelt | Pioneer Capital |
| Livesay's, Inc. | 22254101 | Sunbelt | Pioneer Capital |
| LORETTA STEVENS | 23147401 | IFC | |
| LORETTA STEVENS | 23147401 | IFC | |
| LOTUS FROZEN YOGURT LLC | 23091301 | IFC | |
| Lyman Henn | 23050902 | IFC | |
| Majfit, Corp | 22333003 | IFC | |
| MALCOLM ENTERPRISES, INC. | 21546202 | IFC | |
| MANNA KOREA CO | 23140101 | IFC | |
| Mansfield Restaurant, Inc. | 23158601 | Priority Leasing | Pioneer Capital |
| ~~TRANSPORTATIONS~~ | ~~~~ | ~~~~ | |
| MARIE LIVINGSTON'S, INC. | 23130101 | Decada Financial Group | Pioneer Capital |
| Marin Apothecaries | 300202-001 | Spectrum Medical Leasing, Inc. | IFC |
| MARQUIS CONTRACT CORPORATION | 22873106 | IFC | |
| MCMANGA FOODS INC | 22986202 | IFC | |

6

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| MEDICAL LEGAL REPRODUCTIONS, INC | 23136401 | IFC | |
| MEDICATION MNGT SYSTEMS INC | 23141901 | IFC | |
| MELLON UNITED NATIONAL BANK | 22768211 | IFC | |
| MERCY HEALTH NETWORK INC | 23137102 | IFC | |
| MERCY HEALTH NETWORK INC | 23137103 | IFC | |
| MERISANT US INC | 23122901 | IFC | |
| Metro/Risk, Inc. Insurance Bro | 300933-000 | Mercury Capital | IFC |
| Metro/Risk, Inc. Insurance Bro | 300933-000 | Mercury Capital | IFC |
| MIA RESORTS, INC. | 801208-001 | IFC | |
| MIA RESORTS, INC. | 801208-002 | IFC | |
| MIA RESORTS, INC. | 801208-003 | IFC | |
| MIA RESORTS, INC. | 801208-004 | IFC | |
| MIA RESORTS, INC. | 801208-005 | IFC | |
| Michael Burting Jr. Ind | 22343502 | IFC | |
| Micron Paper Inc. | 23143601 | Pioneer Capital | |
| MIDDLETOWN PUBLIC SCHOOL DISTR | 23151801 | IFC | |
| MINERVA GONZALEZ | 22905901 | IFC | |
| MINUTI COFFEE LLC | 22989301 | IFC | |
| MMK ENTERPRISES INC | 23096601 | IFC | |
| Mobile X-Ray Services, LLC dba | 23148902 | IFC | |
| MODERN AUTO BODY, LP | 23137401 | Pioneer Capital | |
| MONHEGAN SYSTEMS, LLC | 22580503 | IFC | |
| MOUNTAINWEST MEDICAL IMAGING | 23145901 | IFC | |
| Mulch Solutions Inc. | 300574-000 | IFC | |
| NACOL, MICHAEL | 23083401 | IFC | |
| NATRON CORP | 23119801 | IFC | |
| NEPS LLC | 22682605 | IFC | |

