**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| IFC Credit Corporation, | ) | Case No. 09 B 27094 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |

**NOTICE OF MOTION**

**To:**   See attached Service List

PLEASE TAKE NOTICE that on **March 31, 2011, at 10:30 a.m.**, we will appear before the Honorable Jacqueline P. Cox, Courtroom 619, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present our **CHAPTER 7 TRUSTEE'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE AMENDED FIRST AND FINAL APPLICATION OF COSTON & RADEMACHER, P.C. FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD OCTOBER 15, 2009 THROUGH FEBRUARY 11, 2010,** a copy of which is attached hereto.

Pursuant to the Court's Order Approving Case Management Procedures setting Omnibus Hearing Dates (Dkt. # 703 and 833), this Motion was filed on or before Fourteen (14) days prior to the hearing date. Accordingly, any objection(s) or response(s) to the Motion must be filed on or before **March 28, 2011**.

> /s/ David P. Leibowitz
> Not individually but as the chapter 7 trustee of the
> Debtor's estate

**CERTIFICATE OF SERVICE**

On March 17, 2011, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the attached Email Service List, via electronic mail.\* Denotes the party was served via the Court's electronic notification system.

> /s/ Maria Idalia Garcia
> Paralegal

David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

**IN RE: IFC CREDIT CORPORATION**
**E-MAIL SERVICE LIST**

**Trustee**
David P. Leibowitz
Carrie A Zuniga
420 W. Clayton St.
Waukegan, IL  60085
dpl@lakelaw.com
czuniga@lakelaw.com

**Bankruptcy Counsel to the Trustee**
Jonathan T. Brand
Lakelaw
53 W. Jackson Blvd., Ste. 1337
Chicago, IL  60604
jbrand@lakelaw.com

**Special Counsel to the Trustee**
Ira Bodenstein
Allen J. Guon
Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
321 N. Clark St., Ste. 800
Chicago, IL 60654
ibodenstein@shawgussis.com
aguon@shawgussis.com

**IFC Credit Corp.**
William Purcell
Rebecca Elli
IFC Credit Corporation
191 Waukegan Road, Suite 315
Northfield, IL  60093
bill@wmpurcell.com
relli@ifccredit.com

**Office of the U.S. Trustee**
Jeffrey Snell
Office of the U.S. Trustee
219 S. Dearborn St., Ste. 873
Chicago, IL  60604
Jeffrey.Snell@usdoj.gov

**Counsel for the Debtor**
Cindy M. Johnson
John M. Holowach
Johnson & Newby, LLC
39 S. LaSalle St., Ste. 820
Chicago, IL  60603
cjohnson@jnlegal.net
JHolowach@JNLegal.net

**Counsel for W. Suburban Bank**
William J. Barrett
Alexis N. Gabay
Barack Ferrazzano Kirschbaum
   & Nagelberg LLP
200 W. Madison St., Ste. 3900
Chicago, IL  60606
william.barrett@bfkn.com
alexis.gabay@bfkn.com

**Counsel for DZ Bank**
Richard G. Smolev
Jason J. Ben
Andrea Johnson Frost
Kaye Scholer, LLC
70 W. Madison St., Ste. 4100
Chicago, IL  60602
jben@kayescholer.com
rsmolev@kayescholer.com
afrost@kayescholer.com

**Counsel for Askounis & Darcy, PC**
Thomas V. Askounis
Alex Darcy
C. Randall Woolley, Esq.
Askounis & Darcy, PC
401 N. Michigan Ave., Ste. 550
Chicago, IL  60611
taskounis@askounisdarcy.com
adarcy@askounisdarcy.com
rwoolley@askounisdarcy.com

**Counsel for Ben Franklin Bank of IL**
Carly Berard
Rock Fusco, LLC
321 N. Clark St., Ste. 2200
Chicago, IL 60654
cberard@rockfuscollc.com

**Counsel for First Chicago Bank & Trust Co.**
John P. Sieger
Paige E. Barr
William J. Dorsey
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
paige.barr@kattenlaw.com
john.sieger@kattenlaw.com
william.dorsey@kattenlaw.com

**Counsel for U.S. Bank N.A.**
Francis X. Buckley
Thompson Coburn Fagel Haber
55 E. Monroe, 37th Floor
Chicago, IL 60603
fxbuckleyjr@thompsoncoburn.com

J. Alexandra Rhim
Buchalter Nemer
1000 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90017
arhim@buchalter.com

**Counsel for FirstMerit Bank N.A.**
Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 S. Wacker Dr.
Chicago, IL 60606
cbarr@lockelord.com

William J. Factor
Sara E. Lorber
Law Office of William J. Factor, Ltd.
1363 Shermer Rd., Ste. 224
Northbrook, IL 60062
wfactor@wfactorlaw.com
slorber@wfactorlaw.com

