**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>IFC CREDIT CORPORATION,<br><br>                         Debtor. | Chapter 7<br><br>Case No. 09-B-27094<br><br>Hon. Jacqueline P. Cox |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
| Authorized to Provide Professional Services to: | David P. Leibowitz as chapter 7 trustee of IFC Credit Corporation |
| Date of Order Authorizing Employment: | August 20, 2009 effective July 27, 2009 |
| Period for Which Compensation is Sought: | June 1, 2014, through November 14, 2014 |
| Amount of Fees Sought: | $5,845.50 |
| Amount of Expense Reimbursement Sought: | $21.80 |
| This is a(n): | ☐ Interim Application      ☒ Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 11/12/2009 | 7/27/09–10/31/09 | $119,240.50 (fees)<br>$1,100.97 (expenses) | $119,240.50<br>$1,100.97 | $0.00<br>$0.00 |
| 8/4/2010 | 11/1/09-6/30/10 | $664,464.55 (fees)<br>$12,960.21 (expenses) | $664,464.55<br>$12,960.21 | $0.00<br>$0.00 |
| 7/7/2011 | 7/1/10-5/31/11 | $897,302.50 (fees)<br>$13,174.68 (expenses) | $897,302.50<br>$13,174.68 | $0.00<br>$0.00 |
| 3/7/2012 | 6/1/11-1/31/12 | $961,532 (fees)<br>$35,903.96 (expenses) | $961,532<br>$35,903.96 | $0.00<br>$0.00 |
| 3/5/2013 | 2/1/12-12/31/13 | $461,376.00 (fees)<br>$20,474.35 (expenses) | $461,376.00<br>$20,474.35 | $0.00<br>$0.00 |
| 10/4/2013 | 1/1/13-8/31/13 | $135,900.00 (fees)<br>$969.47 (expenses) | $135,000.00<br>$969.47 | $0.00<br>$0.00 |
| 7/2/2014 | 9/1/13-5/31/14 | $61,996.00 (fees)<br>$315.73 (expenses) | $61,996.00 (fees)<br>$315.73 (expenses) | $0.00<br>$0.00 |

| | |
|---|---|
| Applicant: | Shaw Fishman Glantz & Towbin |
| Date:   November 20, 2014 | By:   /s/ *Allen J. Guon*<br>One of its Attorneys |

{7198 APPL A0390157.DOCX}

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IFC CREDIT CORPORATION, | Case No. 09-B-27094 |
| Debtor. | Hon. Jacqueline P. Cox |
| | **Hearing Date: December 11, 2014** <br> **Hearing Time: 9:30 a.m.** |

## NOTICE OF MOTION

TO: (See Attached Service List)

     **PLEASE TAKE NOTICE** that on **December 11, 2014 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline B. Cox,** U.S. Bankruptcy Court Judge, in Room 680, the courtroom usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the **FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC, AS SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**, a copy of which is hereby served on you, at which time and place you may appear if you so see fit.

Dated: November 20, 2014                        Shaw Fishman Glantz & Towbin LLC

                                                        By:   */s/ Allen J. Guon*

**CERTIFICATE OF SERVICE**

Allen J. Guon certifies that he caused to be served the above and foregoing notice and attached pleading upon the attached service list in the manner so indicated on this 20th day of November 2014.

