# EXHIBIT A

2277169.2

# EXHIBIT A

# Taft/

Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500 / Indianapolis, IN 46204-2023
Tel: 317.713.3500 / Fax: 317.713.3699
www.taftlaw.com
FEIN#: 31-0541755

January 20, 2015
Invoice # 2680527

David P. Liebowitz, Trustee
Lakelaw
53 W. Jackson Boulevard
Suite 1610
Chicago, IL 60604

## INVOICE SUMMARY

Client/File #LE289/GN001 MPON

For professional services rendered and costs advanced through December 31, 2014:

**RE: IFC Credit Corporation**

| | | |
|---|---|---|
| Professional Services | $ | 17,129.50 |
| Costs Advanced | $ | 56.40 |
| TOTAL THIS INVOICE | $ | 17,185.90 |

**DUE UPON RECEIPT**

Taft Stettinius & Hollister LLP

Client/File #LE289/GN001                                                    Invoice #: 2680527

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/15/14 | MPON | Had telephone conference with J. Brand regarding scope of project (.2); brief factual research regarding claimant and counsel (.3). | .50 | 515.00 | 257.50 |
| 7/16/14 | MPON | Followed up with Jonathan Brand and replied to emails regarding 2014 exam. | .30 | 515.00 | 154.50 |
| 7/16/14 | MPON | Followed up on alternative communication routes to County and Hospital. | .10 | 515.00 | 51.50 |
| 7/17/14 | JRHU | Reviewed tax matters in connection with personal property tax assessments for leased property. | 2.20 | 415.00 | 913.00 |
| 7/17/14 | MPON | Prepared for and participated in conference call regarding factual questions of Vigo County claim and potential objection. | .50 | 515.00 | 257.50 |
| 7/17/14 | MPON | Conferred with J. Humphrey regarding issues pertaining to debtor's tax returns and proofs of claim. | .20 | 515.00 | 103.00 |
| 7/18/14 | MPON | Followed up on need for research. | .30 | 515.00 | 154.50 |
| 7/25/14 | JRHU | Reviewed issues for 2004 request (.2); worked on motion to employ (.3). | .50 | 415.00 | 207.50 |
| 7/27/14 | JRHU | Worked on employment application, declaration and proposed order (.3); worked on 2004 exam request (.2). | .50 | 415.00 | 207.50 |
| 7/28/14 | JRHU | Worked on special counsel employment application, declaration and order. | 1.70 | 415.00 | 705.50 |
| 7/28/14 | MPON | Revised retention application. | .30 | 515.00 | 154.50 |
| 8/02/14 | JRHU | Worked on declaration, application to employ Taft and related order. | 1.30 | 415.00 | 539.50 |
| 8/03/14 | JRHU | Worked on Rule 2004 examination motion and order (.3); researched claims issues and objections (1.4). | 1.70 | 415.00 | 705.50 |
| 8/04/14 | JRHU | Reviewed employment application (.3); drafted e-mail transmitting documents to J. Brand (.3); reviewed completed drafts and had e-mail correspondence with trustee's office regarding filing logistics (.2). | .80 | 415.00 | 332.00 |
| 8/04/14 | MPON | Reviewed and revised employment application. | .20 | 515.00 | 103.00 |
| 8/04/14 | MPON | Reviewed and revised Rule 2004 examination motion. | .30 | 515.00 | 154.50 |
| 8/05/14 | JRHU | Reviewed Indiana tax exemption process and issues and had conference with O'Neil regarding same. | .30 | 415.00 | 124.50 |
| 8/05/14 | MPON | Sent memo to K. Roots, counsel for Hospital regarding discovery requests and Rule 2004 motion. | .30 | 515.00 | 154.50 |
| 8/22/14 | MPON | Reviewed and replied to email memos from trustee's counsel regarding hearing dates and pending motions. | .20 | 515.00 | 103.00 |
| 8/28/14 | KRGO | Court appearance regarding Motion to Retain Taft as Special Counsel. | 1.00 | 460.00 | 460.00 |
| 8/28/14 | MPON | Had telephone conference with R. Moreland regarding need for property tax information (.3); prepared follow up memo to client (.1). | .40 | 515.00 | 206.00 |
| 8/29/14 | MPON | Reviewed and replied to emails regarding yesterday's hearing and terms of orders. | .20 | 515.00 | 103.00 |
| 9/05/14 | JRHU | Worked on attachment to subpoena for 2004 request. | .20 | 415.00 | 83.00 |
| 9/05/14 | MPON | Followed up on rule 2004 examination and interaction with Union Hospital. | .30 | 515.00 | 154.50 |
| 9/08/14 | JRHU | Reviewed rules and drafted subpoena (1.8); reviewed rules and administered service (.5); transmitted copy to Union Hospital accountant with cover (.3). | 2.60 | 415.00 | 1,079.00 |

