UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IFC CREDIT CORPORATION, | Case No. 09-B-27094 |
| Debtor. | Hon. Jacqueline P. Cox |

### NOTICE OF MOTION

TO:     (See Attached Service List)

**PLEASE TAKE NOTICE** that on **February 25, 2015 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline B. Cox** U.S. Bankruptcy Court Judge, in Room 619, the courtroom usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the **Final Application of Horwood Marcus & Berk Chartered, as Special Counsel for Trustee, for Allowance of Compensation**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

HORWOOD MARCUS & BERK,
CHARTERED

By: /s/ George J. Spathis

George J. Spathis (# 6204509)
**HORWOOD MARCUS & BERK CHARTERED**
500 West Madison Street, Suite 3700
Chicago, Illinois  60661
(312) 606-3200
gspathis@hmblaw.com

## CERTIFICATE OF SERVICE

George J. Spathis certifies that he caused to be served the above and foregoing notice and attached pleadings upon the attached service list via CM/ECF and/or electronic mail on this 4th day of February, 2015.

/s/ George J. Spathis

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of **parties** who are will be served via CM/ECF, the Court's electronic notification system, or that are currently on the list to receive email notice/service for this case.

- Janice A Alwin janice@oakpointpartners.com, jake@oakpointpartners.com
- Deborah S Ashen dsa@ashenlaw.com
- Thomas V Askounis taskounis@askounisdarcy.com, jburt@askounisdarcy.com;jham@askounisdarcy.com
- Terence G Banich tbanich@shawgussis.com, kdevries@shawgussis.com
- Courtney E Barr cbarr@lockelord.com, chicagodocket@lockelord.com;;pwilliams@lockelord.com
- Paige E Barr paige.barr@kattenlaw.com
- William J. Barrett william.barrett@bfkn.com
- Jason J Ben jben@kayescholer.com
- Richard M Bendix rbendix@dykema.com, nrakunas@dykema.com
- Carly Berard cberard@rockfuscollc.com
- Mark A Berkoff mberkoff@ngelaw.com, cdennis@ngelaw.com
- Corey S Berman cwcsb1@sbcglobal.net
- Ira Bodenstein ibodenstein@shawgussis.com, sdelamora@shawgussis.com
- Jonathan T Brand jbrand@lakelaw.com
- Francis X Buckley fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- Christine L Childers cchilders@jenner.com, docketing@jenner.com;aallen@jenner.com;mmatlock@jenner.com
- Robert Clark rclark@douglas.co.us
- John Collen jcollen@tresslerllp.com, tresslerdocket@tresslerllp.com
- Daniel Collins dcollins@dresslerpeters.com
- Michael R Collins michael.collins@collinsandcollins.com
- Mark D Conzelmann mconzelmann@tresslerllp.com, chicagodocket@tresslerllp.com
- Monette W Cope ecfnil@weltman.com
- Alex Darcy adarcy@askounisdarcy.com, jham@askounisdarcy.com
- Carrie E Davenport cdavenport@shawgussis.com, jhampton@shawgussis.com
- Maria A Diakoumakis mdiakoumakis@dykema.com, DocketCH@dykema.com
- Sara H Doran sara.doran@troutmansanders.com
- William J Dorsey william.dorsey@kattenlaw.com, janice.mueller@kattenlaw.com;ecfdocket@kattenlaw.com
- Barbara J Dutton duttonlaw@aol.com, ecfdesk@duttonlaw.com
- John Eggum jeggum@lakelaw.com

