UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re  IFC CREDIT CORPORATION,           )
                                          )
                                          )  Bankruptcy No. __09-27094__
                                          )
              Debtor.                     )  Chapter  _____7_____

COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Horwood Marcus & Berk Chartered_____

Authorized to Provide Professional Services to: _____David P. Leibowitz, Trustee_____

Date of Order Authorizing Employment: _____Order Entered on June 28, 2012; Effective June 5, 2012_____

Period for Which Compensation is Sought:
From _____July 1_____, 2013  through  _____December_____, 2014

Amount of Fees Sought:   $ 16,733.35

Amount of Expense Reimbursement Sought:   $ 00.00

This is an:   Interim Application _____          Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| Feb. 5, 2013 | June 5, 2012 - January 31, 2013 | $36,953.50 | $36,953.50 | NA |
| July 10, 2013 | February 1, 2013 - June 30, 2013 | $39,917.80 | $39,917.80 | 36,953.50 |

Dated: _____February 4, 2015_____ (January struck out)        /s/ George J. Spathis
                                                                    (Counsel)

(Rev 11/19/10)