UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-27094 |
| IFC CREDIT CORPORATION, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

**Order Approving Final Application of Horwood Marcus & Berk Chartered
For Allowance of Compensation**

This matter coming on to be heard on the Final Application of Horwood Marcus & Berk Chartered ("HMB") for Compensation for the period from July 1, 2013 through and including December 31, 2014 (the "Application Period") as special counsel to David Leibowitz, not personally, but as chapter 7 trustee ("Trustee") for the estate of IFC Credit Corporation, pursuant to sections 330 and 331 of title 11, United States Code (the "Bankruptcy Code"), Rules 2002, 2016 and 9007 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Procedures"), Local Rule 5082-1 of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), due notice of the Application having been given to all parties entitled thereto, the Court having reviewed the Application, IT IS HEREBY ORDERED that:

1. HMB is allowed final compensation in the amount of $16,733.35 for legal services rendered during the Application Period and in connection with the preparation and filing of its Final Application;

2. The Trustee is authorized to pay $16,733.35 to HMB as its final compensation,; and

3. The notice provided by HMB in connection with the final application is deemed sufficient, and any further notice requirements are excused.

Enter:

Dated:                                                                                   United States Bankruptcy Judge

**Prepared by:**

George J. Spathis (# 6204509)
HORWOOD MARCUS & BERK CHARTERED
500 West Madison Street, Suite 3700
Chicago, Illinois  60661
(312) 606-3200
gspathis@hmblaw.com

Rev: 20130103_bko