UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IFC CREDIT CORPORATION, | Case No. 09-B-27094 |
| Debtor. | Hon. Jacqueline P. Cox |

## AMENDED NOTICE OF MOTION

TO:     (See Attached Service List)

**PLEASE TAKE NOTICE** that on **April 23, 2015 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline B. Cox** U.S. Bankruptcy Court Judge, in Room 619, the courtroom usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing motions, and shall then and there present the **Final Application of Horwood Marcus & Berk Chartered, as Special Counsel for Trustee, for Allowance of Compensation**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

                                                       HORWOOD MARCUS & BERK,
                                                       CHARTERED

                                                       By: /s/ George J. Spathis

George J. Spathis (# 6204509)
**HORWOOD MARCUS & BERK CHARTERED**
500 West Madison Street, Suite 3700
Chicago, Illinois  60661
(312) 606-3200
gspathis@hmblaw.com

## CERTIFICATE OF SERVICE

George J. Spathis certifies that he caused to be served the above and foregoing notice and attached pleadings upon the attached service list via CM/ECF and/or electronic mail on this 31st day of March, 2015.

*/s/ George J. Spathis*

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of **parties** who are will be served via CM/ECF, the Court's electronic notification system, or that are currently on the list to receive email notice/service for this case.

- Janice A Alwin janice@oakpointpartners.com, jake@oakpointpartners.com
- Deborah S Ashen dsa@ashenlaw.com
- Thomas V Askounis taskounis@askounisdarcy.com, jburt@askounisdarcy.com;jham@askounisdarcy.com
- Terence G Banich tbanich@shawgussis.com, kdevries@shawgussis.com
- Courtney E Barr cbarr@lockelord.com, chicagodocket@lockelord.com;;pwilliams@lockelord.com
- Paige E Barr paige.barr@kattenlaw.com
- William J. Barrett william.barrett@bfkn.com
- Jason J Ben jben@kayescholer.com
- Richard M Bendix rbendix@dykema.com, nrakunas@dykema.com
- Carly Berard cberard@rockfuscollc.com
- Mark A Berkoff mberkoff@ngelaw.com, cdennis@ngelaw.com
- Corey S Berman cwcsb1@sbcglobal.net
- Ira Bodenstein ibodenstein@shawgussis.com, sdelamora@shawgussis.com
- Jonathan T Brand jbrand@lakelaw.com
- Francis X Buckley fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- Christine L Childers cchilders@jenner.com, docketing@jenner.com;aallen@jenner.com;mmatlock@jenner.com
- Robert Clark rclark@douglas.co.us
- John Collen jcollen@tresslerllp.com, tresslerdocket@tresslerllp.com
- Daniel Collins dcollins@dresslerpeters.com
- Michael R Collins michael.collins@collinsandcollins.com
- Mark D Conzelmann mconzelmann@tresslerllp.com, chicagodocket@tresslerllp.com
- Monette W Cope ecfnil@weltman.com
- Alex Darcy adarcy@askounisdarcy.com, jham@askounisdarcy.com
- Carrie E Davenport cdavenport@shawgussis.com, jhampton@shawgussis.com
- Maria A Diakoumakis mdiakoumakis@dykema.com, DocketCH@dykema.com
- Sara H Doran sara.doran@troutmansanders.com
- William J Dorsey william.dorsey@kattenlaw.com, janice.mueller@kattenlaw.com;ecfdocket@kattenlaw.com
- Barbara J Dutton duttonlaw@aol.com, ecfdesk@duttonlaw.com
- John Eggum jeggum@lakelaw.com

