**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                                            )
                                                                 )
                                                                 )        Bankruptcy No. _____
                                                                 )
                              Debtor.        )        Chapter                _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:   $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:         Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date<br>Filed | Period<br>Covered | Total Requested<br>(Fees & Expenses) | Total Allowed<br>(Fees & Expenses) | Fees & Expenses<br>Previously Paid |
| --- | --- | --- | --- | --- |

Dated:  _____              _____
                                                                                            (Counsel)