**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **IFC CREDIT CORPORATION,** | ) | **Case No. 09 B 27094** |
| | ) | |
| Debtor. | ) | **Hon. Jacqueline P. Cox** |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

To: **United States Trustee Patrick S. Layng**, Office of the United States Trustee, 219 South Dearborn Street, Suite 873, Chicago, IL 60604*;
**See Enclosed Service List**

**PLEASE TAKE NOTICE** that on **Thursday, May 28, 2015 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox,** Bankruptcy Judge, in Courtroom 680, the room usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **First and Final Application of Ronald Rosenblum & Associates, as Special Real Estate Counsel to David P. Leibowitz, Chapter 7 Trustee for the Debtor's Estate, for Allowance of Compensation,** pursuant to which Ronald Rosenblum & Associates seeks hourly fee compensation in the amount of $12,845.00 and reimbursement of expenses in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE** that any creditor or party in interest may appear at the hearing if he or she sees fit to appear.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application may be continued from time to time, as necessary, without further written notice.

Dated:  May 7, 2015.                **David P. Leibowitz, as Chapter 7 Trustee of IFC Credit Corporation**

By: */s/ Jonathan T. Brand*

Jonathan T. Brand (ARDC # 6294885)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
Tel: (847) 249-9100
Fax: (847) 249-9180
Email: jbrand@lakelaw.com

# CERTIFICATE OF SERVICE

On May 7, 2015, the undersigned, certifies, that on this date, she caused a copy of the **First Interim Application of Ronald Rosenblum & Associates, as Special Real Estate Counsel to David P. Leibowitz, Chapter 7 Trustee for the Debtor's Estate, for Allowance of Compensation**, to be served upon each person shown on the attached Email Service List, via electronic mail. Those marked above with an * were served via Court's ECF System.

        /s/ Jonathan T. Brand

- **Janice A Alwin** — Janice@oakpointpartners.com, jake@oakpointpartners.com
- **Deborah S Ashen** — dsa@ashenlaw.com
- **Thomas V Askounis** — taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- **Terence G Banich** — tbanich@shawfishman.com, kbobb@shawfishman.com
- **Elizabeth Banda Calvo** — ebcalvo@pbfcm.com
- **Paige E Barr** — paige.barr@kattenlaw.com
- **William J Barrett** — william.barrett@bfkn.com
- **Jason J Ben** — jben@kayescholer.com
- **Richard M Bendix** — rbendix@dykema.com
- **Carly Berard** — cberard@rockfuscollc.com
- **Mark A Berkoff** — mberkoff@ngelaw.com, cdennis@ngelaw.com
- **Corey S Berman** — cwcsb1@sbcglobal.net
- **Ira Bodenstein** — ibodenstein@shawfishman.com, cowens@shawfishman.com
- **Jonathan T Brand** — jbrand@lakelaw.com, ECF@lakelaw.com
- **Robert S Bressler** — rbressler@foley.com
- **Francis X Buckley** — fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- **Ben T Caughey** — ben.caughey@icemiller.com
- **Robert M Charles** — rmc@lcojlaw.com
- **Christine L Childers** — docketing@jenner.com
- **Robert Clark** — rclark@douglas.co.us
- **Daniel Collins** — dcollins@dresslerpeters.com
- **Michael R Collins** — Michael.collins@collinsandcollins.com
- **Mark D Conzelmann** — chicagodocket@tresslerllp.com
- **James Coston** — Jcoston@costonlaw.com
- **Alex Darcy** — adarcy@askounisdarcy.com
- **Carrie E Davenport** — cdavenport@shawfishman.com, kbobb@shawfishman.com
- **Maria A Diakoumakis** — mdiakoumakis@dykema.com, DocketCH@dykema.com
- **John P Dillman** — houston_bankruptcy@publicans.com
- **Sara H Doran** — sara.doran@troutmansanders.com
- **William J Dorsey** — william.dorsey@kattenlaw.com, ecfdocket@kattenlaw.com
- **David R Doyle** — ddoyle@shawfishman.com
- **Barbara J Dutton** — duttonlaw@aol.com, ecfdesk@duttonlaw.com
- **Nancy G Everett** — ECF_Bank@winston.com
- **William J Factor** — wfactor@wfactorlaw.com, wfactorlaw@gmail.com, nb@wfactorlaw.com
- **Marc Ira Fenton** — mfenton@statmanharris.com

