UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: )<br>IFC CREDIT CORPORATION )<br> )<br> )<br> )<br> )<br> )<br> )<br>Debtor(s) ) | BK No.: 09-27094<br><br>Chapter: 7<br><br>Honorable Jacqueline Cox |

**ORDER APPROVING FIRST INTERIM AND FINAL APPLICATION FOR PAYMENT OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT FOR EXPENSES RONALD ROSENBLUM AND RONALD ROSENBLUM & ASSOCIATES**

Upon consideration of the first interim and final application ("Final Application") of Ronald Rosenblum and Ronald Rosenblum & Associates as special real estate counsel to David P. Leibowitz, Chapter 7 Trustee, for the Debtor's Estate, requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and locale Bankruptcy Rule 5082-1 for allowance of compensation in the amount of $12,845.00 for the period of June 12, 2014 through and including April 6, 2015; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief or any objections being overrule, it is hereby ORDERED:

1. Allows Ronald Rosenblum and Ronald Rosenblum & Associates, final fee compensation in the amount of $12,845.00 for the Application Period beginning June 12, 2014 through and including April 6, 2015.

2. Waives other and further notice of the hearing with respect to this Application; and provides Ronald Rosenblum and Ronald Rosenblum & Associates with such additional relief as may be appropriate and just under the circumstances.

Enter:

Dated: May 28, 2015

United States Bankruptcy Judge

**Prepared by:**
Jonathan T. Brand (ARDC # 6294885)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
Tel: (847) 249-9100
Fax: (847) 249-9180
Email: jbrand@lakelaw.com

Rev: 20130104_bko