**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| IFC CREDIT CORPORATION, | ) | Case No. 09 B 27094 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| _____ | ) | |

**NOTICE OF MOTION**

**To:**   Attached Service List

    **PLEASE TAKE NOTICE** that on **Tuesday, August 11, 2015 at 9:30 a.m.** as soon as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox,** Bankruptcy Judge, in Courtroom 680, the room usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **Eighth Interim and Final Fee Application of Plante & Moran, PLLC as Accountants to David P. Leibowitz, Chapter 7 Trustee for the Debtor's Estate, for Allowance of Compensation and Reimbursement of Expenses, and Related Relief**, pursuant to which Plante & Moran, PLLC seeks compensation in the amount of $37,800.10 and reimbursement of expenses in the amount of $160.40 for the period beginning November 11, 2014 through and including June 30, 2015.

    **PLEASE TAKE FURTHER NOTICE** that any creditor or party in interest may appear at the hearing if he or she sees fit to appear.

    **PLEASE TAKE FURTHER NOTICE** that the hearing on the Application may be continued from time to time, as necessary, without further written notice.

    **PLEASE TAKE FURTHER NOTICE** that objections are due on July 15, 2015.

| | |
|---|---|
| Dated: July 8, 2015 | **David P. Leibowitz, as Chapter 7 Trustee of IFC Credit Corporation** |
| | |
| | By: */s/ David P. Leibowitz* |
| | |
| | David P. Leibowitz (ARDC # 1612271) |
| | Lakelaw |
| | 420 W. Clayton Street |
| | Waukegan, Illinois 60085-4216 |
| | 847.249.9100 |

**CERTIFICATE OF SERVICE**

On July 1, 2015, the undersigned, certifies, that on this date, she caused a copy of the **Eighth Interim and Final Fee Application of Plante & Moran, PLLC as Accountants to David P. Leibowitz, Chapter 7 Trustee for the Debtor's Estate, for Allowance of Compensation and Reimbursement of Expenses, and the Related Relief,** to be served upon each person shown on the attached Email Service List, via electronic mail.

                                                */s/Aquanda S. Thomas*
                                                Paralegal

- **Janice A Alwin** — Janice@oakpointpartners.com, jake@oakpointpartners.com
- **Deborah S Ashen** — dsa@ashenlaw.com
- **Thomas V Askounis** — taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- **Terence G Banich** — tbanich@shawfishman.com, kbobb@shawfishman.com
- **Elizabeth Banda Calvo** — ebcalvo@pbfcm.com
- **Paige E Barr** — paige.barr@kattenlaw.com
- **William J Barrett** — william.barrett@bfkn.com
- **Jason J Ben** — jben@kayescholer.com
- **Richard M Bendix** — rbendix@dykema.com
- **Carly Berard** — cberard@rockfuscollc.com
- **Mark A Berkoff** — mberkoff@ngelaw.com, cdennis@ngelaw.com
- **Corey S Berman** — cwcsb1@sbcglobal.net
- **Ira Bodenstein** — ibodenstein@shawfishman.com, cowens@shawfishman.com
- **Jonathan T Brand** — jbrand@lakelaw.com, ECF@lakelaw.com
- **Robert S Bressler** — rbressler@foley.com
- **Francis X Buckley** — fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- **Ben T Caughey** — ben.caughey@icemiller.com
- **Robert M Charles** — rmc@lcojlaw.com
- **Christine L Childers** — docketing@jenner.com
- **Robert Clark** — rclark@douglas.co.us
- **Daniel Collins** — dcollins@dresslerpeters.com
- **Michael R Collins** — Michael.collins@collinsandcollins.com
- **Mark D Conzelmann** — chicagodocket@tresslerllp.com
- **James Coston** — Jcoston@costonlaw.com
- **Alex Darcy** — adarcy@askounisdarcy.com
- **Carrie E Davenport** — cdavenport@shawfishman.com, kbobb@shawfishman.com
- **Maria A Diakoumakis** — mdiakoumakis@dykema.com, DocketCH@dykema.com
- **John P Dillman** — houston_bankruptcy@publicans.com
- **Sara H Doran** — sara.doran@troutmansanders.com
- **William J Dorsey** — william.dorsey@kattenlaw.com, ecfdocket@kattenlaw.com
- **David R Doyle** — ddoyle@shawfishman.com
- **Barbara J Dutton** — duttonlaw@aol.com, ecfdesk@duttonlaw.com

