**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7 Case** |
| | ) | |
| **IFC CREDIT CORPORATION,** | ) | **Case No. 09 B 27094** |
| | ) | |
| | ) | **Hon. Jacqueline P. Cox** |
| **Debtor.** | ) | |

**NOTICE OF MOTION**

**To:**   See attached Service List

   PLEASE TAKE NOTICE that on **Tuesday, September 1, 2015, at 9:30 a.m.,** we will appear before the Honorable Jacqueline P. Cox or such other Judge as may be presiding in that Judge's stead, in Courtroom 680, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present this, our **Motion to Abandon Property and for Order Authorizing Trustee to Pay Disposal Fee**, a copy of which is attached hereto and served upon you herewith.

                                         _/s/ David P. Leibowitz_____
                                          Not individually but as the chapter 7
                                          trustee of the Debtor's estate


David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

**CERTIFICATE OF SERVICE**

   On August 25, 2015, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the attached service list by first class United States Mail, with postage prepaid, at Waukegan, Illinois or via electronic notification, as indicated on said service list.

                                         _/s/ Aquanda S. Thomas_____
                                            Paralegal

## Service List

**Parties to receive electronic notification:**

- **Janice A Alwin** — Janice@oakpointpartners.com, jake@oakpointpartners.com
- **Deborah S Ashen** — dsa@ashenlaw.com
- **Thomas V Askounis** — taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- **Terence G Banich** — tbanich@shawfishman.com, kbobb@shawfishman.com
- **Elizabeth Banda Calvo** — ebcalvo@pbfcm.com
- **Paige E Barr** — paige.barr@kattenlaw.com
- **William J Barrett** — william.barrett@bfkn.com
- **Jason J Ben** — jben@kayescholer.com
- **Richard M Bendix** — rbendix@dykema.com
- **Carly Berard** — cberard@rockfuscollc.com
- **Mark A Berkoff** — mberkoff@ngelaw.com, cdennis@ngelaw.com
- **Corey S Berman** — cwcsb1@sbcglobal.net
- **Ira Bodenstein** — ibodenstein@shawfishman.com, cowens@shawfishman.com
- **Jonathan T Brand** — jbrand@lakelaw.com, ECF@lakelaw.com
- **Robert S Bressler** — rbressler@foley.com
- **Francis X Buckley** — fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- **Ben T Caughey** — ben.caughey@icemiller.com
- **Robert M Charles** — rmc@lcojlaw.com
- **Christine L Childers** — docketing@jenner.com
- **Robert Clark** — rclark@douglas.co.us
- **Daniel Collins** — dcollins@dresslerpeters.com
- **Michael R Collins** — Michael.collins@collinsandcollins.com
- **Mark D Conzelmann** — chicagodocket@tresslerllp.com
- **James Coston** — Jcoston@costonlaw.com
- **Alex Darcy** — adarcy@askounisdarcy.com
- **Carrie E Davenport** — cdavenport@shawfishman.com, kbobb@shawfishman.com
- **Maria A Diakoumakis** — mdiakoumakis@dykema.com, DocketCH@dykema.com
- **John P Dillman** — houston_bankruptcy@publicans.com
- **Sara H Doran** — sara.doran@troutmansanders.com
- **William J Dorsey** — william.dorsey@kattenlaw.com, ecfdocket@kattenlaw.com
- **David R Doyle** — ddoyle@shawfishman.com
- **Barbara J Dutton** — duttonlaw@aol.com, ecfdesk@duttonlaw.com
- **David Escamilla** — rknabe@kkbchicago.com
- **Nancy G Everett** — ECF_Bank@winston.com
- **William J Factor** — wfactor@wfactorlaw.com, wfactorlaw@gmail.com, nb@wfactorlaw.com

