## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7 Case** |
| | ) | |
| **IFC CREDIT CORPORATION,** | ) | **Case No. 09 B 27094** |
| | ) | |
| | ) | **Hon. Jacqueline P. Cox** |
| **Debtor.** | ) | |

### NOTICE OF MOTION

**To:**   See attached Service List

PLEASE TAKE NOTICE that on **Wednesday, September 9, 2015, at 9:30 a.m.,** we will appear before the Honorable Jacqueline P. Cox or such other Judge as may be presiding in that Judge's stead, in Courtroom 680, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present this, our **Motion to Abandon Property**, a copy of which is attached hereto and served upon you herewith.

 */s/ David P. Leibowitz*
 Not individually but as the chapter 7
 trustee of the Debtor's estate

David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

### CERTIFICATE OF SERVICE

On September 2, 2015, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the attached service list by first class United States Mail, with postage prepaid, at Waukegan, Illinois or via electronic notification, as indicated on said service list.

 */s/ Aquanda S. Thomas*
 Paralegal

## Service List

**Parties to receive electronic notification:**

- **Janice A Alwin** — Janice@oakpointpartners.com, jake@oakpointpartners.com
- **Deborah S Ashen** — dsa@ashenlaw.com
- **Thomas V Askounis** — taskounis@askounisdarcy.com, jburt@askounisdarcy.com
- **Terence G Banich** — tbanich@shawfishman.com, kbobb@shawfishman.com
- **Elizabeth Banda Calvo** — ebcalvo@pbfcm.com
- **Paige E Barr** — paige.barr@kattenlaw.com
- **William J Barrett** — william.barrett@bfkn.com
- **Jason J Ben** — jben@kayescholer.com
- **Richard M Bendix** — rbendix@dykema.com
- **Carly Berard** — cberard@rockfuscollc.com
- **Mark A Berkoff** — mberkoff@ngelaw.com, cdennis@ngelaw.com
- **Corey S Berman** — cwcsb1@sbcglobal.net
- **Ira Bodenstein** — ibodenstein@shawfishman.com, cowens@shawfishman.com
- **Jonathan T Brand** — jbrand@lakelaw.com, ECF@lakelaw.com
- **Robert S Bressler** — rbressler@foley.com
- **Francis X Buckley** — fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com
- **Ben T Caughey** — ben.caughey@icemiller.com
- **Robert M Charles** — rmc@lcojlaw.com
- **Christine L Childers** — docketing@jenner.com
- **Robert Clark** — rclark@douglas.co.us
- **Daniel Collins** — dcollins@dresslerpeters.com
- **Michael R Collins** — Michael.collins@collinsandcollins.com
- **Mark D Conzelmann** — chicagodocket@tresslerllp.com
- **James Coston** — Jcoston@costonlaw.com
- **Alex Darcy** — adarcy@askounisdarcy.com
- **Carrie E Davenport** — cdavenport@shawfishman.com, kbobb@shawfishman.com
- **Maria A Diakoumakis** — mdiakoumakis@dykema.com, DocketCH@dykema.com
- **John P Dillman** — houston_bankruptcy@publicans.com
- **Sara H Doran** — sara.doran@troutmansanders.com
- **William J Dorsey** — william.dorsey@kattenlaw.com, ecfdocket@kattenlaw.com
- **David R Doyle** — ddoyle@shawfishman.com
- **Barbara J Dutton** — duttonlaw@aol.com, ecfdesk@duttonlaw.com
- **David Escamilla** — rknabe@kkbchicago.com
- **Nancy G Everett** — ECF_Bank@winston.com
- **William J Factor** — wfactor@wfactorlaw.com, wfactorlaw@gmail.com, nb@wfactorlaw.com

