**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-27094-JPC |
| | § | |
| IFC CREDIT CORPORATION | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | Hon. Jacqueline P. Cox |

**TRAVIS COUNTY'S OBJECTION TO
<u>TRUSTEE'S FINAL REPORT</u>**

Travis County, Texas ("Travis County"), appearing by and through the Travis County Attorney, objects to the Trustee's Final Report, and in support thereof respectfully states:

1. On September 17, 2015 this Court entered Agreed Order Resolving Travis County's Response to Chapter 7 Trustee's Tenth Omnibus Objection to Claims [Doc. 1714]. A copy of the Order is attached hereto as Exhibit A. The Order states that Travis County's Proof of Claim number 94 in the amount of $11,387.94 is allowed as a late filed priority tax claim of a governmental unit pursuant to 11 U.S.C. §§ 726(a)(1) and 507(a)(8)(B).

2. Travis County objects to the Trustee's Final Report because it does not provide for payment of Travis County's claim. On Page 22 of the Notice of Trustee's Final Report, Travis County's claim is listed as number 1068, allowed as a priority claim in the amount of $11,387.94, with prior payments of $0.00 and a proposed payment amount of $0.00. This does not make sense. Travis County's allowed priority claim of $11,387.94 should be paid in full.

**WHEREFORE, PREMISES CONSIDERED,** Travis County respectfully requests that the Court sustain its Objection to Trustee's Final Report, that the Trustee be ordered

340371-1

to revise the Final Report to provide for full payment of Travis County's priority claim and for such other relief to which Travis County may be entitled.

**Respectfully submitted,**

**DAVID ESCAMILLA**
**Travis County Attorney**
P.O. Box 1748
Austin, Texas  78767
(512) 854-9092 Telephone
(512) 854-9316 Telecopier

By:     */s/ Kay D. Brock*

**KAY D. BROCK**
Texas Bar No. 11625100
kay.brock@traviscountytx.gov

## CERTIFICATE OF SERVICE

I, Kay D. Brock, Assistant Travis County Attorney, hereby certify that a true and correct copy of the foregoing pleading has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this __1st__ day of December 2015 and mailed by United States First Class Mail to any party listed below that is not registered.

*/s/ Kay D. Brock*

Kay D. Brock

**DEBTOR**
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, Illinois
(served via U.S First Class Mail)

**TRUSTEE**
David P. Leibowitz
Leibowitz Law Center
420 West Clayton St.
Waukegan, Illinois 60085

**DEBTOR'S ATTORNEY**
Cindy M. Johnson
Johnson & Newby, LLC
39 S. LaSalle Street, Suite 820
Chicago, Illinois 60603

340371-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | Bankruptcy No. 09-27094 |
| | § | |
| IFC CREDIT CORPORATION | § | Chapter 7 |
| | § | |
| | § | Hon. Jacqueline P. Cox |

### AGREED ORDER RESOLVING TRAVIS COUNTY'S RESPONSE TO CHAPTER 7 TRUSTEE'S TENTH OMNIBUS OBJECTION TO CLAIMS

Came on this day for consideration, Chapter 7 Trustee's Tenth Omnibus Objection to Claims (Docket No. 1619) and Travis County's Response to Chapter 7 Trustee's Tenth Omnibus Objection to Claims (Docket No 1700). The Trustee and Travis County, through counsel, submit this agreed order which resolves all matters in controversy between the Trustee and Travis County. The Court is of the opinion that such agreement is in order and should be approved. IT IS THEREFORE:

ORDERED, ADJUDGED and AGREED that Travis County's Proof of Claim number 94 in the amount of $11,387.94 shall be allowed as a late-filed priority tax claim of a governmental unit pursuant to 11 U.S.C. §§ 726(a)(1) and 507(a)(8)(B).

Dated: 9/15/15

*Jacqueline P. Cox*
*J. Cox*

UNITED STATES BANKRUPTCY JUDGE

SEP 17 2015

AGREED:

*[signature]*

Chapter 7 Trustee
David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
(847) 249-9100
dleibowitz@lakelaw.com

*Kay Brock*

Travis County's Attorney
Kay D. Brock (Texas Bar # 11625100)
P. O. Box 1748
Austin, Texas 78767
(512) 854-9092
kay.brock@traviscountytx.gov

335821-1

**EXHIBIT "A"**