IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| IFC CREDIT CORPORATION, | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 09-27094 |
| Debtor. | ) | |
| | | Hon. Jacqueline P. Cox |

## PARKWAY BANK AND TRUST COMPANY'S
## OBJECTION TO THE TRUSTEE'S FINAL REPORT

Parkway Bank and Trust Company, by its attorneys, Scott & Kraus, LLC, for its Objection to the Trustee's Final Report and Application for Compensation (the "Final Report"), states:

1. On October 30, 2009, Parkway Bank filed its Claim No. 77-1 in the amount of $129,391.32.

2. On or about November 23, 2015, the Chapter 7 Trustee filed his Final Report.

3. Through the Final Report, the Trustee identifies Parkway Bank's claim as Claim No. 140, in the amount of $948.68, and states that this claim was supposedly paid in full. None of this information is correct.

4. Parkway Bank objects to the Final Report because it misidentifies and does not provide for payment of all sums due and owing as and for Parkway Bank's claim.

WHEREFORE, Parkway Bank and Trust Company requests that this honorable Court:

A. sustain its objection to the Final Report;

B. order the Trustee to revise the Final Report to provide for full payment of Parkway Bank and Trust Company's Claim No. 77-1; and

  C.  grant Parkway Bank and Trust Company such other and further relief as the Court deems to be just and proper.

Eugene S. Kraus (6201457)
Jason R. Sleezer (6285180)
Sonia S. Kinra (6271271)
SCOTT & KRAUS, LLC
150 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
Direct: (312) 327-1050
Fax: (312) 327-1051

Respectfully submitted,

By: ___/s/ *Jason R. Sleezer*___
  One of the Attorneys for
  Parkway Bank and Trust Company