IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| IFC CREDIT CORPORATION | ) | Case No. 09-27094 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | |

**NORTHSIDE COMMUNITY BANK'S OBJECTION TO THE
TRUSTEE'S FINAL REPORT**

NorthSide Community Bank ("NorthSide"), by its attorneys, hereby objects to the Trustee's Final Report and Application for Compensation (the "Final Report) for the reasons as set forth in detail below.

1. On March 1, 2010, NorthSide filed two proofs of claim against IFC Credit Corporation ("Debtor") arising from amounts due pursuant to loan agreements: (1) claim number 588 in the amount of $1,289,436.10, and (2) claim number 589 in the amount of $4,450,000.00 (collectively, the "Claims").

2. The Claims have been allowed as general unsecured claims.

3. On November 23, 2015, the Chapter 7 Trustee ("Trustee") filed his Final Report. The Final Report lists NorthSide's claim amount as $0 and states that NorthSide will receive a distribution of $0. Final Report, Dkt No. 1721, p.46. The Claim Analysis Report filed by the Trustee on November 23, 2015 (Dkt. No. 1718) states that NorthSide waived the Claims "by settlement agreement at Docket 1255-2." This is incorrect.

4. The settlement agreement ("Settlement Agreement") at Docket 1255-2 relates to the adversary proceeding the Trustee brought against NorthSide to recover alleged preferential transfers. The Settlement Agreement, attached hereto, states that NorthSide "releases and waives any and all claims…against the Trustee and/or the

Debtor *relating to the Transfers and the Adversary Proceeding*".  Settlement Agreement, ¶ 4 (emphasis added).   This language did not release the Claims as the Claims do not relate to the Transfers or the Adversary Proceeding.  Further, NorthSide did not release the Claims in any other manner or as part of any other agreement.

5.     Accordingly, NorthSide objects ot the Final Report because it fails to provide for a pro rata distribution to NorthSide on behalf of the Claims.

WHEREFORE, NorthSide requests that this Court

A.     sustain its objection to the Final Report;

B.     order the Trustee to revise the Final Report to provide for pro rata distribution to NorthSide on the Claims; and

C.     grant NorthSide such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    NORTHSIDE COMMUNITY BANK,

    By:     /s/ Lauren N. Beslow
           One of Its Attorneys

Lauren N. Beslow
QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654
(312) 715-5000
(312) 715-5155 (fax)

QB\37767842.1