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| NEUROSURGERY & SPINAL DISORDER | 23056402 | IFC | |
| New West Technologies | 22364507 | IFC | |
| New West Technologies | 22364507 | IFC | |
| New West Technologies | 22364508 | IFC | |
| New West Technologies | 22364508 | IFC | |
| NEW YORK COMMUNITY BANCORP INC | 22730527 | IFC | |
| NEW YORK COMMUNITY BANCORP INC | 22730528 | IFC | |
| NEWPORT MESA INN LLC | 23153001 | IFC | |
| NORTH END MOTORS INC | 23119201 | IFC | |
| NORTHSTAR FITNESS CORPORATION | 22199805 | IFC | |
| NORTHWEST HEALTH SERVICES | 21934701 | IFC | |
| Nycon Wall System Supply Inc. | 23139001 | Pioneer Capital | |
| Ocean Marketing, Inc. | 23038401 | Select Business Credit | Pioneer Capital |
| O'CHARLEY'S INC | 23139301 | IFC | |
| ORTIZ, SIMON | 23154401 | SUNBELT LESSORS | Pioneer Capital |
| ORTIZ, SIMON | 23154401 | SUNBELT LESSORS | Pioneer Capital |
| Osman Auto Sales & Repair Corporation | 23154501 | Pioneer Capital | |
| Palmetto Open MRI, Inc. | 801222-001 | IFC | |
| Palmetto Open MRI, Inc. | 801222-002 | IFC | |
| PARADYME INC | 23153301 | IFC | |
| PARTNERS CONCEPTS DEVELOPMENT | 801109-003 | IFC | |
| PARTNERS CONCEPTS DEVELOPMENT | 801109-007 | IFC | |
| PARTNERS CONCEPTS DEVELOPMENT | 801109-010 | IFC | |
| PEGGY HILL | 22903902 | IFC | |
| PENGUIN CAFE | 23027301 | IFC | |
| PENINSULA AERO TECHNOLOGY INC | 22722702 | IFC | |
| PERFORMANCE PLASTICS INC | 22996601 | IFC | |

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| PETER'S INCORPORATED | 23146401 | IFC | |
| PETER'S INCORPORATED | 23146401 | IFC | |
| PHAM, TRUNG | 23113301 | IFC | |
| PHAM, TRUNG | 23113301 | IFC | |
| PHC AND ASSOCIATES INC | 22798402 | IFC | |
| PHEASANT RUN ASSOCIATION | 21968201 | IFC | |
| PHEASANT RUN ASSOCIATION | 21968202 | IFC | |
| P-M E EQUIP INC | 22795813 | IFC | |
| PNB REMITTANCE CENTERS INC | 23099501 | IFC | |
| PNB REMITTANCE CENTERS INC | 23099502 | IFC | |
| PREMIER RESTAURANT MNGT CO | 23105201 | IFC | |
| PROCOM COMMUNICATIONS INC | 22447602 | IFC | |
| PUBLICIS INC | 801188-002 | IFC | |
| QSL ENTERPRISE LTD | 23098501 | IFC | |
| QUACH, TONG | 23138301 | IFC | |
| QUESTANS INC | 23147801 | IFC | |
| QUICK QUALITY RESTAURANT INC | 22943105 | IFC | |
| RAMIN & LIDA KOUCHESFAHANI | 22725601 | Frontier | First Corp |
| RAMMY INC | 23144201 | IFC | |
| RAPID BROADBAND TECHNOLOGIES, | 22680901 | Pioneer Capital | |
| RAPPAN RESTAURANTS INC | 23129301 | IFC | |
| RICHARD D HART PC | 23095701 | IFC | |
| Richard J. Lugo, Individual | 23058801 | IFC | |
| RICOH AMERICAS CORP | 801194-003 | IFC | |
| RIVER VALLEY MOBILE RADIOLOGY INC | 23149901 | IFC | |
| Roadlink Services, L.P. | 22315401 | IFC | |
| ROADTEC, INC | 21986501 | IFC | |