**Counsel for Greenwich Ins. Co.**
Christopher H. White
Troutman Sanders, LLP
55 W. Monroe St., Ste. 3000
Chicago, IL 60603
christopher.white@troutmansanders.com

**Counsel for Barclays Capital Real Estate Inc.**
Barbara J. Dutton
Dutton & Dutton, P.C.
10325 W. Lincoln Hwy.
Frankfort, IL 60423
duttonlaw@aol.com
lisar@duttonlaw.com

**Counsel for Arthur Levinson, Leonard Ludwig and First Portland Corporation**
Matthew Gensburg
Gregory E. Ostfeld
Greenberg Traurig, LLC
77 W. Wacker Dr., Ste. 3100
Chicago, IL 60601
gensburgm@gtlaw.com
ostfeldg@gtlaw.com

**Counsel for Blue Dot Financial, LLC; Marcus P. Davia; Kyong Dong Industry Co.; Tri-State Pump, Inc.**;
Tak Byun
Adam Goodman
Goodman Law Offices, LLC
105 W. Madison St., Ste. 400
Chicago, IL 60602
adam@thegoodmanlawoffices.com

Jessica Tovrov
Tovrov Law Offices, LLC
105 W. Madison St., Ste. 400
Chicago, IL 60602
jessica@tovrovlaw.com

**The Garden City Group, Inc.**
Emily S. Gottlieb
Jeff Miller
190 S. LaSalle Street, Ste. 1520
Chicago, IL 60603
emily_gottlieb@gardencitygroup.com
Jeffrey.miller@gardencitygroup.com

**Counsel for Worldwide Export, Inc.**
Daniel T. Graham
Funkhouser Vegosen Liebman & Dunn Ltd.
55 W. Monroe St., Ste. 2300
Chicago, IL 60603
dgraham@fvldlaw.com

**Counsel for Coactiv Capital Ptrs., Inc.**
Denise Lazar
David P. Vallas
Joy L. Monahan
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., Ste. 2800
Chicago, IL 60606
vallas@wildman.com
lazar@wildman.com
Monahan@wildman.com

Inez M. Markovich
Chris Limbach
Deeb Petrakis Blum & Murphy
1601 Market St.
Philadelphia, PA 19103
imarkovich@dpattorneys.com

**Counsel for Jefferson Business Interiors**
Jefferson Business Interiors
David O. Yuen
Tressler LLP
233 S. Wacker Dr., 22nd Floor
Chicago, IL 60606
dyuen@tresslerllp.com
jborcia@tresslerllp.com

**Counsel for Northside Community Bank**
Thomas J. Magill
Lauren N. Nachinson
Quarles & Brady LLP
300 N. LaSalle St., Ste. 4000
Chicago, IL 60654
tjm@quarles.com
lauren.nachinson@quarles.com

**Counsel for VV Ventures, LLC**
Michael J. Small
Robert S. Bressler
Foley & Lardner LLP
321 N. Clark St., Ste. 2800
Chicago, IL 60654
msmall@foley.com
rbressler@foley.com

**Counsel for Manufacturers & Traders Trust Company**
Pia N. Thompson
Gould & Ratner LLP
222 North LaSalle Street
Suite 800
Chicago, IL 60601
pthompson@gouldratner.com

**Counsel for Susquehanna Comm. Finance, Inc.**
Mitchell A. Lieberman
Noonan & Lieberman Ltd.
105 W. Adams St., Ste. 3000
Chicago, IL 60603
mlieberman@noonanandlieberman.com

**Counsel for Alex and Sally Nichols**
Gini S. Marziani
Champ W. Davis
Davis McGrath, LLC
125 S. Wacker Dr., #1700
Chicago, IL 60606
gsmarziani@davismcgrath.com
cdavis@davismcgrath.com

**Counsel for Party Home Bank of Arkansas**
Kevin T. Keating
Kelly J. McClintic
Keating & Shure, Ltd.
55 W. Monroe, Ste. 1600
Chicago, IL  60603
kkeating@keatingshure.com
kmcclintic@keatingshure.com

**Counsel for George Washington Savings Bank**
Alexander Terras
Ann E. Pille
Reed Smith LLP
10 S. Wacker Dr., Ste. 4000
Chicago, IL  60606
aterras@reedsmith.com
apille@reedsmith.com

**Counsel for Treasurer of Arapahoe County Colorado**
George Rosenberg
Assistant Arapahoe County Attorney
5334 S. Prince St.
Littleton, CO  80166
grosenberg@co.arapahoe.co.us