*/s/ Allen J. Guon*

**SERVICE LIST**

**CM/ECF**

- Janice A Alwin    janice@oakpointpartners.com, jake@oakpointpartners.com; david@oakpointpartners.com
- Deborah S Ashen    dsa@ashenlaw.com
- Thomas V Askounis    taskounis@askounisdarcy.com, akapai@askounisdarcy.com
- Terence G Banich    tbanich@shawfishman.com, kbobb@shawfishman.com
- Paige E Barr    paige.barr@kattenlaw.com
- William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com
- Jason J Ben    jben@kayescholer.com
- Richard M Bendix    rbendix@dykema.com, nrakunas@dykema.com
- Carly Berard    cberard@rockfuscollc.com
- Mark A Berkoff    mberkoff@ngelaw.com, cdennis@ngelaw.com, ecfdocket@ngelaw.com, mmirkovic@ngelaw.com
- Corey S Berman    cwcsb1@sbcglobal.net
- Lauren N. Beslow    Lauren.Beslow@quarles.com, Faye.Feinstein@quarles.com
- Ira Bodenstein    ibodenstein@shawfishman.com, cowens@shawfishman.com
- Jonathan T Brand    jbrand@lakelaw.com, ECF@lakelaw.com
- Francis X Buckley    fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- Ben T Caughey    ben.caughey@icemiller.com
- Christine L Childers    cchilders@jenner.com, docketing@jenner.com; aallen@jenner.com
- Robert Clark    rclark@douglas.co.us
- John Collen    jcollen@salawus.com, jadams@salawus.com; rneace@salawus.com; celliott@salawus.com
- Daniel Collins    dcollins@dresslerpeters.com
- Francisco Connell    fconnell@chuhak.com, hcummins@chuhak.com
- Mark D Conzelmann    mconzelmann@tresslerllp.com, chicagodocket@tresslerllp.com
- Monette W Cope    ecfnil@weltman.com
- Alex Darcy    adarcy@askounisdarcy.com
- Carrie E Davenport    cdavenport@shawfishman.com, kbobb@shawfishman.com
- Maria A Diakoumakis    mdiakoumakis@dykema.com, DocketCH@dykema.com
- Sara H Doran    sara.doran@troutmansanders.com
- William J Dorsey    william.dorsey@kattenlaw.com, janice.mueller@kattenlaw.com; ecfdocket@kattenlaw.com
- David R Doyle    ddoyle@shawfishman.com, kjanecki@shawfishman.com
- Barbara J Dutton    duttonlaw@aol.com, ecfdesk@duttonlaw.com
- John Eggum    jeggum@fgppr.com
- Nancy G Everett    neverett@winston.com, ECF_Bank@winston.com

- William J Factor    wfactor@wfactorlaw.com, wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
- Marc Ira Fenton    mfenton@statmanharris.com
- Brett S Field    brett@strombergstock.com
- Jeffrey W Finke    jwfinke@mindspring.com
- Jeffrey D Ganz    jganz@riemerlaw.com, saguado@riemerlaw.com
- Matthew T. Gensburg    gensburgm@gtlaw.com, chidocket@gtlaw.com; ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com;sullivanka@gtlaw.com
- Douglas C. Giese    dgiese@querrey.com, dcgiese@hotmail.com
- Adam B Goodman    adam@thegoodmanlawoffices.com
- Karen R Goodman    kgoodman@taftlaw.com, nbeagan@taftlaw.com
- Emily S. Gottlieb    emily_gottlieb@gardencitygroup.com, paul.kinealy@gardencitygroup.com;PACERTeam@gardencitygroup.com
- Gordon E. Gouveia    ggouveia@shawfishman.com, kjanecki@shawfishman.com
- Nicholas A Gowen    gowen@sw.com, leung@sw.com; central@sw.com; swcourts@yahoo.com
- Daniel T. Graham    dgraham@clarkhill.com, tcumpton@clarkhill.com
- Allen J Guon    aguon@shawfishman.com, cowens@shawfishman.com
- John W Guzzardo    jguzzardo@shawfishman.com, jhampton@shawfishman.com
- John M Holowach    jholowach@jmhlegalgroup.com, bankruptcy@rjlegalgroup.com
- Stephanie K. Hor-Chen    schen@vedderprice.com, ecfdocket@vedderprice.com
- John N Hourihane    jhourihane@mhlitigation.com, jbyczek@mhlitigation.com;jscheid@mhlitigation.com
- Maysoun B Iqal    miqal@costonlaw.com
- Cindy M. Johnson    cjohnson@jnlegal.net, KLindsey@jnlegal.net
- Lisa D. Johnson    ljohnson740@gmail.com
- Andrea Johnson Frost    andrea.frost@kayescholer.com
- Georgia L. Joyce    gjoyce@cmn-law.com, jpalm@cmn-law.com
- Cameron W Kinvig    ckinvig@hunton.com, creeves@hunton.com;telgie@hunton.com
- Gina B Krol    gkrol@cohenandkrol.com, gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Leibowitz    dleibowitz@lakelaw.com, czuniga@lakelaw.com; jstorer@lakelaw.com; ECF@lakelaw.com
- David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
- Mark E Leipold    mleipold@gouldratner.com, srodriguez@gouldratner.com;lgray@gouldratner.com
- Mitchell Lieberman    mlieberman@noonanandlieberman.com, igarza@noonanandlieberman.com
- Thomas J Magill    tom.magill@quarles.com, laura.belmonte@quarles.com
- Inez M Markovich    imarkovich@dpattorneys.com, climbach@dpattorneys.com;afederer@dpattorneys.com
- Gini S. Marziani    gsmarziani@davismcgrath.com, mjoseph@davismcgrath.com,lmiller@davismcgrath.com