2

Taft Stettinius & Hollister LLP

Client/File #LE289/GN001

Invoice #: 2680527

| Date | Atty | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/08/14 | MPON | Reviewed subpoena and document request (.4); conferred with J. Humphrey (.1). | .50 | 515.00 | 257.50 |
| 9/30/14 | JRHU | Reviewed matter status and checked for subpoena response (.1); had telephone call with Union Hospital accountant regarding subpoena response (.4); reviewed issues in connection with subpoena response (.2). | .70 | 415.00 | 290.50 |
| 9/30/14 | MPON | Followed up regarding subpoena for documents and related issues and replied to email memo. | .40 | 515.00 | 206.00 |
| 10/02/14 | JRHU | Reviewed documents provided by hospital (.4); worked on strategic issues (.2). | .60 | 415.00 | 249.00 |
| 10/02/14 | MPON | Reviewed and replied to memo from J. Humphrey (.2); telephone conference with J. Humphrey regarding same (.2). | .40 | 515.00 | 206.00 |
| 10/05/14 | JRHU | Researched appeal periods and developed strategy (1.0); drafted message to trustee concerning same for M. O'Neil review (.4). | 1.40 | 415.00 | 581.00 |
| 10/07/14 | JRHU | Reviewed and revised produced documents and transmitted strategy e-mail to trustee (.1); had telephone call with hospital counsel regarding examination scheduling (.2). | .30 | 415.00 | 124.50 |
| 10/07/14 | MPON | Reviewed memo from J. Humphrey to trustee and followed up regarding same. | .30 | 515.00 | 154.50 |
| 10/10/14 | MPON | Reviewed memo from R. Elli and followed up with J. Humphrey regarding same. | .30 | 515.00 | 154.50 |
| 10/23/14 | MPON | Sent memo to J. Humphrey regarding status. | .20 | 515.00 | 103.00 |
| 10/24/14 | JRHU | Researched and drafted objection to Vigo County claim. | 4.80 | 415.00 | 1,992.00 |
| 10/26/14 | JRHU | Reviewed and revised objection to claim of Vigo County Treasurer. | .90 | 415.00 | 373.50 |
| 10/27/14 | JRHU | Reviewed filing requirements; reviewed and revised objection to claim. | .20 | 415.00 | 83.00 |
| 10/29/14 | JRHU | Reviewed and revised objection to Vigo County claim, notice and proposed order. | 1.80 | 415.00 | 747.00 |
| 10/29/14 | KRGO | Reviewed Objection, Order and Notice for substantive and procedural purposes (.1); had telephone conferences with J. Humphrey regarding same (.2). | .30 | 460.00 | 138.00 |
| 10/29/14 | MPON | Reviewed claim objection (.2); conferred with J. Humphrey regarding same (.2). | .40 | 515.00 | 206.00 |
| 11/14/14 | JRHU | Reviewed issues related to timing of claims objection. | .10 | 415.00 | 41.50 |
| 11/17/14 | JRHU | Had e-mail correspondence with trustee counsel regarding status and timing questions. | .20 | 415.00 | 83.00 |
| 11/17/14 | MPON | Followed up with J. Humphrey and J. Brandt. | .50 | 515.00 | 257.50 |
| 11/26/14 | MPON | Followed up on Dec 2 hearing and issues for inter-objections to claim and backup. | .30 | 515.00 | 154.50 |
| 12/01/14 | JRHU | Reviewed matter status and order issues in connection with upcoming hearing. | .20 | 415.00 | 83.00 |
| 12/01/14 | KRGO | Exchanged e-mails with J. Humphrey regarding hearing on Objection to Claim. | .20 | 460.00 | 92.00 |
| 12/02/14 | JRHU | Reviewed status of order and matter (.2); had e-mail correspondence with K. Goodman (.6); had telephone call with J. Brand; had e-mail correspondence regarding results (.4); worked on fee application (.2). | 1.40 | 415.00 | 581.00 |
| 12/02/14 | KRGO | Court appearance regarding Trustee's Objection to Claim of Vigo County (1.1); exchanged e-mails with J. Humphrey regarding entry of order and notification of claimant (.2). | 1.30 | 460.00 | 598.00 |

Taft Stettinius & Hollister LLP    Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

Client/File #LE289/GN001   Invoice #: 2680527

| Date | Atty | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/14 | MPON | Followed up on hearing on claim objection; conferred with K. Goodman and J. Humphrey regarding same (.2); followed up on all aspects of claim objection and adjudication (.2). | .40 | 515.00 | 206.00 |
| 12/03/14 | MPON | Followed up on claim disallowance and court order. | .10 | 515.00 | 51.50 |
| 12/04/14 | JRHU | Reviewed order and drafted letter of transmittal to the Vigo County Treasurer. | .40 | 415.00 | 166.00 |
| 12/04/14 | MPON | Reviewed and replied to emails regarding disallowance of claim and next steps. | .30 | 515.00 | 154.50 |
| 12/18/14 | JRHU | Worked on fee application. | .10 | 415.00 | 41.50 |
| 12/22/14 | JRHU | Drafted fee application and accompanying order. | 2.60 | 415.00 | 1,079.00 |
| 12/23/14 | MPON | Reviewed draft fee application and billing statement. | .40 | 515.00 | 206.00 |

**TOTAL PROFESSIONAL SERVICES** $ 17,129.50

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 9/17/14 | Federal Express Sent: 09/08/2014 FROM John R. Humphrey, TO Union Hospital, Inc., Airbill#: 771081653326 | 11.17 |
| 9/17/14 | Federal Express Sent: 09/08/2014 FROM John R. Humphrey, TO Bob Moreland, Tax Manager, Airbill#: 771081042973 | 11.17 |
| 12/23/14 | Postage from 02/26/2008 - 03/26/2008 | 5.56 |
|  | Copying/printing | 28.50 |

**TOTAL COSTS ADVANCED** $ 56.40

**TOTAL THIS INVOICE** $ 17,185.90

**SUMMARY OF PROFESSIONAL SERVICES**

| Atty | Name | Hours | Rate | Total |
|---|---|---|---|---|
| JRHU | John R. Humphrey | 27.50 | 415.00 | 11,412.50 |
| KRGO | Karen R. Goodman | 2.80 | 460.00 | 1,288.00 |
| MPON | Michael P. O'Neil | 8.60 | 515.00 | 4,429.00 |
|  | **TOTALS** | **38.90** |  | **17,129.50** |