- Nancy G Everett neverett@winston.com, ECF_Bank@winston.com;joseph_agnello@ilnb.uscourts.gov
- William J Factor wfactor@wfactorlaw.com, wfactorlaw@gmail.com;nb@wfactorlaw.com
- Marc Ira Fenton mfenton@statmanharris.com
- Jeffrey W Finke jwfinke@mindspring.com
- Andrea L Frost afrost@kayescholer.com
- Jeffrey D Ganz jganz@riemerlaw.com, saguado@riemerlaw.com
- Matthew T. Gensburg gensburgm@gtlaw.com, chiedocket@gtlaw.com;ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com
- Douglas C. Giese dcg@h2law.com, dcgiese@hotmail.com
- Adam B Goodman adam@thegoodmanlawoffices.com
- Gordon E. Gouveia ggouveia@shawgussis.com, mwestbrook@shawgussis.com
- Daniel T. Graham dgraham@clarkhill.com, ppeggs@clarkhill.com
- Allen J Guon , sdelamora@shawgussis.com
- Allen J Guon aguon@shawgussis.com, sdelamora@shawgussis.com
- John W Guzzardo jguzzardo@shawgussis.com
- Juyon A Ham jham@askounisdarcy.com
- John M Holowach JHolowach@JNLegal.net, jholowach@rjlegalgroup.com
- Stephanie K. Hor-Chen shor@vedderprice.com, ecfdocket@vedderprice.com
- John N Hourihane jhourihane@mhlitigation.com, jbyczek@mhlitigation.com
- Maysoun B Iqal miqal@costonlaw.com
- Cindy M. Johnson cjohnson@jnlegal.net, clega@jnlegal.net
- Lisa D. Johnson ljohnson740@gmail.com
- Georgia L. Joyce gjoyce@cmn-law.com, cbrown@cmn-law.com
- Cameron W Kinvig ckinvig@hunton.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- David P Leibowitz dleibowitz@lakelaw.com, czuniga@lakelaw.com;jhennard@lakelaw.com;ECF@lakelaw.com
- David P Leibowitz dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
- Mark E Leipold mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- Mitchell Lieberman mlieberman@noonanandlieberman.com, igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com;ccocanig@noonanandlieberman.com
- Thomas J Magill tom.magill@quarles.com, laura.belmonte@quarles.com
- Inez M Markovich imarkovich@dpattorneys.com, climbach@dpattorneys.com;afederer@dpattorneys.com
- Gini S. Marziani gsmarziani@davismcgrath.com, mjoseph@davismcgrath.com,lmiller@davismcgrath.com
- Kelly J McClintic kmcclintic@keatingshure.com, smcclintic@keatingshure.com
- Jenny R McGovern jmcgovern@mcdonaldhopkins.com, dricks@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
- Kristin T Mihelic kmihelic@formanlaw.com
- Joy L Monahan jmonahan@edwardswildman.com, ksoto@edwardswildman.com

- Michael C. Moody mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Kevin H Morse khmorse@arnstein.com
- Lauren N. Nachinson Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com;sara.sullivan@quarles.com
- Elizabeth A Neary ean@ghnlawyers.com
- Stephen C Needham sneedham@noonanandlieberman.com, igarza@noonanandlieberman.com;ccocanig@noonanandlieberman.com
- Karen Newbury knewbury@schiffhardin.com, edocket@schiffhardin.com;rkaferly@schiffhardin.com
- Prince Njoku pnjoku@dykema.com
- David J Novotny dnovotny@cmn-law.com, mmurray@cmn-law.com
- Michael J O'Rourke morourke@okmlaw.com
- Ethan Ostrow ostrowe@gtlaw.com
- Ann E Pille ann.pille@dlapiper.com, apille@reedsmith.com
- Terri A Roberts pcaocvbk@pcao.pima.gov
- John L Ropiequet jlropiequet@arnstein.com
- Jeffrey B Rose jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- George Rosenberg grosenberg@co.arapahoe.co.us
- Kevin G Schneider kschneider@ngelaw.com
- Marylynne Schwartz mschwartz@shawgussis.com
- John P Sieger john.sieger@kattenlaw.com
- Ernest D Simon esimon@erniesimon.com
- James L Simon jsimon@lakelaw.com
- Jerry L Switzer jswitzer@polsinelli.com
- Pia N Thompson pthompson@gouldratner.com, bburns@gouldratner.com
- L. Judson Todhunter JTodhunter@howardandhoward.com
- Timothy Touhy ttouhy@touhylaw.com, pkilby@touhylaw.com;srobinson@touhylaw.com;asanchez@touhylaw.com
- Jessica Tovrov jessica@tovrovlaw.com
- John J Turner jturner@lovjc.com
- David P. Vallas dvallas@polsinelli.com
- Bruce L Wald bwald@tishlerandwald.com
- Christopher H White christopher.white@troutmansanders.com, audrey.minglin@troutmansanders.com
- Collin B Williams williamsco@gtlaw.com, scavom@gtlaw.com;ChiBkyDocket@gtlaw.com
- Thomas C. Wolford twolford@ngelaw.com
- Charles R Woolley rwoolley@askounisdarcy.com
- David O. Yuen dyuen@tresslerllp.com, jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
- Carrie A Zuniga czuniga@lakelaw.com
- Bruce E de'Medici bdemedici@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| IFC CREDIT CORPORATION, | Case No. 09-B-27094 |
| Debtor. | Hon. Jacqueline P. Cox |