- Nancy G Everett neverett@winston.com, ECF_Bank@winston.com;joseph_agnello@ilnb.uscourts.gov
- William J Factor wfactor@wfactorlaw.com, wfactorlaw@gmail.com;nb@wfactorlaw.com
- Marc Ira Fenton mfenton@statmanharris.com
- Jeffrey W Finke jwfinke@mindspring.com
- Andrea L Frost afrost@kayescholer.com
- Jeffrey D Ganz jganz@riemerlaw.com, saguado@riemerlaw.com
- Matthew T. Gensburg gensburgm@gtlaw.com, chiedocket@gtlaw.com;ChiBkyDocket@gtlaw.com;greenbergc@gtlaw.com
- Douglas C. Giese dcg@h2law.com, dcgiese@hotmail.com
- Adam B Goodman adam@thegoodmanlawoffices.com
- Gordon E. Gouveia ggouveia@shawgussis.com, mwestbrook@shawgussis.com
- Daniel T. Graham dgraham@clarkhill.com, ppeggs@clarkhill.com
- Allen J Guon , sdelamora@shawgussis.com
- Allen J Guon aguon@shawgussis.com, sdelamora@shawgussis.com
- John W Guzzardo jguzzardo@shawgussis.com
- Juyon A Ham jham@askounisdarcy.com
- John M Holowach JHolowach@JNLegal.net, jholowach@rjlegalgroup.com
- Stephanie K. Hor-Chen shor@vedderprice.com, ecfdocket@vedderprice.com
- John N Hourihane jhourihane@mhlitigation.com, jbyczek@mhlitigation.com
- Maysoun B Iqal miqal@costonlaw.com
- Cindy M. Johnson cjohnson@jnlegal.net, clega@jnlegal.net
- Lisa D. Johnson ljohnson740@gmail.com
- Georgia L. Joyce gjoyce@cmn-law.com, cbrown@cmn-law.com
- Cameron W Kinvig ckinvig@hunton.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- David P Leibowitz dleibowitz@lakelaw.com, czuniga@lakelaw.com;jhennard@lakelaw.com;ECF@lakelaw.com
- David P Leibowitz dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
- Mark E Leipold mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com
- Mitchell Lieberman mlieberman@noonanandlieberman.com, igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com;ccocanig@noonanandlieberman.com
- Thomas J Magill tom.magill@quarles.com, laura.belmonte@quarles.com
- Inez M Markovich imarkovich@dpattorneys.com, climbach@dpattorneys.com;afederer@dpattorneys.com
- Gini S. Marziani gsmarziani@davismcgrath.com, mjoseph@davismcgrath.com,lmiller@davismcgrath.com
- Kelly J McClintic kmcclintic@keatingshure.com, smcclintic@keatingshure.com
- Jenny R McGovern jmcgovern@mcdonaldhopkins.com, dricks@mcdonaldhopkins.com;lburrell@mcdonaldhopkins.com
- Kristin T Mihelic kmihelic@formanlaw.com
- Joy L Monahan jmonahan@edwardswildman.com, ksoto@edwardswildman.com

- Michael C. Moody mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Kevin H Morse khmorse@arnstein.com
- Lauren N. Nachinson Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com;sara.sullivan@quarles.com
- Elizabeth A Neary ean@ghnlawyers.com
- Stephen C Needham sneedham@noonanandlieberman.com, igarza@noonanandlieberman.com;ccocanig@noonanandlieberman.com
- Karen Newbury knewbury@schiffhardin.com, edocket@schiffhardin.com;rkaferly@schiffhardin.com
- Prince Njoku pnjoku@dykema.com
- David J Novotny dnovotny@cmn-law.com, mmurray@cmn-law.com
- Michael J O'Rourke morourke@okmlaw.com
- Ethan Ostrow ostrowe@gtlaw.com
- Ann E Pille ann.pille@dlapiper.com, apille@reedsmith.com
- Terri A Roberts pcaocvbk@pcao.pima.gov
- John L Ropiequet jlropiequet@arnstein.com
- Jeffrey B Rose jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- George Rosenberg grosenberg@co.arapahoe.co.us
- Kevin G Schneider kschneider@ngelaw.com
- Marylynne Schwartz mschwartz@shawgussis.com
- John P Sieger john.sieger@kattenlaw.com
- Ernest D Simon esimon@erniesimon.com
- James L Simon jsimon@lakelaw.com
- Jerry L Switzer jswitzer@polsinelli.com
- Pia N Thompson pthompson@gouldratner.com, bburns@gouldratner.com
- L. Judson Todhunter JTodhunter@howardandhoward.com
- Timothy Touhy ttouhy@touhylaw.com, pkilby@touhylaw.com;srobinson@touhylaw.com;asanchez@touhylaw.com
- Jessica Tovrov jessica@tovrovlaw.com
- John J Turner jturner@lovjc.com
- David P. Vallas dvallas@polsinelli.com
- Bruce L Wald bwald@tishlerandwald.com
- Christopher H White christopher.white@troutmansanders.com, audrey.minglin@troutmansanders.com
- Collin B Williams williamsco@gtlaw.com, scavom@gtlaw.com;ChiBkyDocket@gtlaw.com
- Thomas C. Wolford twolford@ngelaw.com
- Charles R Woolley rwoolley@askounisdarcy.com
- David O. Yuen dyuen@tresslerllp.com, jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
- Carrie A Zuniga czuniga@lakelaw.com
- Bruce E de'Medici bdemedici@gmail.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| IFC CREDIT CORPORATION, | Case No. 09-B-27094 |
| Debtor. | Hon. Jacqueline P. Cox |