- **Brett S Field**     brett@strombergstock.com
- **Jeffrey W Finke**     jwfinke@mindspring.com
- **Susan R Fuertes**     bnkatty@aldine.k12.tx.us
- **Jeffrey D Ganz**     jganz@riemerlaw.com, saguado@riemerlaw.com
- **Matthew T. Gensburg**     gensburgm@gtlaw.com, ChiBkyDocket@gtlaw.com; greenbergc@gtlaw.com, sullivanka@gtlaw.com
- **Douglas C Giese**     dgiese@querrey.com, dcgiese@hotmail.com
- **Adam B Goodman**     adam@thegoodmanlawoffices.com
- **Emily S Gottlieb**     emily_gottlieb@gardencitygroup.com, PACERTeam@gardencitygroup.com; ifcteam@gcginc.com
- **Gordon E Gouveia**     ggouveia@shawfishman.com; mwestbrook@shawfishman.com
- **Nicholas A Gowen**     gowen@sw.com; central@sw.com;
- **Daniel T Graham**     dgraham@clarkhill.com
- **Allen J Guon**     aguon@shawfishman.com; cowens@shawfishman.com
- **John W Guzzardo**     jguzzardo@shawfishman.com; mcarter@shawfishman.com
- **John M Holowach**     jholowach@jmhlegalgroup.com, bankruptcy@rjlegalgroup.com
- **Stephanie K Hor-Chen**     ecfdocket@vedderprice.com
- **John N Hourihane**     jhourihane@mhlitigation.com, jbyczek@mhlitigation.com
- **Cindy M Johnson**     cjohnson@jnlegal.net, KLindsey@jnlegal.net
- **Lisa D Johnson**     ljohnson740@gmail.com
- **Georgia L Joyce**     gjoyce@cmn-law.com
- **Robert M Knabe**
- **Patrick S Layng**     USTPRegion11.ES.ECF@usdoj.gov
- **Vincent E Lazar**     vlazar@jenner.com
- **David P Leibowitz**     dleibowitz@lakelaw.com, czuniga@lakelaw.com, jstorer@lakelaw.com, ECF@lakelaw.com
- **David P Leibowitz**     dleibowitz@lakelaw.com, ECF@lakelaw.com
- **Mark E Leipold**     mleipold@gouldratner.com
- **Mitchell Lieberman**     mliebermann@noonanandlieberman.com, ccocanig@noonanandlieberman.com
- **Inez M Markovich**     imarkovich@andersonkill.com
- **Gini S Marziani**     gsmarziani@davismcgrath.com, mjoseph@davidmcgrath.com
- **Kelly J McClintic**     kmcclintic@keatingshure.com, smcclintic@keatingshure.com
- **Jenny R McGovern**     jmcgovern@mcdonaldhopkins.com,
- **Michael C Moody**     mmoody@orourkeandmoody.com, morourke@orourkeandmoody.com
- **Lauren N Nachinson**     Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com, sara.sullivan@quarles.com, mburr@quarles.com
- **Bradley P Nelson**     nelson@sw.com, central@sw.com, callahan@sw.com,
- **Karen Newbury**     knewbury@schiffhardin.com, edocket@schiffhardin.com, rkaferly@schiffhardin.com
- **David J Novotny**     dnovotny@cmn-law.com
- **Stephen D Oppenheim**     SDOPPENH@travelers.com
- **Michael J O'Rourke**     morouke@oroukeandmoody.com, firm@oroukeandmoody.com
- **Gregory E Ostfeld**     ostfeldg@gtlaw.com
- **Ann E Pille**     apille@reedsmith.com
- **Deirdre M Richards**     drichards@lammrubenstone.com
- **Terri A Roberts**     pcaocvbk@pcao.pima.gov
- **John L Ropiequet**     jlropiequet@arnstein.com