- **David Escamilla**
- **Nancy G Everett**         ECF_Bank@winston.com
- **William J Factor**        wfactor@wfactorlaw.com, wfactorlaw@gmail.com
                              nb@wfactorlaw.com
- **Marc Ira Fenton**         mfenton@statmanharris.com
- **Brett S Field**           brett@strombergstock.com
- **Jeffrey W Finke**         jwfinke@mindspring.com
- **Susan R Fuertes**         bnkatty@aldine.k12.tx.us
- **Jeffrey D Ganz**          jganz@riemerlaw.com, saguado@riemerlaw.com
- **Matthew T. Gensburg**     gensburgm@gtlaw.com,
                              ChiBkyDocket@gtlaw.com; greenbergc@gtlaw.com
                              sullivanka@gtlaw.com
- **Douglas C Giese**         dgiese@querrey.com, dcgiese@hotmail.com
- **Adam B Goodman**          adam@thegoodmanlawoffices.com
- **Emily S Gottlieb**        emily_gottlieb@gardencitygroup.com,
                              PACERTeam@gardencitygroup.com;
                              ifcteam@gcginc.com
- **Gordon E Gouveia**        ggouveia@shawfishman.com;
                              mwestbrook@shawfishman.com
- **Nicholas A Gowen**        gowen@sw.com; central@sw.com;
- **Daniel T Graham**         dgraham@clarkhill.com
- **Allen J Guon**            aguon@shawfishman.com; cowens@shawfishman.com
- **John W Guzzardo**         jguzzardo@shawfishman.com; mcarter@shawfishman.com
- **John M Holowach**         jholowach@jmhlegalgroup.com,
                              bankruptcy@rjlegalgroup.com
- **Stephanie K Hor-Chen**    ecfdocket@vedderprice.com
- **John N Hourihane**        jhourihane@mhlitigation.com, jbyczek@mhlitigation.com
- **Cindy M Johnson**         cjohnson@jnlegal.net, KLindsey@jnlegal.net
- **Lisa D Johnson**          ljohnson740@gmail.com
- **Georgia L Joyce**         gjoyce@cmn-law.com
- **Robert M Knabe**
- **Patrick S Layng**         USTPRegion11.ES.ECF@usdoj.gov
- **Vincent E Lazar**         vlazar@jenner.com
- **David P Leibowitz**       dleibowitz@lakelaw.com, czuniga@lakelaw.com,
                              jstoer@lakelaw.com, ECF@lakelaw.com
- **David P Leibowitz**       dleibowitz@lakelaw.com,
                              ECF@lakelaw.com

- **Mark E Leipold**          mleipold@gouldratner.com
- **Mitchell Lieberman**      mliebermann@noonanandlieberman.com,
                              ccocanig@noonanandlieberman.com
- **Inez M Markovich**        imarkovich@andersonkill.com
- **Gini S Marziani**         gsmarziani@davismcgrath.com,
                              mjoseph@davidmcgrath.com
- **Kelly J McClintic**       kmcclintic@keatingshure.com
                              smcclintic@keatingshure.com
- **Jenny R McGovern**        jmcgovern@mcdonaldhopkins.com,