- **Marc Ira Fenton**           mfenton@statmanharris.com
- **Brett S Field**             brett@strombergstock.com
- **Jeffrey W Finke**           jwfinke@mindspring.com
- **Susan R Fuertes**           bnkatty@aldine.k12.tx.us
- **Jeffrey D Ganz**            jganz@riemerlaw.com, saguado@riemerlaw.com
- **Matthew T. Gensburg**       gensburgm@gtlaw.com, ChiBkyDocket@gtlaw.com; greenbergc@gtlaw.com sullivanka@gtlaw.com
- **Douglas C Giese**           dgiese@querrey.com, dcgiese@hotmail.com
- **Adam B Goodman**            adam@thegoodmanlawoffices.com
- **Emily S Gottlieb**          emily_gottlieb@gardencitygroup.com, PACERTeam@gardencitygroup.com; ifcteam@gcginc.com
- **Gordon E Gouveia**          ggouveia@shawfishman.com; mwestbrook@shawfishman.com
- **Nicholas A Gowen**          gowen@sw.com; central@sw.com;
- **Daniel T Graham**           dgraham@clarkhill.com
- **Allen J Guon**              aguon@shawfishman.com; cowens@shawfishman.com
- **John W Guzzardo**           jguzzardo@shawfishman.com; mcarter@shawfishman.com
- **John M Holowach**           jholowach@jmhlegalgroup.com, bankruptcy@rjlegalgroup.com
- **Stephanie K Hor-Chen**      ecfdocket@vedderprice.com
- **John N Hourihane**          jhourihane@mhlitigation.com, jbyczek@mhlitigation.com
- **Cindy M Johnson**           cjohnson@jnlegal.net, KLindsey@jnlegal.net
- **Lisa D Johnson**            ljohnson740@gmail.com
- **Georgia L Joyce**           gjoyce@cmn-law.com
- **Robert M Knabe**
- **Patrick S Layng**           USTPRegion11.ES.ECF@usdoj.gov
- **Vincent E Lazar**           vlazar@jenner.com
- **David P Leibowitz**         dleibowitz@lakelaw.com, czuniga@lakelaw.com, jstoer@lakelaw.com, ECF@lakelaw.com
- **David P Leibowitz**         dleibowitz@lakelaw.com, ECF@lakelaw.com
- **Mark E Leipold**            mleipold@gouldratner.com
- **Mitchell Lieberman**        mliebermann@noonanandlieberman.com, ccocanig@noonanandlieberman.com
- **Inez M Markovich**          imarkovich@andersonkill.com
- **Gini S Marziani**           gsmarziani@davismcgrath.com, mjoseph@davidmcgrath.com
- **Kelly J McClintic**         kmcclintic@keatingshure.com smcclintic@keatingshure.com
- **Jenny R McGovern**          jmcgovern@mcdonaldhopkins.com,
- **Michael C Moody**           mmoody@orourkeandmoody.com

- **Lauren N Nachinson**  
  morourke@orourkeandmoody.com  
  Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com, sara.sullivan@quarles.com, mburr@quarles.com
- **Bradley P Nelson**  nelson@sw.com, central@sw.com, callahan@sw.com,
- **Karen Newbury**  knewbury@schiffhardin.com, edocket@schiffhardin.com, rkaferly@schiffhardin.com
- **David J Novotny**  dnovotny@cmn-law.com
- **Stephen D Oppenheim**  SDOPPENH@travelers.com
- **Michael J O'Rourke**  morouke@oroukeandmoody.com, firm@oroukeandmoody.com
- **Gregory E Ostfeld**  ostfeldg@gtlaw.com
- **Ann E Pille**  apille@reedsmith.com
- **Deirdre M Richards**  drichards@lammrubenstone.com
- **Terri A Roberts**  pcaocvbk@pcao.pima.gov
- **John L Ropiequet**  jlropiequet@arnstein.com
- **Jeffrey B Rose**  jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- **George Rosenberg**  grosenberg@co.arapahoe.co.us
- **Diane W Sanders**  Austinbankruptcy@publicans.com
- **Kevin H Schneider**  kschneider@ngelaw.com
- **John P Sieger**  john.sieger@kattenlaw.com
- **Ernest D Simon**  esimon@erniesimon.com
- **James L Simon**  jsimon@lakelaw.com
- **Michael J Small**  msmall@foley.com
- **James B Sowka**  jsowka@seyfarth.com
- **Mark Stromberg**  mark@strombergstock.com
- **Jerry L Switzer**  jswitzer@polsinelli@.com
- **Pia N Thompson**  bburns@gouldratner.com
- **L. Judson Todhunter**  JTodhunter@howardandhoward.com
- **Timothy Touhy**  ttouhy@touhylaw.com, pkilby@touhylaw.com, srobinson@touhylaw.com, asanchez@touhylaw.com
- **Jessica Tovrov**  Jessica@tovrovlaw.com
- **John J Turner**  jturner@lovjc.com
- **David P Vallas**  dvallas@polsinelli.com
- **Bruce L Wald**  bwald@tishlerwald.com
- **Tyler Mertes**  tyler.mertes@troutmansanders.com, audrey.minglin@troutmansanders.com
- **Collin B Williams**  scavom@gtlaw.com, ChiBkyDocket@gtlaw.com
- **Thomas C Wilford**  twolford@ngelaw.com
- **Charles R Woolley**  rwoolley@askounisdarcy.com
- **David O Yuen**  jborcia@tresslerllp.com,