- **Marc Ira Fenton**         mfenton@statmanharris.com
- **Brett S Field**           brett@strombergstock.com
- **Jeffrey W Finke**         jwfinke@mindspring.com
- **Susan R Fuertes**         bnkatty@aldine.k12.tx.us
- **Jeffrey D Ganz**          jganz@riemerlaw.com, saguado@riemerlaw.com
- **Matthew T. Gensburg**     gensburgm@gtlaw.com, ChiBkyDocket@gtlaw.com; greenbergc@gtlaw.com sullivanka@gtlaw.com
- **Douglas C Giese**         dgiese@querrey.com, dcgiese@hotmail.com
- **Adam B Goodman**          adam@thegoodmanlawoffices.com
- **Emily S Gottlieb**        emily_gottlieb@gardencitygroup.com, PACERTeam@gardencitygroup.com; ifcteam@gcginc.com
- **Gordon E Gouveia**        ggouveia@shawfishman.com; mwestbrook@shawfishman.com
- **Nicholas A Gowen**        gowen@sw.com; central@sw.com;
- **Daniel T Graham**         dgraham@clarkhill.com
- **Allen J Guon**            aguon@shawfishman.com; cowens@shawfishman.com
- **John W Guzzardo**         jguzzardo@shawfishman.com; mcarter@shawfishman.com
- **John M Holowach**         jholowach@jmhlegalgroup.com, bankruptcy@rjlegalgroup.com
- **Stephanie K Hor-Chen**    ecfdocket@vedderprice.com
- **John N Hourihane**        jhourihane@mhlitigation.com, jbyczek@mhlitigation.com
- **Cindy M Johnson**         cjohnson@jnlegal.net, KLindsey@jnlegal.net
- **Lisa D Johnson**          ljohnson740@gmail.com
- **Georgia L Joyce**         gjoyce@cmn-law.com
- **Robert M Knabe**
- **Patrick S Layng**         USTPRegion11.ES.ECF@usdoj.gov
- **Vincent E Lazar**         vlazar@jenner.com
- **David P Leibowitz**       dleibowitz@lakelaw.com, czuniga@lakelaw.com, jstoer@lakelaw.com, ECF@lakelaw.com
- **David P Leibowitz**       dleibowitz@lakelaw.com, ECF@lakelaw.com
- **Mark E Leipold**          mleipold@gouldratner.com
- **Mitchell Lieberman**      mliebermann@noonanandlieberman.com, ccocanig@noonanandlieberman.com
- **Inez M Markovich**        imarkovich@andersonkill.com
- **Gini S Marziani**         gsmarziani@davismcgrath.com, mjoseph@davidmcgrath.com
- **Kelly J McClintic**       kmcclintic@keatingshure.com smcclintic@keatingshure.com
- **Jenny R McGovern**        jmcgovern@mcdonaldhopkins.com,
- **Michael C Moody**         mmoody@orourkeandmoody.com

- **Lauren N Nachinson**  morourke@orourkeandmoody.com
  Lauren.Nachinson@quarles.com,
  Faye.Feinstein@quarles.com, sara.sullivan@quarles.com,
  mburr@quarles.com
- **Bradley P Nelson**  nelson@sw.com, central@sw.com, callahan@sw.com,

- **Karen Newbury**  knewbury@schiffhardin.com, edocket@schiffhardin.com,
  rkaferly@schiffhardin.com
- **David J Novotny**  dnovotny@cmn-law.com
- **Stephen D Oppenheim**  SDOPPENH@travelers.com
- **Michael J O'Rourke**  morouke@oroukeandmoody.com,
  firm@oroukeandmoody.com
- **Gregory E Ostfeld**  ostfeldg@gtlaw.com
- **Ann E Pille**  apille@reedsmith.com
- **Deirdre M Richards**  drichards@lammrubenstone.com
- **Terri A Roberts**  pcaocvbk@pcao.pima.gov
- **John L Ropiequet**  jlropiequet@arnstein.com
- **Jeffrey B Rose**  jrose@tishlerandwald.com,
  bmurzanski@tishlerandwald.com
- **George Rosenberg**  grosenberg@co.arapahoe.co.us
- **Diane W Sanders**  Austinbankruptcy@publicans.com
- **Kevin H Schneider**  kschneider@ngelaw.com
- **John P Sieger**  john.sieger@kattenlaw.com
- **Ernest D Simon**  esimon@erniesimon.com
- **James L Simon**  jsimon@lakelaw.com
- **Michael J Small**  msmall@foley.com
- **James B Sowka**  jsowka@seyfarth.com
- **Mark Stromberg**  mark@strombergstock.com
- **Jerry L Switzer**  jswitzer@polsinelli@.com
- **Pia N Thompson**  bburns@gouldratner.com
- **L. Judson Todhunter**  JTodhunter@howardandhoward.com
- **Timothy Touhy**  ttouhy@touhylaw.com, pkilby@touhylaw.com,
  srobinson@touhylaw.com, asanchez@touhylaw.com
- **Jessica Tovrov**  Jessica@tovrovlaw.com
- **John J Turner**  jturner@lovjc.com
- **David P Vallas**  dvallas@polsinelli.com
- **Bruce L Wald**  bwald@tishlerwald.com
- **Tyler Mertes**  tyler.mertes@troutmansanders.com,
  audrey.minglin@troutmansanders.com
- **Collin B Williams**  scavom@gtlaw.com,
  ChiBkyDocket@gtlaw.com
- **Thomas C Wilford**  twolford@ngelaw.com
- **Charles R Woolley**  rwoolley@askounisdarcy.com
- **David O Yuen**  jborcia@tresslerllp.com,