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| ROBERT KING | 23114001 | IFC | |
| RODNEY STANHOPE | 23141701 | IFC | |
| RODRIGUEZ COLVIN,CHANEY & SAENZ LLP | 23132801 | IFC | |
| RODRIGUEZ COLVIN,CHANEY & SAENZ LLP | 23132801 | IFC | |
| RODRIGUEZ COLVIN,CHANEY & SAENZ LLP | 23132801 | IFC | |
| ROWE PROFESSIONAL PHOTOGRAPHERS INC | 23119001 | IFC | |
| RT EXPRESS INC | 23084201 | IFC | |
| Rush-Presbyterian-St. Luke's M | 62701 | Spectrum Medical Leasing, Inc. | IFC |
| S.S.M. & L., LLC | 22773701 | Pioneer Capital | |
| SAIL CITY APPAREL LIMITED | 23042202 | IFC | |
| SALT AND PEPPER LLC | 23142801 | IFC | |
| SANDERS PIKE INC | 23147501 | IFC | |
| Sanniec, L.L.C. | 23149201 | TECH EQUIPMENT | Pioneer Capital |
| SHEPARD & KEMNA ENGINEERED TRANSPORATION, | 23136701 | IFC | |
| Shree Riddhi Siddhi LLC | 23117601 | IFC | |
| SINENSIS GROUP LLC | 23083601 | IFC | |
| Siouxland Oral & Max | 001-0006534-002 | DVI Strategic Partner | IFC |
| SOUND DECISION OF VIRGINIA INC | 23154601 | IFC | |
| SOUTHERN PARAMEDIC SERVICES, INC. | 23117701 | Envision Capital Group | Pioneer Capital |
| Sparks Adv, Inc | 22172504 | IFC | |
| SPONGEX LLC | 23124501 | IFC | |
| Springboro Medical Arts, Inc. | 23139701 | Pioneer Capital | |
| SPRINKLES CUPCAKES CA LLC | 23082301 | IFC | |
| ST. JOAN OF ARC ROMAN CATHOLIC PARISH PHOENIX | 23137201 | IFC | |
| STARWOOD HOTELS & RESORTS WORLWIDE | 23100301 | IFC | |
| Starwood Steamboat LLC | 22959601 | IFC | |
| STEPHANIE RO | 23094701 | IFC | |

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| Sterling Mining Company | 801163-001 | IFC | |
| STINGLEY ENTERPRISES INC | 23148101 | IFC | |
| STRICKLY BUSINESS ENTERPRISE OF GREATER NEW | 23118401 | Jencas Financial | Pioneer Capital |
| STRIKE HOLDINGS LLC | 23131101 | IFC | |
| STROLLO ARCHITECTS INC | 23122701 | IFC | |
| STRONG COFFE ONE LLC | 23148801 | IFC | |
| SUPER MEX RESTAURANTS INC | 22740003 | IFC | |
| SVO ARIZONA MANAGEMENT INC | 23102601 | IFC | |
| SWEENEY, CHRISTINE | 23143401 | IFC | |
| SWEENEY, CHRISTINE | 23143401 | IFC | |
| T & D TRANSPORTATION INC | 23112901 | IFC | |
| Talbott Associates LP dba | 22556802 | IFC | |
| TAOS TECHNOLOGIES LLC | 23117801 | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-002 | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-003 | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-004 | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-007 | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-008 | IFC | |
| TCG PACKAGING SERVICES, INC | 801063-006 | IFC | |
| TEANACIOUS LLC | 23154901 | IFC | |
| Techniquex, LLC | 23143201 | PARAMOUNT FINANCIAL | Pioneer Capital |
| TERESA WILCOX & GREG WILCOX | 23150101 | IFC | |
| THE DECK INC | 23149401 | IFC | |
| THE GABLES INC | 22563701 | IFC | |
| The Peterson Brothers | 22392301 | Pioneer Capital | |
| THE UROLOGY CENTER OF SOUTHWEST | 23142001 | IFC | |
| THERE'S HOOK INC | 23131201 | IFC | |