**Counsel for Devon Bank**
Ernest D. Simon
105 W. Adams, Ste. 1400
Chicago, IL  60603
esimon@erniesimon.com

**Counsel for Manufacturers & Traders Trust Company**
Deirdre M. Richards
Lamm Rubenstone LLC
3600 Horizon Blvd., Ste. 200
Trevose, PA  19053
drichards@lammrubenstone.com

**Counsel for Travelers Cas. and Sur. Co. of America**
Stephen D. Oppenheim
Claim Counsel
Travelers
One Tower Square-S102 A
Hartford, CT  06183
SDOPPENH@travelers.com

**Counsel for Krueger Intl. Inc.**
Robert M. Charles
Liebmann, Conway, Olejniczak & Jerry, S.C.
P.O. Box 232200
Green Bay, WI  54305-3200
rmc@lcojlaw.com

**Counsel for Katy ISD, Jasper County, Wharton County, Consolidated Tax Collections of Washington County, Montgomery County, Liberty County, Cypress-Fairbanks ISD, Angelina County, Harris County, Fort Bend County, Galveston County**
John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064
houston_bankruptcy@publicans.com

**Counsel for Weir & Partners LLP**
Marc J. Zucker
Susan Verbonitz
Weir & Partners LLP
Widener Bldg., Ste. 500
Philadelphia, PA  19107
mzucker@weirpartners.com
sverbonitz@weirpartners.com

**Counsel for Lakeland Bank**
Joseph M. Cerra
William L. Waldman
80 Route 4 East, Ste. 290
Paramus, NJ  07652
Jcerra@formanlaw.com
wwaldman@formanlaw.com

Mark Leipold
Gould & Ratner
222 North LaSalle Street
Suite 800
Chicago, IL 60601
mleipold@gouldratner.com

**Counsel for Aldine Independent School District**
Susan R. Fuertes
14910 Aldine-Westfield Rd.
Houston, TX  77032
bnkatty@aldine.k12.tx.us

**Counsel for IBM**
Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terrace, IL  60618
bhshide@us.ibm.com

**Counsel for Almcoe Refrigeration Company**
Mark Stromberg
Brett S. Field
Stromberg Stock
5420 LBJ Frwy
Dallas, TX  75240
Mark@strombergstock.com
brett@strombergstock.com

Jerry L. Switzer, Jr.
Jason L. Pyrz
Polsinelli Shughart, P.C.
161 N. Clark St., Ste. 4200
Chicago, IL  60601
jswitzer@polsinelli.com
jpyrz@polsinelli.com

**Counsel for Citizens First National Bank**
L. Judson Todhunter
200 South Michigan Ave., Ste. 1100
Chicago, IL  60604-2401
JTodhunter@howardandhoward.com

**Counsel for Richardson I.S.D.**
Elizabeth Banda Calvo
Perdue, Brandon, Fielder,
Collins & Mott L.L.P
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

**Counsel for RBS Asset Finance, Inc.**
Jeffrey D. Ganz
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts, 02108
jganz@riemerlaw.com

**Counsel for TCG Packaging Services, Inc.**
Tomas C. Wolford
Mark A. Berkoff
Neal Gerber & Eisenberg LLP
2 North LaSalle Street, Suite 1700
Chicago, IL  60602
twolford@ngelaw.com
mberkoff@ngelaw.com

**Counsel for Victoria County**
Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX  78760
austin.bankruptcy@publicans.com

**Counsel for Maricopa County**
Barbara Lee Caldwell
Caldwell Padish & Wells
7333 E. Doubletree Ranch Road, Suite 255
Scottsdale, AZ  85258
Bcaldwell@cpwlawyers.com

**Counsel for Broward County Government Center**
Holly N. Hawn, Assistant County Attorney

{7198 SVL A0267207.DOC 3}

Jeffrey J. Newton
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Hhawn@broward.org

Mike Olson, Tax Collector
Pasco County Florida
Post Office Box 276
Dade County, FL 33526-0276
jcardillo@pascotaxes.com

**Anderson County, et al**
c/o Michael Reed
P O Box 1269
Round Rock, TX 78680
mreed@mvbalaw.com

**Counsel for Caney Independent School District, Everman Independent School District and Copperas Cove Independent School District**
Andrew Dylan Wood
Ray, Wood, & Bonilla
P.O. Box 165001
Austin, TX 78716
dylan@rwblaw.net

**Counsel for Rudolph Trebels**
Michael J. O'Rourke
Michael C. Moody
55 W. Wacker Dr., Suite 1400
Chicago, IL 60601
morourke@orourkeandmoody.com
mmoody@orourkeandmoody.com

**Counsel for Marc Langs**
Timothy J. Touhy
Touhy, Touhy, Buehler & Williams, LLP
55 W. Wacker Dr., Suite 1400
Chicago, IL 60601
ttohy@touhylaw.com