- David Mazzuchelli    mazzucheld@dor.state.ma.us
- Kelly J McClintic    kmcclintic@keatingshure.com, smcclintic@keatingshure.com
- Jenny R McGovern    jmcgovern@mcdonaldhopkins.com, smcdonald@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
- Lovejoie E McInnis    lovejoie.mcinnis@gmail.com
- Tyler Steven Mertes    tyler.mertes@troutmansanders.com, cynthia.duran@troutmansanders.com
- Kristin T Mihelic    kmihelic@formanlaw.com
- Joy L Monahan    jmonahan@edwardswildman.com, ksoto@edwardswildman.com
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Kevin H Morse    khmorse@arnstein.com
- Lauren N. Nachinson    Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com
- Elizabeth A Neary    ean@ghnlawyers.com
- Stephen C Needham    sneedham@noonanandlieberman.com, igarza@noonanandlieberman.com;ccocanig@noonanandlieberman.com
- Bradley P Nelson    nelson@sw.com, central@sw.com;riley@sw.com;swcourts@yahoo.com
- Karen Newbury    knewbury@schiffhardin.com, edocket@schiffhardin.com;rkaferly@schiffhardin.com
- Prince Njoku    pnjoku@dykema.com
- David J Novotny    dnovotny@cmn-law.com, lmickolayck@cmn-law.com
- Michael P O'Neil    moneil@taftlaw.com
- Michael J O'Rourke    morourke@orourkeandmoody.com, firm@orourkeandmoody.com
- Gregory E Ostfeld    ostfeldg@gtlaw.com
- Ethan Ostrow    ostrowe@gtlaw.com
- Ann E Pille    ann.pille@dlapiper.com, apille@reedsmith.com
- Terri A Roberts    pcaocvbk@pcao.pima.gov
- Jeffrey B Rose    jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- George Rosenberg    grosenberg@co.arapahoe.co.us
- Kevin G Schneider    kschneider@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
- Marylynne Schwartz    mschwartz@shawgussis.com
- John P Sieger    john.sieger@kattenlaw.com
- Ernest D Simon    esimon@erniesimon.com
- James L Simon    jsimon@lakelaw.com
- George J. Spathis    gspathis@hmblaw.com, lvalenti@hmblaw.com, lmalone@hmblaw.com
- Jeffrey Spector    jeff.spector@clientservices.com
- Jerry L Switzer    jswitzer@polsinelli.com, chicagodocketing@polsinelli.com
- Howard Teplinsky    hteplinsky@beermannlaw.com
- Pia N Thompson    pthompson@gouldratner.com, bburns@gouldratner.com
- L. Judson Todhunter    JTodhunter@howardandhoward.com
- Timothy Touhy    ttouhy@touhylaw.com, pkilby@touhylaw.com;srobinson@touhylaw.com;asanchez@touhylaw.com
- Jessica Tovrov    jessica@tovrovlaw.com

- John J Turner     jturner@lovjc.com
- David P. Vallas     dvallas@polsinelli.com
- Bruce L Wald     bwald@tishlerandwald.com
- Christopher H White     christopher.white@troutmansanders.com, audrey.minglin@troutmansanders.com
- Michael I. White     mwhit1967@aol.com
- Collin B Williams     williamsco@gtlaw.com, ChiBkyDocket@gtlaw.com
- Thomas C. Wolford     twolford@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
- Charles R Woolley     rwoolley@askounisdarcy.com
- David O. Yuen     dyuen@tresslerllp.com, jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
- Carrie A Zuniga     czuniga@lakelaw.com
- Bruce E de'Medici     bdemedici@gmail.com