**FINAL APPLICATION OF HORWOOD MARCUS & BERK CHARTERED, AS SPECIAL COUNSEL TO TRUSTEE, FOR THE ALLOWANCE OF COMPENSATION**

Horwood Marcus & Berk Chartered ("HMB"), special counsel to David Leibowitz, not personally, but as chapter 7 trustee ("Trustee") for the estate of IFC Credit Corporation ("Debtor"), pursuant to Sections 330 and 331 of title 11, United States Code ("Bankruptcy Code"), FED. R. BANKR. P. 2002(a)(6), 2016(a), and Local Bankruptcy Rule 5082-1, applies to the Court for the allowance of $13,730.35 (which sum reflects credits of $10,366.15) in compensation for 56.8 hours of professional services rendered and billed by HMB as special counsel to the Trustee for the period beginning July 1, 2013 through and including December 31, 2014 ("Application Period"), plus an additional $3,003.00 in compensation for the approximately 7.7 hours of professional services rendered in connection with the preparation, filing and service of this application. The Trustee, through his counsel, has reviewed and approved this final application ("Application"). In further support of this Application, HMB states as follows:

**JURISDICTION**

1. On July 27, 2009, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. On that same day, the Office of the United States Trustee appointed David P. Leibowitz as interim chapter 7 trustee for the Debtor's estate ("Estate"). The Trustee

has since become the permanent Trustee.

2.  This Court has jurisdiction over the Case pursuant to 11 U.S.C. §§ 157(b)(2)(A), (O) and 28 U.S.C. § 1334. This is a core proceeding pursuant to 11 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### RETENTION OF HMB

3.  On June 28, 2012, this Court entered the Order Authorizing Chapter 7 Trustee to Employ Jordan M. Goodman, Marilyn A. Wethekam and Horwood Marcus & Berk Chartered as Special Counsel to the Trustee, effective June 5, 2012 ("Retention Order"). Per the terms of the Retention Order, HMB was engaged to address certain State and Local Tax ("SALT") issues and the Court authorized HMB to provide professional services relating thereto, including research, advice and assistance in resolving SALT issues.

### SERVICES RENDERED BY HMB

4.  Throughout the Application Period, HMB billed 56.8 hours of legal and paraprofessional services to the Debtor having a value of $ 24,096.50, for an average hourly rate of approximately $424. Additional services were rendered by HMB during the Application Period at no charge to the Trustee.[1] The professional services that HMB provided to the Trustee were consistent in scope to those authorized in the Retention Order. All of the services for which compensation is requested were services which, in the exercise of HMB's reasonable billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services. Nevertheless, HMB agreed to credits totaling $10,366.15 during the Application Period. These credits reduce the requested compensation for the professional services rendered during the Application Period to $13,730.35.

5.  During the application period, all of the professional services rendered to the

---

[1] Exhibit A reflects the services rendered for which there was no time entered or amount billed. No time that was not billed was used to calculate the average hourly rate ($424) set forth above.