**FINAL APPLICATION OF HORWOOD MARCUS & BERK CHARTERED, AS
SPECIAL COUNSEL TO TRUSTEE, FOR THE ALLOWANCE OF COMPENSATION**

Horwood Marcus & Berk Chartered ("HMB"), special counsel to David Leibowitz, not personally, but as chapter 7 trustee ("Trustee") for the estate of IFC Credit Corporation ("Debtor"), pursuant to Sections 330 and 331 of title 11, United States Code ("Bankruptcy Code"), FED. R. BANKR. P. 2002(a)(6), 2016(a), and Local Bankruptcy Rule 5082-1, applies to the Court for the allowance of $13,730.35 (which sum reflects credits of $10,366.15) in compensation for 56.8 hours of professional services rendered and billed by HMB as special counsel to the Trustee for the period beginning July 1, 2013 through and including December 31, 2014 ("Application Period"), plus an additional $3,003.00 in compensation for the approximately 7.7 hours of professional services rendered in connection with the preparation, filing and service of this application. The Trustee, through his counsel, has reviewed and approved this final application ("Application"). In further support of this Application, HMB states as follows:

**JURISDICTION**

1.    On July 27, 2009, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. On that same day, the Office of the United States Trustee appointed David P. Leibowitz as interim chapter 7 trustee for the Debtor's estate ("Estate"). The Trustee

2512982/1/14126.000

has since become the permanent Trustee.

2. This Court has jurisdiction over the Case pursuant to 11 U.S.C. §§ 157(b)(2)(A), (O) and 28 U.S.C. § 1334. This is a core proceeding pursuant to 11 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RETENTION OF HMB

3. On June 28, 2012, this Court entered the Order Authorizing Chapter 7 Trustee to Employ Jordan M. Goodman, Marilyn A. Wethekam and Horwood Marcus & Berk Chartered as Special Counsel to the Trustee, effective June 5, 2012 ("Retention Order"). Per the terms of the Retention Order, HMB was engaged to address certain State and Local Tax ("SALT") issues and the Court authorized HMB to provide professional services relating thereto, including research, advice and assistance in resolving SALT issues.

## SERVICES RENDERED BY HMB

4. Throughout the Application Period, HMB billed 56.8 hours of legal and paraprofessional services to the Debtor having a value of $ 24,096.50, for an average hourly rate of approximately $424. Additional services were rendered by HMB during the Application Period at no charge to the Trustee.[1] The professional services that HMB provided to the Trustee were consistent in scope to those authorized in the Retention Order. All of the services for which compensation is requested were services which, in the exercise of HMB's reasonable billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services. Nevertheless, HMB agreed to credits totaling $10,366.15 during the Application Period. These credits reduce the requested compensation for the professional services rendered during the Application Period to $13,730.35.

5. During the application period, all of the professional services rendered to the

---

[1] Exhibit A reflects the services rendered for which there was no time entered or amount billed. No time that was not billed was used to calculate the average hourly rate ($424) set forth above.

2512982/1/14126.000                                2

Trustee by HMB related to a Sales Tax Audit by the State of Illinois, described in greater detail below. Nevertheless, in compliance with Local Bankruptcy Rule 5082-1, HMB has classified its services into two separate categories of services as follows:

| Description | Total Hours | Total Billed Fees |
|---|---|---|
| Illinois Sales Tax Audit | 56.8 | $24,096.50 |
| Final Fee Application | 7.7 | $3,003.00 |
| **Sub Total** (before credit) | **64.5** | **$27,099.50** |
| **Total** (less $10,366.15 credit) | **64.5** | 16,733.35 |

6. A detailed Appendix ("Appendix") reflecting each time category is attached as Exhibit A to this Application. The following is a separate description of each of the HMB categories, which generally describe the tasks performed. The Appendix provides detailed descriptions of all services rendered in each of the above categories and the timekeeper, date and amount of time expended in each category. Summary charts for each category setting forth each professional who rendered services, the total time and value of services, and the total dollar value are provided herein.

## ILLINOIS SALES TAX AUDIT

7. HMB billed 56.8 hours for professional services having a value of $24,096.50 in connection with the Illinois Sales Tax Audit (additional incurred time was not charged) for which it seeks payment in the amount of $13,370.35. In connection therewith, and among other things, HMB professionals were tasked with reviewing Notices of Tax Liability received by IFC and related entities as a result of an audit for Illinois Retailer's Occupation and Use Tax. HMB professionals also coordinate with Trustee and Illinois Department of Revenue to review work papers which purported to establish the tax liability. After extensive analysis of the work papers, HMB professionals conferred with Trustee to gather documents to refute Illinois

Department of Revenue's Notices of Tax Liability, and confer regarding methods of recourse available.