- **Jeffrey B Rose** — jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- **George Rosenberg** — grosenberg@co.arapahoe.co.us
- **Diane W Sanders** — Austinbankruptcy@publicans.com
- **Kevin H Schneider** — kschneider@ngelaw.com
- **John P Sieger** — john.sieger@kattenlaw.com
- **Ernest D Simon** — esimon@erniesimon.com
- **James L Simon** — jsimon@lakelaw.com
- **Michael J Small** — msmall@foley.com
- **James B Sowka** — jsowka@seyfarth.com
- **Mark Stromberg** — mark@strombergstock.com
- **Jerry L Switzer** — jswitzer@polsinelli@.com
- **Pia N Thompson** — bburns@gouldratner.com
- **L. Judson Todhunter** — JTodhunter@howardandhoward.com
- **Timothy Touhy** — ttouhy@touhylaw.com, pkilby@touhylaw.com, srobinson@touhylaw.com, asanchez@touhylaw.com
- **Jessica Tovrov** — Jessica@tovrovlaw.com
- **John J Turner** — jturner@lovjc.com
- **David P Vallas** — dvallas@polsinelli.com
- **Bruce L Wald** — bwald@tishlerwald.com
- **Tyler Mertes** — tyler.mertes@troutmansanders.com, audrey.minglin@troutmansanders.com
- **Collin B Williams** — scavom@gtlaw.com, ChiBkyDocket@gtlaw.com
- **Thomas C Wilford** — twolford@ngelaw.com
- **Charles R Woolley** — rwoolley@askounisdarcy.com
- **David O Yuen** — jborcia@tresslerllp.com, tresslerdocket@tresslerllp.com
- **Carrie A Zuniga** — czuniga@lakelaw.com
- **Bruce E de'Medici** — bdemedici@gmail.com
- **Howard Teplinsky** — hteplinsky@beermannlaw.com
- **George J Spathis** — gspathis@hmblaw.com
- **Jeffrey Snell** — Jeffrey.Snell@usdoj.gov
- **Andrew Dylan Wood** — dylan@rwblaw.net
- **Barbara Lee Caldwell** — Bcaldwell@cpwlawyers.com
- **Marc J Zucker** — mzucker@weirpartners.com
- **Susan Verbonitz** — sverbonitz@weirpartners.com
- **Thomas C Wolford** — twolford@ngelaw.com
- **Mark A Berkoff** — mberkoff@ngelaw.com
- **Holly N Hawn** — Hhawn@broward.org
- **Mike Olson** — jcardillo@pascotaxes.com
- **James Novy** — jnovy@rockfuscoconnelly.com
- **William McCormick** — bill.mccormick@ag.tn.gov
- **Daniel T Powers** — tcharrel@chathamcounty.org
- **Eboney Cobb** — ecobb@pbfcm.com
- **David Mazzuchelli** — mazzucheld@dor.state.ma.us
- **Hamlin Wade** — hwade@rbcwb.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **IFC CREDIT CORPORATION,** | ) | **Case No. 09 B 27094** |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

**FIRST INTERIM APPLICATION OF RONALD ROSENBLUM & ASSOCIATES, AS SPECIAL REAL ESTATE COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND SHORTEN NOTICE THEREOF**

David P. Leibowitz ("Trustee"), as the Chapter 7 Trustee for the Estate of IFC Credit Corporation, on behalf of Ronald Rosenblum & Associates, applies to this Court pursuant to 11 U.S.C. §§ 330, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $12,845.00 in compensation for services rendered by Ronald Rosenblum & Associates, as special real estate counsel for the Trustee. In support of this Application, the Trustee on behalf of Ronald Rosenblum & Associates states as follows:

**BACKGROUND**

1.  On July 27, 2009 ("Petition Date"), IFC commenced its Chapter 7 case ("Case"). The Trustee was duly appointed on the Petition Date.

2.  This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**RETENTION OF RONALD ROSENBLUM & ASSOCIATES**

3. On June 26, 2014, this Court approved the retention of Ronal Rosenblum and his firm Ronald Rosenblum & Associates (collectively, "Firm") as special real estate counsel to the Trustee under the terms set forth in the application ("Retention Order") (Dkt. No. 1548).

4. The Firm was retained to represent the Trustee in a series of real estate transactions concerning 10 acres of unimproved property in Harvard, Illinois which was to be transferred into the Debtor's bankruptcy estate in connection with a settlement with Paul Fritz (*see* Docket No. 1540), and liquidated at auction by the Trustee.

5. The Firm offered to provide services related to the transfer into the estate and liquidation or sale of such property post-auction at $350.00 per hour.

**SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITES
OF RONALD ROSENBLUM & ASSOCIATES**

6. In connection with its representation in the subject litigation, the Firm rendered over 36 hours of professional services to the Trustee. All of the services for which compensation is requested were services that, in the Firm's judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

7. As indicated, the Firm was retained to represent the Trustee in a series of real estate transactions concerning the Property. First, the Firm represented the estate in connection with the transfer of the Property from Fritz to the estate. Second, after an extensive advertising/marketing effort and eventual auction for the Property, the Firm represented the estate in the transfer of the Property to the eventual winner of the auction.

8. The closing on the sale of the Property was held on April 6, 2015.

9. In evaluating this Application, this Court should consider the value of the services rendered by the Firm on behalf of the Debtor's Estate. The nature and complexity of the issues

presented, the skill required to perform the legal services properly, the experience and ability of professionals involved, and the amount of awards of compensation in similar cases support an award of the requested compensation in full.

10. The following is a general description of the tasks performed in each of Lakelaw's principal categories of activities:

| PHASE CODE | PHASE NAME | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| **1.02** | ASSET DISPOSITION | 12.10 | $4,235.00 |
| **1.04** | CASE ADMINISTRATION | 24.60 | $8,610.00 |
| **GRAND TOTAL** | | **36.70** | **$12,845.00** |

11. **Asset Disposition:** (Fees: $4,235.00/Hours: 12.10): Services pertaining to the (a) interacting with the auctioneer and Trustee during the auction process, and (b) representing the Debtor's estate in connection with the sale of the Property to Arnand Sheth, the winner of the Trustee's auction.

12. **Case Administration:** (Fees: $8,610.00/Hours: 24.60): Services pertaining to general case administration, including, among other things transferring the Property into the estate after Court-approval of the settlement with Fritz.

### Summary of Services Rendered By Professional

13. In summary, the total compensation sought in this application is for the services solely performed by Ronald Rosenblum from June 12, 2014 through and including April 6, 2015 ("Application Period"). Mr. Rosenblum is a sole practitioner that does not employ multiple lawyers. Here, Mr. Rosenblum, and the Firm, ask the Court to authorize the payment of $12,845.00 for 36.70 hours of services performed for the Debtor's estate.

14. The hourly rates charged by Mr. Rosenblum, and his firm, with respect to IFC's Case compare favorably with the rates charged by Mr. Rosenblum to other clients that are outside the realm of a bankruptcy proceeding and are otherwise favorable when comparted to other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise

as Mr. Rosenblum.  Further, the amount of time spent by the Firm and Mr. Rosenblum with respect to IFC's Case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication/experience of opposing counsel, and the ultimate benefit to the Estate.

15.    The issues presented by the IFC Credit Corporation's case have been factually complex, and the amounts at stake are significant.  Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, the Firm respectfully submits that the requested compensation represents a fair and reasonable amount that should be allowed in full.

## COMPLIANCE WITH 11 U.S.C. § 504

16.    Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between the Firm and any other firm, person or entity for the sharing of division of any compensation paid or payable to the Firm.

## NOTICE

17.    Notice of this Application has been provided to the Trustee, the U.S. Trustee, and other parties in interest entitled to notice thereof.  Based on the extent of notice already provided, the interim nature of the relief requested and the costs and burdens of transmitting notice to all of IFC's creditors, the Trustee on behalf of the Firm respectfully requests that additional notice of the

hearing on this Application be shorten for good cause shown pursuant to Rules 2006(a), 2002(i), and 9007 of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Trustee on behalf of the Ronald Rosenblum and Ronald Rosenblum & Associates, requests the entry of an order, substantially in the form attached hereto:

(a) Allowing Ronald Rosenblum and his firm, Ronald Rosenblum & Associates, final fee compensation in the amount of $12,845.00 for the Application Period;

(b) Providing the Firm with such additional relief as may be appropriate and just under the circumstances.

Dated: May 7, 2015.                              Respectfully Submitted,

**David P. Leibowitz, as Chapter 7 Trustee of IFC Credit Corporation**

By: _/s/ Jonathan T. Brand_

Jonathan T. Brand (ARDC # 6294885)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
Tel: (847) 249-9100
Fax: (847) 249-9180
Email: jbrand@lakelaw.com