- **Michael C Moody**  mmoody@orourkeandmoody.com
  morourke@orourkeandmoody.com
- **Lauren N Nachinson**  Lauren.Nachinson@quarles.com,
  Faye.Feinstein@quarles.com, sara.sullivan@quarles.com,
  mburr@quarles.com
- **Bradley P Nelson**  nelson@sw.com, central@sw.com, callahan@sw.com,
- **Karen Newbury**  knewbury@schiffhardin.com, edocket@schiffhardin.com,
  rkaferly@schiffhardin.com
- **David J Novotny**  dnovotny@cmn-law.com
- **Stephen D Oppenheim**  SDOPPENH@travelers.com
- **Michael J O'Rourke**  morouke@oroukeandmoody.com,
  firm@oroukeandmoody.com
- **Gregory E Ostfeld**  ostfeldg@gtlaw.com
- **Ann E Pille**  apille@reedsmith.com
- **Deirdre M Richards**  drichards@lammrubenstone.com
- **Terri A Roberts**  pcaocvbk@pcao.pima.gov
- **John L Ropiequet**  jlropiequet@arnstein.com
- **Jeffrey B Rose**  jrose@tishlerandwald.com,
  bmurzanski@tishlerandwald.com
- **George Rosenberg**  grosenberg@co.arapahoe.co.us
- **Diane W Sanders**  Austinbankruptcy@publicans.com
- **Kevin H Schneider**  kschneider@ngelaw.com
- **John P Sieger**  john.sieger@kattenlaw.com
- **Ernest D Simon**  esimon@erniesimon.com
- **James L Simon**  jsimon@lakelaw.com
- **Michael J Small**  msmall@foley.com
- **James B Sowka**  jsowka@seyfarth.com
- **Mark Stromberg**  mark@strombergstock.com
- **Jerry L Switzer**  jswitzer@polsinelli@.com
- **Pia N Thompson**  bburns@gouldratner.com
- **L. Judson Todhunter**  JTodhunter@howardandhoward.com
- **Timothy Touhy**  ttouhy@touhylaw.com, pkilby@touhylaw.com,
  srobinson@touhylaw.com, asanchez@touhylaw.com
- **Jessica Tovrov**  Jessica@tovrovlaw.com
- **John J Turner**  jturner@lovjc.com
- **David P Vallas**  dvallas@polsinelli.com
- **Bruce L Wald**  bwald@tishlerwald.com
- **Tyler Mertes**  tyler.mertes@troutmansanders.com,
  audrey.minglin@troutmansanders.com
- **Collin B Williams**  scavom@gtlaw.com,
  ChiBkyDocket@gtlaw.com
- **Thomas C Wilford**  twolford@ngelaw.com
- **Charles R Woolley**  rwoolley@askounisdarcy.com
- **David O Yuen**  jborcia@tresslerllp.com,
  tresslerdocket@tresslerllp.com
- **Carrie A Zuniga**  czuniga@lakelaw.com

- **Bruce E de'Medici**          bdemedici@gmail.com
- **Howard Teplinsky**           hteplinsky@beermannlaw.com
- **George J Spathis**           gspathis@hmblaw.com
- **Jeffrey Snell**              Jeffrey.Snell@usdoj.gov
- **Andrew Dylan Wood**          dylan@rwblaw.net
- **Barbara Lee Caldwell**       Bcaldwell@cpwlawyers.com
- **Marc J Zucker**              mzucker@weirpartners.com
- **Susan Verbonitz**            sverbonitz@weirpartners.com
- **Thomas C Wolford**           twolford@ngelaw.com
- **Mark A Berkoff**             mberkoff@ngelaw.com
- **Holly N Hawn**               Hhawn@broward.org
- **Mike Olson**                 jcardillo@pascotaxes.com
- **James Novy**                 jnovy@rockfuscoconnelly.com
- **William McCormick**          bill.mccormick@ag.tn.gov
- **Daniel T Powers**            tcharrel@chathamcounty.org
- **Eboney Cobb**                ecobb@pbfcm.com
- **David Mazzuchelli**          mazzucheld@dor.state.ma.us
- **Hamlin Wade**                hwade@rbcwb.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **IFC CREDIT CORPORATION,** | ) | **Case No. 09 B 27094** |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| _____ | ) | |

**EIGHTH INTERIM AND FINAL FEE APPLICATION OF PLANTE & MORAN, PLLC AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND RELATED RELIEF**

David P. Leibowitz ("Trustee"), as the Chapter 7 Trustee for the Estate of IFC Credit Corporation, on behalf of Plante & Moran, PLLC, applies to this Court pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $37,800.10 in compensation for 183 hours of professional services rendered by Plante & Moran, PLLC as accountants for the Trustee for the period beginning November 11, 2014 through and including June 30, 2015 ("Application Period"), and the reimbursement of $160.40 for actual costs incurred incident to those services. In addition, Trustee requests that further notice of the hearing on this application ("Application") be waived. In support of this Application, the Trustee on behalf of Plante & Moran, PLLC states as follows:

**BACKGROUND**

1. On July 27, 2009 ("Petition Date"), IFC commenced its Chapter 7 case ("Case"). The Trustee was duly appointed on the Petition Date.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## RETENTION OF PLANTE & MORAN, PLLC

3. On November 29, 2009, this Court approved the retention of Plante & Moran, PLLC as accountants and tax experts to the Trustee effective December 23, 2009 under the terms set forth in the application ("Retention Order") (Dkt. No. 391).