|  |  |
|---|---|
|  | tresslerdocket@tresslerllp.com |
| • **Carrie A Zuniga** | czuniga@lakelaw.com |
| • **Bruce E de'Medici** | bdemedici@gmail.com |
| • **Howard Teplinsky** | hteplinsky@beermannlaw.com |
| • **George J Spathis** | gspathis@hmblaw.com |
| • **Jeffrey Snell** | Jeffrey.Snell@usdoj.gov |
| • **Andrew Dylan Wood** | dylan@rwblaw.net |
| • **Barbara Lee Caldwell** | Bcaldwell@cpwlawyers.com |
| • **Marc J Zucker** | mzucker@weirpartners.com |
| • **Susan Verbonitz** | sverbonitz@weirpartners.com |
| • **Thomas C Wolford** | twolford@ngelaw.com |
| • **Mark A Berkoff** | mberkoff@ngelaw.com |
| • **Holly N Hawn** | Hhawn@broward.org |
| • **Mike Olson** | jcardillo@pascotaxes.com |
| • **James Novy** | jnovy@rockfuscoconnelly.com |
| • **William McCormick** | bill.mccormick@ag.tn.gov |
| • **Daniel T Powers** | tcharrel@chathamcounty.org |
| • **Eboney Cobb** | ecobb@pbfcm.com |
| • **David Mazzuchelli** | mazzucheld@dor.state.ma.us |
| • **Hamlin Wade** | hwade@rbcwb.com |

**Parties to receive notice via postage prepaid first-class U.S. Mail:**

Deal Genius, Inc.
Attn.:  Chris Matsakis
2820 North Pulaski Road – S1
Chicago, IL  60641

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Case |
| | ) | |
| IFC CREDIT CORPORATION, | ) | Case No. 09 B 27094 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |

## MOTION TO ABANDON PROPERTY AND FOR ORDER
## AUTHORIZING TRUSTEE TO PAY DISPOSAL FEE

David P. Leibowitz ("Trustee"), not individually but as the chapter 7 trustee of the estate of IFC Credit Corporation ("Debtor"), respectfully requests that the Court enter an order authorizing the Trustee to abandon property of the estate located at a storage facility maintained by Debtor prepetition and maintained by the estate thereafter, all as described herein, pursuant to 11 U.S.C. § 554(a), and for authority to pay a fee for disposal of the property.[1]  In support, the Trustee states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 ("Bankruptcy Rules").

## FACTUAL AND PROCEDURAL BACKGROUND

4. Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on July 27, 2009 ("Petition Date").

5. David P. Leibowitz is the duly appointed, qualified and acting chapter 7 trustee in this case.

6. Prior to the Petition Date, the Debtor maintained a storage unit at Deal Genius, Inc., at 2820 N. Pulaski Rd. in Chicago (the "Deal Genius Unit"). The estate has maintained the Deal Genius Unit since the Petition Date and has been paying monthly invoices therefor.