|   |   |
|---|---|
|   | tresslerdocket@tresslerllp.com |
| • **Carrie A Zuniga** | czuniga@lakelaw.com |
| • **Bruce E de'Medici** | bdemedici@gmail.com |
| • **Howard Teplinsky** | hteplinsky@beermannlaw.com |
| • **George J Spathis** | gspathis@hmblaw.com |
| • **Jeffrey Snell** | Jeffrey.Snell@usdoj.gov |
| • **Andrew Dylan Wood** | dylan@rwblaw.net |
| • **Barbara Lee Caldwell** | Bcaldwell@cpwlawyers.com |
| • **Marc J Zucker** | mzucker@weirpartners.com |
| • **Susan Verbonitz** | sverbonitz@weirpartners.com |
| • **Thomas C Wolford** | twolford@ngelaw.com |
| • **Mark A Berkoff** | mberkoff@ngelaw.com |
| • **Holly N Hawn** | Hhawn@broward.org |
| • **Mike Olson** | jcardillo@pascotaxes.com |
| • **James Novy** | jnovy@rockfuscoconnelly.com |
| • **William McCormick** | bill.mccormick@ag.tn.gov |
| • **Daniel T Powers** | tcharrel@chathamcounty.org |
| • **Eboney Cobb** | ecobb@pbfcm.com |
| • **David Mazzuchelli** | mazzucheld@dor.state.ma.us |
| • **Hamlin Wade** | hwade@rbcwb.com |

**Parties to receive notice via postage prepaid first-class U.S. Mail:**

Oswego Storage LLC
Attn:  Vicki Deinhamer, Manager
7055 SW McEwan Rd.
Lake Oswego, OR  97035

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Case |
| | ) | |
| IFC CREDIT CORPORATION, | ) | Case No. 09 B 27094 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |

## MOTION TO ABANDON PROPERTY

David P. Leibowitz ("Trustee"), not individually but as the chapter 7 trustee of the estate of IFC Credit Corporation ("Debtor"), respectfully requests that the Court enter an order authorizing the Trustee to abandon property of the estate located at a storage facility maintained by Debtor prepetition and maintained by the estate thereafter, all as described herein, pursuant to 11 U.S.C. § 554(a).[1] In support, the Trustee states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

### FACTUAL AND PROCEDUAL BACKGROUND

4. Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on July 27, 2009 ("Petition Date").

---

[1] All chapter, section and rule references, unless otherwise noted, are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code"), and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037 ("Bankruptcy Rules").

5. David P. Leibowitz is the duly appointed, qualified and acting chapter 7 trustee in this case.

6. Prior to the Petition Date, the Debtor maintained a storage unit (Unit No. 277) at Oswego Storage LLC, 7055 SW McEwan Rd., in Lake Oswego, Oregon (the "Oswego Unit"). The estate has maintained the Oswego Unit since the Petition Date and has been paying monthly invoices therefor.

7. There are currently 41 boxes of documents in storage at the Oswego Unit, constituting a small portion of the Debtor's prepetition books and records. The books and records have been maintained for an extended period - - over six years since the Petition Date. The Trustee has spoken to all applicable governmental agencies and has been advised that there is no further need to maintain the records.

8. The Trustee has arranged for Oswego Storage to shred and dispose of all materials in the Oswego Unit for a fee of $250, which has already been paid so that Oswego Storage can begin the shredding and disposal process immediately in order that it can be completed prior to September 10, when a new monthly rental charge would otherwise be incurred.

## RELIEF REQUESTED

9. The Trustee requests that the Court enter an order authorizing the abandonment of the property located in the Oswego Unit and the shredding and disposal of same as described above.

## BASIS FOR RELIEF REQUESTED

10. Pursuant to § 554 of the Bankruptcy Code, the Trustee may "abandon any property that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

11. For the reasons explained above, the property located in the Oswego Unit is of inconsequential value or benefit and is burdensome to the Debtor's estate and should therefore be abandoned and disposed of. Further, continued retention of the property would delay the closing of this estate.

## NOTICE

12. Notice of this Motion has been given to: (a) the Office of the United States Trustee; (b) Oswego Storage LLC; and (c) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure via electronic mail per a prior order of this Court providing that such electronic service is sufficient in the above-captioned case. *See* Docket No. 426 entered on December 8, 2009. The Trustee requests that notice to creditors be waived in light of the inordinate expense of serving hundreds of creditors. He also requests that the 14-day notice otherwise required by Bankruptcy Rule 6007 be shortened to seven days in order to avoid another monthly charge for the Oswego Unit.

**WHEREFORE**, David P. Leibowitz, chapter 7 trustee for the estate of IFC Credit Corporation, respectfully requests that this Court enter an order authorizing the abandonment of all property located in the Oswego Unit and the shredding and disposal of same, and granting such other and further relief as is just and equitable.

Respectfully submitted,

/s/ David P. Leibowitz_____
Not individually but as the Chapter 7 Trustee of the
Debtor's Estate

David P. Leibowitz (ARDC #1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100