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| THINK EQUITY PARTNERS LLC | 22710102 | Frontier | |
| Timberland Truck Lines, LLC | 23153401 | Pioneer Capital | |
| TORAH-AURA PRODUCTIONS INC | 22453202 | IFC | |
| TRANSPORTATION GRID AGENT LP | 22940501 | IFC | |
| TRIANA INSTITUTE FOR PLASTIC | 22935103 | IFC | |
| Triangle Therapeutics, Inc. | 23140301 | PROVIDENCE CAPITAL | Pioneer Capital |
| TRICKUM OPS LLC dba BOJANGLES | 22761203 | IFC | |
| TRUE WORLD FOOD ATLANTA LLC | 22822402 | IFC | |
| TSW MANAGEMENT INC | 23098001 | IFC | |
| U.S.A. United Staffing Alliance, L.L.C. | 23105001 | IFC | |
| UNCOMMON CARE PA | 23139901 | IFC | |
| Union Hospital Inc | 300787-018 | IFC | |
| VAN MANAGEMENT INC | 23067801 | IFC | |
| VIC & VIC SYSTEMS INC | 23132401 | IFC | |
| Waleed M. Almasri and Guadalup | 22754701 | Frontier | IFC |
| WALTON HOUSTON GALLERIA HOTELS LP | 23148401 | IFC | |
| WALTON HOUSTON GALLERIA HOTELS LP | 23148501 | IFC | |
| WAYZATA SERVICENTER INC | 23125201 | IFC | |
| Western Container Corporation | 801220-001 | IFC | |
| Western Container Corporation | 801220-002 | IFC | |
| Western Container Corporation | 801220-003 | IFC | |
| Western Container Corporation | 801220-004 | IFC | |
| WESTGATE RESORTS | 22846302 | IFC | |
| WHISKEY VICTOR INC | 23131401 | IFC | |
| WILD WEST PIZZERIA, INC. | 23156501 | BCS INC | Pioneer Capital |
| WILLIAM DAVIS REALTY, INC. | 22805801 | Pioneer Capital | |
| WILSON TRUCKING LLC | 23118201 | IFC | |

| IFC Customer Name | Lease Number | Original Lessor | Assignee |
|---|---|---|---|
| YATES PETROLEUM CORPORATION | 23037501 | IFC | |
| YOGURT STOP INC | 23049801 | IFC | |
| YOUNG KANG & YUN C HWANG | 23147201 | IFC | |
| ZOTOS INTERNATIONAL INC | 22657903 | IFC | |

13

# EXHIBIT B

## Exhibit B

### Referred Lease Stream Payments

| Lease # | Agreement | Lessee Name |
|---|---|---|
| 21690801 | 634-0000033-000 | AISIN BRAKE & CHASSIS |
| 21764006 | 634-4701265-001 | INTERNATIONAL GEMMOLOGICAL INS |
| 22108603 | 634-4701270-001 | CEMEX INC DBA |
| 22400501 | 634-0000039-000 | MONTANA CARDIAC INSTITUTE |
| 22447602 | 634-4701286-001 | PROCOM COMMUNICATIONS INC |
| 22563701 | 634-4701290-001 | THE GABLES INC |
| 22725601 | | LY KHENG NGUY/ RAMIN & LIDA |
| 22754701 | | ALMARSI |
| 22754701 | 634-4701304-001 | WALEED M ALMASRI AND GUADALUP |
| 22798402 | 634-4701311-001 | PHC AND ASSOCIATES INC |
| 22876401 | | ANDY'S LAWN |
| 22905901 | 634-4701323-001 | MINERVA GONZALEZ |
| 22905901 | | MINERVA GONZALEZ |
| 22974501 | | EURO PIZZERIA |
| 22989301 | | MINUTE COFFEE |
| 23027301 | 634-4701334-001 | PENGUIN CAFÉ |
| 23036501 | 634-4701336-001 | GILL & SING |
| 23042202 | | SAIL CITY APPAREL |
| 23053201 | 634-4701346-001 | KAFFE FAMILY ENTERPRISES INC |
| 23097901 | 634-4701369-001 | ROGER COX |
| 23102601 | 634-4701379-001 | SVO ARIZONA MANAGEMENT INC |
| 23102601 | | SVO ARIZONA MANAGEMENT |
| 23113101 | 634-4701395-001 | CARGILE STEVE & KATHY |
| 23117301 | 634-4701402-001 | FABIAN M HART INC |
| 23117601 | 634-4701404-001 | SHREE RIDDHI SIDDHI LLC |
| 23122901 | 634-4701420-001 | MERISANT US INC |
| 23124501 | 634-4701424-001 | SPONGEX LLC |
| 23128201 | 634-4701429-001 | KML ENTERPRISES INC |
| 23131201 | 634-4701438-001 | THERES HOOK INC |
| 23134701 | | COLUMBUS BASEBALL TEAM |
| 23137401 | 634-4701455-001 | MODERN AUTO BODY LP |
| 23139701 | 634-4701460-001 | SPRINGBORO MEDICAL ARTS INC |
| 23140301 | | TRIANGLE THERAPEUTICS |
| 23141101 | 634-4701464-001 | FUTUREMATRIX INTERVENTIONAL INC |