**Counsel for Pima County**
Terri A. Roberts
Deputy County Attorney

Barbara Lawall
Pima County Attorney
32 North Stone Avenue
Suite 2100
Tucson, AZ 85701
Terri.Roberts@pcao.pima.gov

**Counsel for James E. Coston ("Coston"), and Coston & Rademacher, P.C.**
Eugene J. Geekie, Jr.
Karen V. Newbury
Schiff Hardin, LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
egeekie@schiffhardin.com
knewbury@schiffhardin.com

**Counsel for Manchester Mortgage Company, LLC**
Elizabeth A. Neary
Grady, Hayes, & Neary, LLC
N14 W23777 Stone Ridge Drive
Suite 200
Waukesha, WI 53188
ean@ghnlawyers.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**IFC CREDIT CORPORATION,**<br><br>Debtor. | Chapter 7<br><br>Case No. 09 B 27094<br><br>Hon. Jacqueline P. Cox |

**CHAPTER 7 TRUSTEE'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE AMENDED FIRST AND FINAL APPLICATION OF COSTON & RADEMACHER, P.C. FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD OCTOBER 15, 2009 THROUGH FEBRUARY 11, 2010**

David P. Leibowitz ("Trustee"), chapter 7 trustee for the estate of IFC Credit Corporation ("Debtor"), hereby files this motion for an extension of time to respond to the amended first and final application of Coston & Rademacher, P.C. ("C&R"). In support of this Motion, the Trustee respectfully states the following:

### A.    FACTUAL AND PROCEDURAL BACKGROUND

1. On or about November 4, 2009, the Court entered an Order authorizing the Trustee to retain C&R. (Docket No. 325).

2. On or about January 20, 2010, C&R provided a statement of its billing entries representing C&R's efforts on behalf of the Trustee. The total amount billed by C&R in connection with this statement was $81,468.99.

3. On February 11, 2010, the Trustee terminated C&R from representing him in connection with the above-captioned case.

4. On November 9, 2010, the Trustee filed his *Motion for Turnover of Estate Funds and Set an Administrative Bar Date of Coston & Rademacher, P.C.* to file its application for compensation in the above-captioned bankruptcy case. (Docket No. 854).

5. On November 27, 2010, the Court continued the Motion for Turnover until January 27, 2011 to allow C & R to retain new counsel. (Docket No. 866).

6. On February 4, 2011, the Court entered an Order directing C & R to file its application for compensation on or before February 8, 2011. (Docket No. 921).

7. On February 7, 2011, C & R, through its counsel, filed its application for compensation ("Application"). Therein, C & R requested fees in the about of $164,692.50 and $1,026.07 in expenses. (Docket No. 922).

8. On February 21, 2011, the Trustee filed his preliminary response to C&R's Application.

9. On February 24, 2011, the Court held a hearing on C&R's Application. At the hearing, C&R submitted an *ore tenus* motion to amend the Application. On February 25, 2011, the Court issued an Order granting C&R's *ore tenus* motion and setting dates for C&R to file its amended application for fees and response deadlines ("Application Order"). *See* Docket No. 954.

10. Pursuant to the Application Order, C&R filed its *Amended First and Final Application of Coston & Rademacher, P.C. for Compensation and Reimbursement for Expenses for Period October 15, 2009 through February 11, 2010* ("Amended Application") on March 3, 2011. *See* Docket No. 956.

B. **REQUESTED RELIEF**

11. The Trustee respectfully requests an extension to Monday, April 18, 2011 to respond to C&R's Amended Application.

C. **BASIS FOR REQUESTED RELIEF**

12. C&R's Amended Application consists of over 100 pages of time entries.

13. The Trustee, in his role as the chapter 7 trustee of the Debtor's estate, is reviewing each and every time entry that C&R has put forth in the Amended Application.

14. Over the course of conducting this analysis, certain questions have arisen in regards to specific time entries billed by C&R.

15. The Trustee requests additional time to complete has analysis and to take certain discovery requests from C&R.

16. The Trustee respectfully requests that the Court extend the time for the Trustee to respond to C&R's Amended Application. In addition to responding to the Amended Application, the Trustee requests

additional time so that he may propound discovery to C&R in an effort to receive answers to the questions raised by C&R's Amended Application.

**WHEREFORE**, David P. Leibowitz, chapter 7 trustee for the estate of IFC Credit Corporation, respectfully requests an extension of time to Monday, April 18, 2011 to respond to Coston & Rademacher, P.C.'s Amended Application, and grant such other and additional relief as is just and appropriate.

Dated: March 17, 2011.                    Respectfully Submitted,

**David P. Leibowitz, as Chapter 7 Trustee of IFC Credit Corporation**

By: */s/ Jonathan T. Brand*

Jonathan T. Brand
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
Tel: (847) 249-9100
Fax: (847) 249-9180