**Email**

**Office of the U.S. Trustee**
Jeffrey Snell
Office of the U.S. Trustee
219 S. Dearborn St., Ste. 873
Chicago, IL 60604
Jeffrey.Snell@usdoj.gov

**Counsel for Broward County Government Center**
Holly N. Hawn, Assistant County Attorney
Jeffrey J. Newton
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Hhawn@broward.org

**Counsel for Jefferson Business Interiors**
Jefferson Business Interiors
Tressler LLP
233 S. Wacker Dr., 22nd Floor
Chicago, IL 60606
jborcia@tresslerllp.com
tresslerdocket@tresslerllp.com

**Mike Olson, Tax Collector**
Pasco County Florida
Post Office Box 276
Dade County, FL 33526-0276
jcardillo@pascotaxes.com

**Counsel for Weir & Partners LLP**
Marc J. Zucker
Susan Verbonitz
Weir & Partners LLP
Widener Bldg., Ste. 500
Philadelphia, PA 19107
mzucker@weirpartners.com
sverbonitz@weirpartners.com

**Counsel for Maricopa County**
Barbara Lee Caldwell
Caldwell Padish & Wells
7333 E. Doubletree Ranch Road, Suite 255
Scottsdale, AZ 85258
Bcaldwell@cpwlawyers.com

**Counsel for IBM**
Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terrace, IL 60618
bbshide@us.ibm.com

**Counsel for Ben Franklin**
James Novy
Rock Fusco & Connelly, LLC
321 North Clark Street - Suite 2200
Chicago, Illinois 60654
jnovy@rockfuscoconnelly.com

**Counsel for TCG Packaging Services, Inc.**
Thomas C. Wolford
Mark A. Berkoff
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, IL 60602
twolford@ngelaw.com
mberkoff@ngelaw.com

**Counsel for TN Attorney General's Office,**
Bankruptcy Division
William McCormick
Office of the Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
bill.mccormick@ag.tn.gov

**Counsel for Caney Independent School**
District, Everman Independent School
District and Copperas Cove Independent
School District
Andrew Dylan Wood
Ray, Wood, & Bonilla
P.O. Box 165001
Austin, TX 78716
dylan@rwblaw.net

**Counsel for Arlington Independent School**
District
c/o Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
ecobb@pbfcm.com

**Counsel for Chatham County Tax Commissioner**
Daniel T. Powers
Chatham County Tax Commissioner
P.O. Box 8324
Savannah, GA 31412
tcharrel@chathamcounty.org

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| IFC CREDIT CORPORATION, | Case No. 09-B-27094 |
| Debtor. | Hon. Jacqueline P. Cox |
| | **Hearing Date: December 11, 2014**<br>**Hearing Time: 9:30 a.m.** |

**FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC,
AS SPECIAL COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") applies to this Court pursuant to Sections 330(a) and 331 of title 11, United States Code ("Bankruptcy Code"), FED. R. BANKR. P. 2002(a)(6), 2016(a) and 9007, and Local Bankruptcy Rule 5082-1, for (i) final allowance of $5,845.50 in compensation for 19.00 hours of professional services rendered as special counsel for David Leibowitz, not personally, but as chapter 7 trustee ("Trustee") for the estate of IFC Credit Corporation ("Debtor"), for the period beginning June 1, 2014, through November 14, 2014 ("Application Period"), and the reimbursement of $21.80 for actual expenses incurred incident to those services, (ii) final approval of all compensation and expense reimbursement previously applied for and awarded by this Court on an interim basis, and (iii) payment of all finally allowed compensation and expense reimbursement ("Final Application"). In support of this Final Application, Shaw Fishman respectfully states as follows:

**Jurisdiction**

1.      On July 27, 2009, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code (the "Petition Date"). On that same day, the Office of the United States

{7198 APPL A0390157.DOCX}

Trustee appointed David P. Leibowitz as interim chapter 7 trustee for the Debtor's estate. The Trustee has since become the permanent Trustee.