2

Trustee by HMB related to a Sales Tax Audit by the State of Illinois, described in greater detail below. Nevertheless, in compliance with Local Bankruptcy Rule 5082-1, HMB has classified its services into two separate categories of services as follows:

| Description | Total Hours | Total Billed Fees |
|---|---|---|
| Illinois Sales Tax Audit | 56.8 | $24,096.50 |
| Final Fee Application | 7.7 | $3,003.00 |
| **Sub Total** (before credit) | **64.5** | **$27,099.50** |
| **Total** (less $10,366.15 credit) | **64.5** | **16,733.35** |

6. A detailed Appendix ("Appendix") reflecting each time category is attached as Exhibit A to this Application. The following is a separate description of each of the HMB categories, which generally describe the tasks performed. The Appendix provides detailed descriptions of all services rendered in each of the above categories and the timekeeper, date and amount of time expended in each category. Summary charts for each category setting forth each professional who rendered services, the total time and value of services, and the total dollar value are provided herein.

## ILLINOIS SALES TAX AUDIT

7. HMB billed 56.8 hours for professional services having a value of $24,096.50 in connection with the Illinois Sales Tax Audit (additional incurred time was not charged) for which it seeks payment in the amount of $13,370.35. In connection therewith, and among other things, HMB professionals were tasked with reviewing Notices of Tax Liability received by IFC and related entities as a result of an audit for Illinois Retailer's Occupation and Use Tax. HMB professionals also coordinate with Trustee and Illinois Department of Revenue to review work papers which purported to establish the tax liability. After extensive analysis of the work papers, HMB professionals conferred with Trustee to gather documents to refute Illinois

3

Department of Revenue's Notices of Tax Liability, and confer regarding methods of recourse available.

8.  The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Jordan M. Goodman | 13.5 | $7507.50 |
| Jennifer A. Zimmerman | 43.3 | $16,589.00 |
|  | **56.8** | $24,096.50 |

## FEE APPLICATIONS

9.  HMB billed 7.7 hours of professional services having a value of $3,003.00 in connection with reviewing and revising detailed statements of fees and expenses and preparing, filing, and serving HMB's final fee application (additional incurred time was not charged or written-off).

10. The chart below is a summary of the total amount of time entered by each timekeeper in connection therewith, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| George J. Spathis | 7.7 | $3,003.00 |

## SUMMARY OF SERVICES RENDERED BY PROFESSIONAL

11. In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
| Jordan M. Goodman | Partner | $550.00 | 13.5 | $7,507.50 |
| Jennifer A. Zimmerman | Partner | $380.00 | 43.3 | $16,589.00 |
| George J. Spathis | Partner | $385.00 | 7.7 | $3,0030.00 |

4

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

12. The hourly rates charged by HMB compare very favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the HMB professionals providing services to the Trustee in connection with the Case. Further, the amount of time spent by HMB with respect to the Case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel and the ultimate benefit to the Estate.

13. HMB has conscientiously attempted to avoid having multiple convene or confer on behalf of the Trustee. In certain circumstances, where HMB attorneys conferred to strategize on issues that had particular import on the engagement, only one of the attorneys billed his/her time. Further, HMB conscientiously avoid, whenever possible, having more than one attorney participate in any meeting or teleconference. To the greatest extent possible, meetings, negotiations and other matters were handled on an individual basis. HMB has not appeared at any hearing before this Court.

14. Many of the issues presented by the Sales Tax Audit of the Debtor are legally and factually complex and the amounts at stake significant. Given the criteria set forth in § 330, namely: (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters; and in particular, (f) in light of the $10,366.15 credit to which it has agreed, HMB respectfully submits

5

that the requested interim compensation represents a fair and reasonable amount that should be allowed in full.

### EXPENSES

15. HMB does not bill its clients for ordinary expenses incident to the professional services that it provides such as photocopying, long distance charges or postage. HMB incurred no extraordinary charges during the Application Period.

### PAYMENTS RECEIVED BY HMB TO DATE

16. To date, HMB has received payments of $36,953.50 (see approved First Interim Application, Dkt No. 1337) and $39,917.80 (see approved Second Interim Application, Dkt No. 1443) in compensation for services performed prior to the Application Period.