8.      The chart below is a summary of the total amount of time entered by each timekeeper during the Application Period, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| Jordan M. Goodman | 13.5 | $7507.50 |
| Jennifer A. Zimmerman | 43.3 | $16,589.00 |
|  | **56.8** | $24,096.50 |

## FEE APPLICATIONS

9.      HMB billed 7.7 hours of professional services having a value of $3,003.00 in connection with reviewing and revising detailed statements of fees and expenses and preparing, filing, and serving HMB's final fee application (additional incurred time was not charged or written-off).

10.     The chart below is a summary of the total amount of time entered by each timekeeper in connection therewith, as well as the corresponding dollar value of those services.

| Professional | Hours | Amount |
|---|---|---|
| George J. Spathis | 7.7 | $3,003.00 |

## SUMMARY OF SERVICES RENDERED BY PROFESSIONAL

11.     In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
| Jordan M. Goodman | Partner | $550.00 | 13.5 | $7,507.50 |
| Jennifer A. Zimmerman | Partner | $380.00 | 43.3 | $16,589.00 |
| George J. Spathis | Partner | $385.00 | 7.7 | $3,0030.00 |

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
|  |  |  |  |  |

12. The hourly rates charged by HMB compare very favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the HMB professionals providing services to the Trustee in connection with the Case. Further, the amount of time spent by HMB with respect to the Case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel and the ultimate benefit to the Estate.

13. HMB has conscientiously attempted to avoid having multiple convene or confer on behalf of the Trustee. In certain circumstances, where HMB attorneys conferred to strategize on issues that had particular import on the engagement, only one of the attorneys billed his/her time. Further, HMB conscientiously avoid, whenever possible, having more than one attorney participate in any meeting or teleconference. To the greatest extent possible, meetings, negotiations and other matters were handled on an individual basis. HMB has not appeared at any hearing before this Court.

14. Many of the issues presented by the Sales Tax Audit of the Debtor are legally and factually complex and the amounts at stake significant. Given the criteria set forth in § 330, namely: (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters; and in particular, (f) in light of the $10,366.15 credit to which it has agreed, HMB respectfully submits

2512982/1/14126.000                              5

that the requested interim compensation represents a fair and reasonable amount that should be allowed in full.

## EXPENSES

15. HMB does not bill its clients for ordinary expenses incident to the professional services that it provides such as photocopying, long distance charges or postage. HMB incurred no extraordinary charges during the Application Period.

## PAYMENTS RECEIVED BY HMB TO DATE

16. To date, HMB has received payments of $36,953.50 (see approved First Interim Application, Dkt No. 1337) and $39,917.80 (see approved Second Interim Application, Dkt No. 1443) in compensation for services performed prior to the Application Period.

## COMPLIANCE WITH 11 U.S.C. § 504

17. Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between HMB and any other firm, person or entity for the sharing or division of any compensation paid or payable to HMB.

## NOTICE

18. Notice in excess of twenty-one days was provided via CM/ECF or electronic mail to the Trustee, the Office of the United States Trustee and all parties requesting notice in this case. In light of the nature of the relief requested, the number of active parties in this case, the time and expense involved in sending notice to all of the Debtor's creditors, and the efficiency involved in hearing this Application at the February omnibus hearing, HMB requests that this Court find the notice provided for herein sufficient and waive and dispense with any further notice requirements, pursuant to Rules 2002(a), 2002(i), and 9007 of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE,** HMB requests the entry of an order, substantially in the form attached hereto, that:

(a)   Allows HMB $16,733.35 in final compensation;

(b)   Authorizes the Trustee to pay HMB the entire amount of such allowed fees;

(c)   Waives other and further notice of the hearing with respect to this Application; and

(d)   Provides HMB with such additional relief as may be appropriate and just under the circumstances.

Dated: March 31, 2015                         Respectfully submitted,

                                              HORWOOD MARCUS & BERK,
                                              CHARTERED

                                              By: /s/ George J. Spathis

George J. Spathis (# 6204509)
**HORWOOD MARCUS & BERK CHARTERED**
500 West Madison Street, Suite 3700
Chicago, Illinois  60661
(312) 606-3200
gspathis@hmblaw.com