## SUMMARY AND DESCRIPTION OF PRINCIPAL ACTIVITES BY PLANTE & MORAN, PLLC

4. Throughout the Application Period, Plante & Moran, PLLC rendered 183 hours of professional services to the Trustee having an aggregate value of $37,800.10, for an average hourly rate of approximately $206.56. All of the services for which compensation is requested were services that, in Plante & Moran, PLLC's billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

5. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Plante & Moran, PLLC's services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Plante & Moran, PLLC has classified its services into three (3) separate categories of services. Detailed time entries for each time category are attached as separate appendices to this Application (see Composite Exhibit A). The appendices include: (a) detailed descriptions of all services rendered in each of the three categories; (b) the timekeeper, date, amount of time expended, and the total dollar value in each category; and, (c) summary charts for each category setting forth total time and the total dollar value. The following is a general description of the tasks performed in each of Plante & Moran, PLLC's principal categories of activities:

| Task | Billed Hours | Total Compensation |
|---|---:|---:|
| 1 - Federal income tax filing | 116.7 | $ 22,749.40 |
| 2 - State income tax filing | 58.6 | $ 12,090.20 |
| 3 - Fee application and project administration | 7.7 | $ 2,960.50 |
| **Total** | **183.0** | **$ 37,800.10** |

- **1 – Federal income tax filing** (Fees: $22,749.40 / Hours: 116.7): Services pertaining to: (a) gathering and reviewing Debtor's financial information to prepare 2014 and 2015 short year federal income tax returns for the Debtor; (b) conferencing with the Debtor's interim personnel regarding same; and, (c) reviewing payroll data related to bankruptcy wage claims.

- **2 – State income tax filing** (Fees: $12,090.20 / Hours: 58.6): Services pertaining to: (a) gathering and reviewing Debtor's financial information to prepare 2014 and 2015 short year state income tax returns for all related states; and, (b) conferencing with the Debtor's interim personnel regarding same.

- **3 – Fee application** (Fees: $2,960.50 / Hours: 7.7): Services related to drafting, reviewing and revising Plante Moran's Eighth Interim and Final Fee Application.

## SUMMARY OF SERVICES RENDERED BY PROFESSIONALS

6.  In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate | Billed Hours | Amount |
|---|---|---|---|---|
| Buhl, D. | Staff | $ 108.00 | 3.00 | $ 324.00 |
| Lee, P. | Staff | $ 92.00 | 2.90 | $ 266.80 |
| Martinelli, V. | Staff | $ 108.00 | 8.70 | $ 939.60 |
| McCoy C. | Staff | $ 165.47 | 23.40 | $ 3,872.00 |
| McNally, P. | Partner | $ 515.00 | 1.00 | $ 515.00 |
| Milawski, M. | Staff | $ 115.00 | 0.40 | $ 46.00 |
| Parish, J. | Associate | $ 280.00 | 85.10 | $ 23,828.00 |
| Pollice, J. | Staff | $ 80.00 | 22.50 | $ 1,800.00 |
| Rivera, S. | Staff | $ 82.00 | 1.50 | $ 123.00 |
| Stapleton, N. | Partner | $ 436.00 | 2.50 | $ 1,090.00 |
| Su, S. | Principal | $ 365.00 | 6.90 | $ 2,518.50 |
| Turpin A. | Staff | $ 92.00 | 1.70 | $ 156.40 |
| Vander Ploeg, C. | Staff | $ 116.00 | 12.30 | $ 1,426.80 |
| Webb, P. | Staff | $ 80.00 | 10.60 | $ 848.00 |
| Yepez A. | Staff | $ 92.00 | 0.50 | $ 46.00 |
| **Grand Total** | | | 183.0 | $ 37,800.10 |
| **Blended Rate** | | | | $ 206.56 |

7.  In evaluating this Application, this Court should consider the value of the services rendered by Plante & Moran, PLLC on behalf of the Debtor's Estate. The nature and complexity of the issues presented, the skill required to perform the accounting and tax advisory services properly, the customary fees charged by other professionals in these cases and in similar cases, the experience and ability of professionals involved, and the amount of awards of compensation in similar cases support an award of the requested compensation in full.