7. There are currently 2,235 boxes of documents in storage at the Deal Genius Unit (the "Documents"), together with a small amount of used furniture having inconsequential value and benefit to the estate (the "Miscellaneous Assets").

8. The Documents in storage at Deal Genius comprise book and records of the Debtor corporation. The books and records have been maintained for an extended period - - over six years since the Petition Date. The Trustee has spoken to all applicable governmental agencies and has been advised that there is no further need to maintain the records.

9. Given the voluminous nature of the Documents, the Trustee has inquired of Deal Genius as to the cost of disposition of the Documents and Miscellaneous Assets. The Trustee was presented with several alternatives for the destruction and timing thereof. These alternatives ranged from Deal Genius pulling and destroying the Documents and Miscellaneous Assets after court approval, to pulling the Documents and Miscellaneous Assets for pick-up by the Trustee for destruction thereafter, to abandoning the Documents and Miscellaneous Assets in place for subsequent destruction by Deal Genius through means and at a time to be determined by Deal Genius.

10. After considering the various alternatives, the Trustee selected the following, which was the least expensive alternative available, while ensuring that the Documents and Miscellaneous Assets are ultimately destroyed. For a payment of $2,860.00, Deal Genius will continue to store the Documents and Miscellaneous Assets at no cost to the Trustee until such time as Deal Genius pulls them from storage and destroys them via a method determined by Deal Genius in its sole discretion, e.g., trash, recycle, or shred. The destruction of the Documents and Miscellaneous Assets may be performed by Deal Genius at a time that it can be cost effectively done with another engagement, and could take up to two years, as determined by Deal Genius in its sole discretion. Deal Genius would cease monthly billing as of September 1, 2015 and issue a final invoice in the amount of $2,860.00.

## RELIEF REQUESTED

11. The Trustee requests that the Court enter an order authorizing the abandonment of the Documents and Miscellaneous Assets and authorizing the Trustee to pay Deal Genius the sum of $2,860.00 to dispose of same as described above.

## BASIS FOR RELIEF REQUESTED

11. Pursuant to § 554 of the Bankruptcy Code, the Trustee may "abandon any property that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

12. For the reasons explained above, the property located in the Deal Genius Unit is of inconsequential value or benefit to the Debtor's estate and should therefore be abandoned. Further, continued retention of the property would delay the closing of this estate.

13. Given the voluminous nature of the records maintained in the Deal Genius Unit, the Trustee believes that the sum of $2,860 is a reasonable fee for the disposal of same.

Accordingly, the relief requested by the Trustee is, in the Trustee's business judgment, necessary for the Trustee to expeditiously close this estate and otherwise comply with his duties under the Code.

## **NOTICE**

14. Notice of this Motion has been given to: (a) the Office of the United States Trustee; (b) Deal Genius, Inc.; and (c) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure via electronic mail per a prior order of this Court providing that such electronic service is sufficient in the above-captioned case. *See* Docket No. 426 entered on December 8, 2009. The Trustee requests that notice to creditors be waived in light of the inordinate expense of serving hundreds of creditors. He also requests that the 14-day notice otherwise required by Bankruptcy Rule 6007 be shortened to seven days in order to avoid another monthly charge for the Deal Genius Unit.

**WHEREFORE**, David P. Leibowitz, chapter 7 trustee for the estate of IFC Credit Corporation, respectfully requests that this Court enter an order authorizing the abandonment of the Documents and Miscellaneous Assets located in the Deal Genius Unit, authorizing the Trustee to pay Deal Genius the sum of $2,860 for the disposal of same as described above, and granting such other and further relief as is just and equitable.

                                                          Respectfully submitted,

                                                          /s/ David P. Leibowitz_____
                                                          Not individually but as the Chapter 7 Trustee of the
                                                          Debtor's Estate

David P. Leibowitz (ARDC #1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100