| Lease # | Agreement | Lessee Name |
|---|---|---|
| 23142801 | | SALT AND PEPPER LLC |
| 23143601 | 634-4701474-001 | MICRON PAPER INC |
| 23145001 | | JADCO INC |
| 23146701 | 634-4701482-001 | AIRCRAFT CARRIER HORNET FOUNDA |
| 23148401 | 634-4701490-001 | WALTON HOUSTON GALLERIA HOTELS |
| 23148501 | 634-4701491-001 | WALTON HOUSTON GALLERIA HOTELS |
| 23148801 | 634-4701493-001 | STRONG COFFEE ONE |
| 00327-021 | 634-4701523-001 | DUANE READE INC |
| 300327-024 | 634-4701523-002 | DUANE READE INC |
| 801109-003 | | PARTNERS CONCEPT DEVELOPMENT |
| 801109-007 | | PARTNERS CONCEPT DEVELOPMENT |
| 801109-010 | | PARTNERS CONCEPT DEVELOPMENT |
| 801163-001 | 634-4701527-001 | STERLING MINING COMPANY |
| 801208-001 | 634-4701536-001 | MIA RESORTS |
| 801208-002 | 634-4701536-002 | MIA RESORTS |
| 801208-003 | 634-4701536-003 | MIA RESORTS |
| 801208-004 | 634-4701536-004 | MIA RESORTS |
| 801208-005 | 634-4701536-005 | MIA RESORTS |
| 801220-001 | | WESTERN CONTAINER CORP |
| 801220-002 | | WESTERN CONTAINER CORP |
| 801220-003 | | WESTERN CONTAINER CORP |
| 801220-004 | | WESTERN CONTAINER CORP |
| 23118401 | | STRICTLY BUSINESS |
| 22392301 | | The PETERSON BROTHERS |
| 801186-001 | | ADVANTAGE |
| 22220001 | | LAMAR WHOLESALE |

# EXHIBIT C

Exhibit C

Name of Lessee
ABERCROMBIE OIL COMPANY, INC.
AHLERS AEROSPACE INC
AISIN BRAKE & CHASSIS
ALLON DELIVERY LLC
ASPEN DISTRIBUTION II, INC
COMFRAME SOFTWARE
CORPORATION
COPAZ, LLC
GENERAL AMERICAN CORPORATION
GLENN HOTTMANN
HEALTHCARE MED & RESPIRATORY
KARR & KORNBERG ORTHOPAEDIC
KING SOLUTIONS, INC.
LAMAR WHOLESALE SUPPLY
LIVESAY'S, INC
~~███████████████~~
METRO/RISK, INC
MONTANA CARDIAC INSTITUTE
NORTHWEST HEALTH SERVICES
NTM INC
PERFORMANCE PLASTICS, INC
PHEASANT RUN ASSOCIATION
PHEASANT RUN ASSOCIATION
ROADLINK SERVICES, L.P.
ROADTEC, INC
SIOUXLAND ORAL & MAX
~~███████████████~~
THORBECKE'S CENTRALIA, INC
TOULOUSE BISTRO LLC
VICTORIA OF TEXAS, L.P.