2. This Court has core jurisdiction over the case pursuant to 11 U.S.C. §§ 157(b)(2)(A), (B), and (M) and 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Shaw Fishman Retention

3. On August 20, 2009, this Court entered an order authorizing the Trustee to employ Shaw Gussis Fishman Glantz Wolfson & Towbin LLC[1] as special counsel to the Trustee, effective July 27, 2009 ("Retention Order"). In the Retention Order, the Court authorized Shaw Fishman to provide the following services to the Trustee:

- (a) Investigate, assess and prosecute certain potential claims against Debtor's principals ("Insider Claims");

- (b) Investigate, assess and potentially prosecute certain claims related to the Debtor's leasing activities ("Leasing Matters");

- (c) Prepare applications, motions, complaints, orders and other legal documents as may be necessary in connection with the appropriate prosecution of the Insider Claims and Leasing Matters;

- (d) Represent the Trustee in negotiations concerning the Insider Claims and Leasing Matters; and

- (e) Take such actions and perform any and all other legal services on behalf of the Trustee which may be required to effectuate the foregoing.

4. On October 26, 2009, U.S. Bank National Association ("US Bank") stipulated to allowing the Trustee to pay Shaw Fishman a retainer of $50,000 from the assets of the estate.

---

[1] On October 8, 2012, Shaw Gussis Fishman Glantz Wolfson & Towbin LLC changed its name to Shaw Fishman Glantz & Towbin LLC.

{7198 APPL A0390157.DOCX}  2

5. On January 20, 2010, this Court entered the Order Clarifying the Retention Order, which authorized Shaw Fishman to perform the following additional services to the Trustee:

    (f) Contested matters, including but not limited to, matters related to the automatic stay and motions to dismiss the case, as directed by the Trustee;

    (g) Advise the Trustee on financing issues and perform services pertaining to financing issues as directed by the Trustee;

    (h) Investigate and perform asset recovery as directed by the Trustee;

    (i) Analyze the Debtor's assets and perform discovery as directed by the Trustee;

    (j) Prepare and pursue claims objections as directed by the Trustee; and

    (k) Perform services pertaining to election matters.

**Relief Requested**

**I.     Final Allowance of Fees and Expenses for Application Period**

6. During the Application Period, Shaw Fishman rendered in excess of 19 hours of legal and paraprofessional services to the Debtor having a value of $5,845.50 for an average hourly rate of $307.66. Shaw Fishman provided professional services to the Trustee which were consistent in scope to those authorized in the Retention Order. All of the services for which compensation is requested were services which, in the exercise of Shaw Fishman's reasonable billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

7. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Shaw Fishman's services during the Application

Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Fishman has classified its services into three separate categories, as follows:

| Description | Hours | Fees Incurred |
|---|---|---|
| Fee Applications | 15.90 | $4,546.50 |
| Great Lakes Leases | 1.00 | 369.00 |
| Ludwig & Levinson | 2.10 | 930.00 |
| **Total** | **19.00** | **$5,845.50** |

8. Detailed invoices ("Invoices") for each time category are attached as Exhibit A to this Application. The following is a separate description of each of the Shaw Fishman categories which generally describe the tasks performed. The Invoices provide detailed descriptions of all services rendered in each of the above categories and the timekeeper, date and amount of time spent in each category. Summary charts for each category setting forth each professional who rendered services, the total time and value of services, and the total dollar value are provided herein.