### COMPLIANCE WITH 11 U.S.C. § 504

17. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between HMB and any other firm, person or entity for the sharing or division of any compensation paid or payable to HMB.

### NOTICE

18. Notice in excess of twenty-one days was provided via CM/ECF or electronic mail to the Trustee, the Office of the United States Trustee and all parties requesting notice in this case. In light of the nature of the relief requested, the number of active parties in this case, the time and expense involved in sending notice to all of the Debtor's creditors, and the efficiency involved in hearing this Application at the February omnibus hearing, HMB requests that this Court find the notice provided for herein sufficient and waive and dispense with any further notice requirements, pursuant to Rules 2002(a), 2002(i), and 9007 of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE,** HMB requests the entry of an order, substantially in the form attached hereto, that:

(a)   Allows HMB $16,733.35 in final compensation;

(b)   Authorizes the Trustee to pay HMB the entire amount of such allowed fees;

(c)   Waives other and further notice of the hearing with respect to this Application; and

(d)   Provides HMB with such additional relief as may be appropriate and just under the circumstances.

Dated: February 4, 2015					Respectfully submitted,

							HORWOOD MARCUS & BERK,
							CHARTERED

							By: */s/ George J. Spathis*

George J. Spathis (# 6204509)
**HORWOOD MARCUS & BERK CHARTERED**
500 West Madison Street, Suite 3700
Chicago, Illinois  60661
(312) 606-3200
gspathis@hmblaw.com

# EXHIBIT A

HORWOOD MARCUS & BERK Chartered
500 W. Madison Street, Suite 3700
Chicago, Illinois 60661

IFC Credit Corporation
c/o David Liebowitz, Trustee
420 W. Clayton Street
Waukegan, IL 60085

ACCOUNT NO: 14126-000M

**ILLINOIS SALES TAX AUDIT**

| Date | Biller | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 7/5/2013 | JMG | Review latest Illinois Department of Revenue ruling on the difference between conditional sales and leases. | 0.6 | 330.00 |
| 7/8/2013 | JJZ | Correspond with J. Newbold re: request for meeting and power of attorney (.2); Teleconference with auditor re: said request (.3). | 0.5 | 190.00 |
| 7/8/2013 | JMG | Conference with JJZ re: status of meeting with J. Newbold. | 0.3 | 165.00 |
| 7/9/2013 | JJZ | Correspond with auditor re; potential meeting dates. | 0.3 | 114.00 |
| 7/12/2013 | JJZ | Conference with JMG re: meeting with auditor; Correspond with auditor. | 0.3 | 114.00 |
| 7/18/2013 | JJZ | Correspond with R. Elli re: meeting date. | 0.3 | 114.00 |
| 7/24/2013 | JJZ | Conference with JMG re status | 0.3 | 114.00 |
| 7/29/2013 | JJZ | Prepare for meeting with auditor including review and assembly of documents. | 3.3 | 1,254.00 |
| 7/30/2013 | JJZ | Continue to prepare documents for meeting. | 2.8 | 1,064.00 |
| 7/31/2013 | JJZ | Finish reviewing documents and preparing documents and table of contents for hearing. | 1.3 | 494.00 |
| 8/1/2013 | JJZ | Finish reviewing documents to provide to auditor (2.1); Finish preparing table of contents (.7); Correspond with R. Eli re: request for additional information (.2). | 3 | 1,140.00 |
| 8/5/2013 | JJZ | Correspond with R. Eli re: additional documents (.1); Review additional documents (.4) | 0.5 | 190.00 |
| 8/6/2013 | JJZ | Finish review of additional documents (1.3); Update binders and table of contents for meeting (.5); Correspond with auditor re: confirmation (.2) | 2 | 760.00 |
| 8/7/2013 | JJZ | Finish preparing for meeting (1.8); Attend meeting with JMG, auditor and J. Newbold (1). | 2.8 | 1,064.00 |
| 8/7/2013 | JMG | Prepare for and participate in conference with J. Newbold and auditor on entire period. | 1 | 550.00 |
| 8/12/2013 | JJZ | Prepare projections for audit adjustments. | 1 | 380.00 |
| 8/12/2013 | JMG | Review and revise estimates for potential resolutions based upon information provided to the Department of Revenue. | 0.5 | 275.00 |
| 8/28/2013 | JJZ | Correspond with auditor re: status of review (.1); Correspond with R. Eli re: update (.2); Correspond with J. Newbold re: request to speed up review (.2). | 0.5 | 190.00 |
| 8/28/2013 | JMG | Telephone conference with auditor re: status of audit of information provided at conference. | 0.5 | 275.00 |
| 9/4/2013 | JJZ | Review other state's position on assignment of conditional sale/lease (.2); Prepare correspondence to J. Newbold re: request to move up audit review and other state's position (.3). | 0.5 | 190.00 |
| 9/4/2013 | JMG | Review ruling from Maine with respect to selling off pieces of a lease stream and its effect for taxability (.8); communication forwarding ruling with explanation to J. Newbold re: same (.7). | 1.5 | 825.00 |
| 9/12/2013 | JJZ | Correspond with J. Newbold re: response to move up audit (.1); Prepare draft e-mail to R. Eli (.2) | 0.3 | 114.00 |
| 9/13/2013 | JJZ | Conference with JMG re: revision of draft e-mail (.2); Revise e-mail to R. Eli re: update (.1) | 0.3 | 114.00 |
| 10/25/2013 | JJZ | Teleconference with M. Moody re: status of business case (.4); Correspond with A. Eguado re: status of audit (.1). | 0.50 | 190.00 |
| 11/6/2013 | JJZ | Teleconference with M. Moody re: update on company case. | 0.2 | 76.00 |