8.  The hourly rates charged by Plante & Moran, PLLC with respect to the accounting and tax advisory services compare favorably with the rates charged by other Chicago metropolitan firms having professionals with similar experience and expertise as the Plante & Moran, PLLC

professionals. Further, the amount of time spent by Plante & Moran, PLLC with respect to the Debtor's case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, and the ultimate benefit to the estate.

9.     Plante & Moran, PLLC has conscientiously attempted to avoid having multiple professionals convene on behalf of the Trustee. In certain circumstances, however, it was necessary for more than one Plante & Moran, PLLC professional to confer or appear at the same time. When possible, Plante & Moran, PLLC would have one professional handle multiple matters. Similarly, on certain occasions, Plante & Moran, PLLC had more than one consultant attend a meeting to strategize on issues that had particular import on multiple areas of the Case. To the greatest extent possible, meetings, court appearances, negotiations, and other matters were handled on an individual basis. Typically, Plante & Moran, PLLC does not appear in Court unless in rare instants their appearance is required.

10.    The issues presented by the IFC Credit Corporation's case have been factually complex, and the amounts at stake are significant. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Plante & Moran, PLLC respectfully submits that the requested interim compensation represents a fair and reasonable amount that should be allowed in full.

## **EXPENSES**

11.     The actual and necessary costs expended by Plante & Moran, PLLC during the Application Period are detailed in the attached appendices. Below are the expenses in the Application Period:

| Date | Staff | Description | Total |
|---|---|---|---|
| 5/6/2015 | Parish, J. | Messenger federal tax returns to Lakelaw | $ 97.83 |
| 6/24/2015 | Parish, J. | FedEx state tax returns to Lakelaw | $ 62.57 |
| | | **Total** | **$ 160.40** |

The requested reimbursement amount for expenses incurred is $160.40. All of the expenses for which reimbursement is sought are expenses that Plante & Moran, PLLC customarily recoups from all of its clients.

12.     The specific expense incurred during the Application Period for which reimbursement is requested are as follows:

| Category | Amount |
|---|---|
| Delivery | $ 160.40 |
| **Total** | **$ 160.40** |

13.     <u>Delivery</u>: Where expedited delivery was necessary to ensure timely delivery of sensitive information to outside parties, Plante & Moran, PLLC utilized a reputable common carrier, such as UPS, or local messenger service. All overnight delivery and messenger charges are billed at cost.

14.     All expenses incurred by Plante & Moran, PLLC were ordinary and necessary expenses. All expenses billed to the Trustee were billed in the same manner as Plante & Moran, PLLC bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other districts.

## COMPLIANCE WITH 11 U.S.C. § 504

15.     Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Plante & Moran, PLLC and any other firm, person or entity for the sharing of division of any compensation paid or payable to Plante & Moran, PLLC.

## NOTICE

16.     Notice of this Application has been provided to the Trustee, the U.S. Trustee, and other parties in interest entitled to notice thereof.  Based on the extent of notice already provided, the interim nature of the relief requested and the costs and burdens of transmitting notice to all of IFC's creditors, the Trustee on behalf of Plante & Moran, PLLC respectfully requests that additional notice of the hearing on this Application be waived for good cause shown pursuant to Rules 2006(a), 2002(i), and 9007 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Trustee on behalf of Plante & Moran, PLLC requests the entry of an order, substantially in the form attached hereto, (see Exhibit B) that:

(a)     Approves Plante & Moran, PLLC's $37,800.10 in interim fee compensation and $160.40 in interim expense reimbursement for the Eighth Application Period beginning November 11, 2014 through and including June 30, 2015;

(b)     Approves Plante & Moran, PLLC's final fee application in the total amount of $356,858.80;

(c)     Approves Plante & Moran, PLLC's final application for the expenses incurred during the pendency of the above-captioned case in the total amount of $4,898.97;

(d)     Waives other and further notice of the hearing with respect to this Application;

(e)     Shortens notice of this Motion as requested in this Application; and

(f)     Grants Plante & Moran, PLLC with such additional relief as may be appropriate and just under the circumstances.

                                              Respectfully Submitted,

Dated: July 8, 2015                  **David P. Leibowitz, as Chapter 7 Trustee of IFC Credit Corporation**

                                              By: */s/ David P. Leibowitz*

                                              David P. Leibowitz (ARDC # 1612271)
                                              Lakelaw
                                              420 W. Clayton Street
                                              Waukegan, Illinois 60085-4216
                                              847.249.9100