9. *Fee Applications.* Shaw Fishman spent 15.90 hours of professional services having a value of $4,546.50 in connection with (i) reviewing and revising detailed statements of fees and expenses; (ii) preparing, filing, serving and presenting Shaw Fishman's seventh interim fee application, which sought payment of $61,996.00 in fees and $315.73 in expenses; and (iii) preparing, filing, serving and presenting this Final Application. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| David R. Doyle | 14.10 | 3,736.50 |
| Allen J. Guon | 1.80 | 810.00 |
| **TOTAL** | **15.9** | **$4,546.50** |

10. *Great Lakes Leases.* Shaw Fishman spent one hour, having a value of $369.00, drafting and filing a stipulation of dismissal for the suit filed by First Bank & Trust and

coordinating a hearing on the stipulation. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Carrie E. Davenport | .9 | $324.00 |
| Allen J. Guon | .1 | 45.00 |
| **TOTAL** | **1.0** | **$369.00** |

11.     *Ludwig & Levinson.* Shaw Fishman spent 2.1 hours, having a value of $930.00, conferring with the Trustee's counsel regarding the Trustee's settlement agreement with Arthur Levinson and Leonard Ludwig. The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| John W. Guzzardo | .2 | $75.00 |
| Allen J. Guon | 1.9 | 855.00 |
| **TOTAL** | **2.1** | **$930.00** |

12.     In summary, the total compensation sought for each professional for the Application Period is as follows:

| Professional | Position | Hours | Hourly Rate | Fees |
|---|---|---|---|---|
| Allen J. Guon | Member | 3.80 | $450 | $1,710.00 |
| Carrie E. Davenport | Member | .9 | 360 | 324.00 |
| David R. Doyle | Associate | 14.10 | 265 | 3,736.50 |
| John W. Guzzardo | Associate | .2 | 375 | 75.00 |
| **TOTAL** | | **19.00** | | **$5,845.50** |

13.     The hourly rates charged by Shaw Fishman compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman professionals providing services to the Trustee in connection with the case. Further, the amount of time spent by Shaw Fishman with respect to the case is reasonable given the difficulty of the issues presented, the time constraints imposed by the

{7198 APPL A0390157.DOCX}                              5

circumstances, the amounts at stake, the sophistication and experience of opposing counsel and the ultimate benefit to the estate.

14. Whenever possible, Shaw Fishman has conscientiously attempted to avoid having multiple attorneys appear or confer on behalf of the Debtor. In certain circumstances, however, it was necessary for more than one Shaw Fishman attorney to appear in Court at the same time. Also, Shaw Fishman only appeared on matters within the scope of the Retention Order. Similarly, on certain occasions, Shaw Fishman had more than one attorney attend a meeting to strategize on issues that had particular import on multiple areas of the case. To the greatest extent possible, meetings, court appearances, negotiations and other matters were handled on an individual basis. Given the complexity of the issues involved, however, it was necessary for more than one Shaw Fishman attorney to be involved in certain meetings and court appearances.

15. Many of the issues presented by the case have been legally and factually complex and the amounts at stake significant. The results of Shaw Fishman's efforts in this regard have inured to the benefit of the estate and to the interests of its prepetition creditors. Given the criteria set forth in § 330, namely (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully submits that the requested interim compensation represents a fair and reasonable amount that should be allowed in full.

16. *Expenses.* The aggregate amount of expenses for which reimbursement is sought is $21.80. All of the expenses for which reimbursement is requested are expenses which Shaw

Fishman customarily recoups from its clients. An itemization of the expenses is attached hereto as <u>Exhibit A</u>. The types of costs for which reimbursement is sought are listed below:

| Pacer | Actual cost |
|---|---|
| Parking/Taxi | Actual cost |

17. The specific expenses for which reimbursement is requested during the Application Period are as follows:

| Pacer | $15.80 |
|---|---|
| Parking/Taxi | 6.00 |
| **TOTAL** | **$21.80** |

18. All expenses incurred by Shaw Fishman incidental to its services were customary and necessary. All expenses billed to the Trustee were billed in the same manner as Shaw Fishman bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

19. To date, Shaw Fishman has not received any compensation for services performed during the Application Period.

**II.    Final Approval of Fees and Expenses Previously Awarded**

20. In addition, Shaw Fishman respectfully requests that the Court approve, on a final basis, all fees and expenses previously awarded by this Court. Shaw Fishman has been allowed the following fees and expenses on an interim basis (collectively, the "Interim Compensation Orders"):

(i) On January 13, 2010, the Court entered an order approving Shaw Fishman's First Interim Fee Application and allowing Shaw Fishman a total of $120,241.47 for fees and expenses [Dkt. No. 508] (the "First Award"). The Trustee has since paid Shaw Fishman the amount allowed by this Court.