| Date | Biller | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 11/18/2013 | JMG | Review information from auditor and forward to D. Liebowitz. | 1 | 550.00 |
| 11/19/2013 | JJZ | Review auditor's adjustments (.7); Start to prepare tax calculations (.8) | 1.5 | 570.00 |
| 11/19/2013 | JMG | Continue reviewing information received from Illinois Department of Revenue. | 0.6 | 330.00 |
| 11/19/2013 | JMG | Telephone conference with D. Liebowitz re: urgency to resolve matter. | 0.2 | 110.00 |
| 11/20/2013 | JJZ | Finish review of auditor's comments (.7); Prepare spreadsheet of numbers and revised dollars (1.0); Draft summary of outstanding issues for coference with JMG (.8) | 2.5 | 950.00 |
| 11/20/2013 | JMG | Review auditor's responses with JJZ (.7); Telephone conference with D. Liebowitz re: same (.3). | 1 | 550.00 |
| 11/21/2013 | JJZ | Conference with JMG re: preparation for call and outstanding numbers (3); Teleconference with trustee re: numbers (.2); Teleconference with auditor re: follow-up questions (.2). | 0.7 | 266.00 |
| 11/25/2013 | JJZ | Teleconference with auditor re: review of questionable transactions (.5); Prepare draft correspondence to trustee (.3). | 0.8 | 304.00 |
| 11/25/2013 | JMG | Telephone conference with auditor from Department of Revenue (.5) Revise correspondence to D. Leibowitz re: same to keep up to status (.3). | 0.8 | 440.00 |
| 12/4/2013 | JJZ | Correspond multiple times with auditor re: conference on review of outstanding issues (.5); Conference with JMG re: review deadline; Teleconference with J. Brand and JMG re: preparation of objection to assessment (.3). | 0.8 | 304.00 |
| 12/4/2013 | JMG | Telephone conference with auditor with respect to open issues; Telephone conference with D. Lieberman re: same; Telephone conference with J. Brand re: filing objection in court; Conference with JJZ re: same. | NC | 0.00 |
| 12/5/2013 | JJZ | Correspond with J. Brand re: documents to prepare objection. | 0.3 | 114.00 |
| 12/10/2013 | JMG | Conference with JJZ; Communicate with J. Brand with respect to time line for contacting the Department of revenue on sales tax issues. | NC | 0.00 |
| 12/20/2013 | JJZ | Prepare timeline of events for Trustee (.2.3); Correspond with J. Brand re: said timeline (.2). | 2.5 | 950.00 |
| 12/20/2013 | JMG | Communicate with Illinois Department of Revenue auditor re: status of response on open items. | NC | 0.00 |
| 1/3/2014 | JJZ | Teleconference with M. O'Rourke re: status of IFC case. | 0.3 | 117.00 |
| 1/6/2014 | JJZ | Teleconference with J. Brand re: review of auditor's notes. | 0.8 | 312.00 |
| 1/8/2014 | JJZ | Correspond with E. Aguada re: status on Department review (.2); Correspond with J. Brand re: said status (.1) | 0.3 | 117.00 |
| 1/8/2014 | JMG | Communicate with auditor re: status of resolution of open issues. | NC | 0.00 |
| 1/21/2014 | JJZ | Follow-up correspondence to E. Aguada re: status of review. | 0.1 | 39.00 |
| 1/27/2014 | JJZ | Follow-up correspond with E. Aguada re: status update. | 0.1 | 39.00 |
| 1/28/2014 | JJZ | Correspond with E. Aguada re: update on review and additional materials requested (.2); Review materials and prepare correspondence to E. Aguada enclosing said materials (.2); Review numbers and project tax adjustments (.3); Conference with JMG re: tax adjustments (.2); Prepare draft e-mail to D. Lebowitz (.3). | 1.2 | 468.00 |
| 1/28/2014 | JMG | Review information received from auditor with respect to concessions made by Illinois Department of Revenue and forward them to trustee. | NC | 0.00 |
| 1/29/2014 | JMG | Prepare and forward informational correspondence to trustee with respect to information received from auditor and next steps in resolving open issues. | NC | 0.00 |
| 3/11/2014 | JJZ | Teleconference with M. O'Rourke re: status of case (.2); Teleconference with J. Brand, R. Eli and JMG re: status of case and subpeona (.3); Review order and start to prepare Schedule A (.3) | 0.80 | 312.00 |