(ii) On August 27, 2010, the Court entered an order approving Shaw Fishman's Second Interim Fee Application and allowing Shaw Fishman a total of $677,424.76 for fees and expenses [Dkt. No. 808] (the "Second Award"). The Trustee has since paid Shaw Fishman the amount allowed by this Court.

    (iii)    On August 12, 2011, the Court entered an order approving Shaw Fishman's Third Interim Fee Application and allowing Shaw Fishman a total of $910,477.18 for fees and expenses [Dkt. No. 1117] (the "Third Award"). The Trustee has since paid Shaw Fishman the amount allowed by this Court.

    (iv)    On March 22, 2012, the Court entered an order approving Shaw Fishman's Fourth Interim Fee Application and allowing Shaw Fishman a total of $997,435.96 for fees and expenses [Dkt. No. 1204] (the "Fourth Award"). The Trustee has since paid Shaw Fishman the amount allowed by this Court.

    (v)    On April 3, 2013, the Court entered an order approving Shaw Fishman's Fifth Interim Fee Application and allowing Shaw Fishman a total of $481,850.35 for fees and expenses [Dkt. No. 1371] (the "Fifth Award"). The Trustee has since paid Shaw Fishman the amount allowed by this Court.

    (vi)    On October 25, 2013, the Court entered an order approving Shaw Fishman's Sixth Interim Fee Application and allowing Shaw Fishman a total of $136,869.47 for fees and expenses [Dkt. No. 1476] (the "Sixth Award"). The Trustee has since paid Shaw Fishman the amount allowed by this Court.

    (vii)    On July 24, 2014, the Court entered an order approving Shaw Fishman's Seventh Interim Fee Application and allowing Shaw Fishman a total of $62,311.73 for fees and expenses [Dkt. No. 1554] ("Seventh Award," and together with all prior awards set forth in subparagraphs (i) through (vi), the "Previously Allowed Fees and Expenses"). The Seventh Award authorized Shaw Fishman to apply its retainer to the Seventh Award. The Trustee has since paid Shaw Fishman the balance of the Seventh Award after application of the retainer.

21. Shaw Fishman respectfully requests approval, on a final basis, of the Previously Allowed Fees and Expenses.

## Compliance with 11 U.S.C. § 504

22. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing or division of any compensation paid or payable to Shaw Fishman.

## Notice

23. As indicated in the attached Certificate of Service, and pursuant to the *Order Approving Case Management Procedures* [Dkt. No. 703] (the "Notice Order"), Shaw Fishman

provided 21 days' notice of this application to all parties requesting notice via CM/ECF and email service.  Shaw Fishman submits that the notice provided herein has complied with the Notice Order and  requests that this Court waive and dispense with any further notice requirements, pursuant to Rules 2002(a), and 9007 of the Federal Rules of Bankruptcy Procedure.

*[the remainder of this page intentionally left blank]*

{7198 APPL A0390157.DOCX}                              9

**Conclusion**

WHEREFORE, Shaw Fishman requests the entry of an order, substantially in the form attached hereto, that:

(a) Allows Shaw Fishman the amount of $5,845.50 in final compensation for services rendered during the Application Period of June 1, 2014 to November 14, 2014;

(b) Allows Shaw Fishman the amount of $21.80 in final expense reimbursement for the Application Period of June 1, 2014, to November 14, 2014;

(c) Approving on a final basis all Previously Allowed Fees and Expenses awarded by this Court on an interim basis pursuant to the Interim Compensation Orders;

(d) Authorizes and directs the Debtor to pay Shaw Fishman the unpaid balance of the fees and expenses awarded herein;

(e) Waives other and further notice of the hearing with respect to this Application; and;

(f) Provides such other just and appropriate relief.

                Respectfully submitted,

                Shaw Fishman Glantz & Towbin LLC

Dated: November 20, 2014       By:   /s/ Allen J. Guon
                                                    For the Firm

Allen J. Guon (#6244526)
David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151 telephone
(312) 980-3888 facsimile