| Date | Biller | Description of Services | Hours | Fee |
|---|---|---|---|---|
| 3/11/2014 | JMG | Prepare for and participate in telephone conference with J. Brand to discuss subpoena records to obtain exemption certificates and next steps in subpoena. | 0.50 | 282.50 |
| 3/12/2014 | JMG | Telephone conference with J. Brand and R. Elli with respect to getting a subpoena for Chicago Stone Company related to Illinois sales tax audit. | 0.30 | 169.50 |
| 3/12/2014 | JJZ | Finish preparing Schedule A (1.3); Prepare draft letter to Elmhurst-Chicago Stone (.7) | 2.00 | 780.00 |
| 3/14/2014 | JJZ | Revise letter to Elmhurst and Schedule A to subpoena (.6); Prepare draft affidavit (.9). | 1.50 | 585.00 |
| 3/17/2014 | JJZ | Prepare and revise subpoena (.3); Teleconference with J. Brand re: subpoena (4); Revise and prepare exhibits for subpoena (.7) | 1.40 | 546.00 |
| 3/17/2014 | JMG | Review subpoena for an affidavit for Elmhurst. | 0.50 | 282.50 |
| 3/25/2014 | JJZ | Correspond with JMG re: IBT number. | 0.10 | 39.00 |
| 3/25/2014 | JMG | Communicate with Elmhurst Stone re: exemption certificates and IFC IBIT number. | 0.50 | 282.50 |
| 4/7/2014 | JJZ | Correspond with JMG re: Elmhurst exemption certificates | 0.10 | 39.00 |
| 4/7/2014 | JMG | Review information received from Elmhurst Stone with respect to exemption certificates leased from IFC (1.3); Communication forward information to D. Leibowitz re: same (.2) | 1.50 | 847.50 |
| 4/8/2014 | JJZ | Review exemption certificates (.7); Conference with JMG re: said certificates; Start to prepare draft letter to auditor and chart of transactions and status of review (.9) | 1.60 | 624.00 |
| 4/8/2014 | JMG | Conference with JJZ with respect to utilization of exemption certificates from Elmhurst Stone. | 0.5 | 282.50 |
| 4/9/2014 | JJZ | Finish preparing, reviewing and revising letter to auditor (.7); Review and prepare exhibits (.4) | 1.1 | 429.00 |
| 4/11/2014 | JJZ | Conference with JMG re: follow-up on letter to auditor. | 0.10 | 39.00 |
| 4/14/2014 | JJZ | Follow-up e-mail with E. Aguada re: receipt of letter. | 0.10 | 39.00 |
| 4/21/2014 | JJZ | Correspond with JMG re: status of Department review. | 0.10 | 39.00 |
| 4/21/2014 | JMG | Communicate with auditor and JJZ to determine status of review of exemption certificates. | 0.20 | 113.00 |
| 4/22/2014 | JJZ | Correspond with Elma Aguada re: receipt and review of exemption certificates and timing (.2); Correspond with JMG re: update (.1). | 0.30 | 117.00 |
| 4/22/2014 | JMG | Communicate with auditor and JJZ to determine status of exemption review (.1); Forward information to D. Leibowitz re: same (.1) | 0.20 | 113.00 |
| 5/1/2014 | JJZ | Correspond with E. Aquada re: status of review and timeline for response. | 0.20 | 78.00 |
| 5/5/2014 | JJZ | Review correspondence from E. Aguada re: new numbers (.1); Calculate tax difference (.1); Conference with JMG re: numbers (.2) | 0.40 | 156.00 |
| 5/5/2014 | JMG | Review notice from auditor re: reduction in amounts owed to Department of Revenue | 0.80 | 452.00 |
| 5/6/2014 | JJZ | Conference with JMG re: next steps. | 0.10 | 39.00 |
| 5/9/2014 | JJZ | Correspond with E. Aguada re: revised proof of claim. | 0.20 | 78.00 |
| 5/9/2014 | JMG | Communicate with JJZ re: Department's change of proof of claim based on recent audit workpapers. | 0.50 | 282.50 |
| 5/12/2014 | JJZ | Teleconference with E. Aguada re: form needed for revised proof of claim (.1); Teleconference with J. Brand re: proper form (.1); Conference with JMG re: update (.1) | 0.30 | 117.00 |
| 5/13/2014 | JJZ | Teleconference with J. Newbold re: filing numbers and revised proof of claim | 0.20 | 78.00 |
| 5/28/2014 | JJZ | Correspond with J. Newbold re: revised numbers. | 0.10 | 39.00 |
| | | **TOTAL** | **56.8** | **24,096.50** |

| Date | Biller | Description of Services | Hours | Fee |
|---|---|---|---|---|
| **CREDITS** | | | | |
| 7/31/2013 | HMB | Credit per JMF agreement with Trustee | | -5,000.00 |
| 11/12/2013 | HMB | Credit - Misc. based upon review of services rendered to date and agreement with client | | -5,366.15 |
| | | **TOTAL** | | **-10,366.15** |
| **PREPARATION/PRESENTATION OF FINAL FEE PETITION** | | | | |
| 1/5/2015 | GJS | Prepare schedules for Final Fee Application. | 2.4 | 924.00 |
| 1/6/2015 | GJS | Draft Final Fee Petition (2); Review docket for omnibus hearing dates (.1) | 2.1 | 808.50 |
| 1/9/2015 | GJS | Revise Second Interim Fee Petition and draft inserts relating to notice and credits | 1.1 | 462.00 |
| 1/16/2015 | GJS | Draft coversheet and proposed order for final fee application | 0.6 | 231.00 |
| 1/19/2015 | GJS | Draft Notice of Motion (.2); communication with J. Brand re final petition (.2)  Prepare for filing (.3). | 0.7 | 269.50 |
| | GJS | Court appearance to present final fee application | 0.8 | 308.00 |
| | | **TOTAL** | **7.7** | **3,003.00** |